United States District Court
for the District of Columbia

**FILED**

MAR - 4 2014

Clerk, U.S. District and
Bankruptcy Courts

Melvin Brown
Plaintiff

v

Sandra Hill, et al.,

Defendants

Civil Action No. 14-140 UNA

Pro Se

## Formal Notice of Appeal

Plaintiff hereby appeal this matter (Your Honor's) decision.

1. Your Honor erred insofar as citing "law" wherefore holding Plaintiff to the standards of an attorney. Plaintiff was never afforded the Rules (book) on Fed. Rules of Civil Procedures. He cited 28 U.S.C. §§ 1331 and 1332. And, Fed. R. Civ. P. 8(a) Also, Fed. R. Civ. P. 12(h)(3). When Plaintiff (applicant) followed the "instructions" MB on the sample stating the facts. Your Honor dismissed case.

Cont.

RECEIVED
Mail Room

MAR 4 2014

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cont.

2. Plaintiff stated in his facts that certain defendants had violated the Mental Health Information Act (MHIA) of 1978. which expressly prohibited "Disclosure" of protected health information. The violation of that law calls for civil penalties as well as criminal. These are violations of his civil rights. Your Honor is showing prejudice.

3. Your Honor erred... as if taking sides.

Plaintiff Pray

1. Plaintiff Pray that he have his day in court. He can prove the facts in his case. He has documents, signatures and other evidence to support his case.

Under the penalty of perjury, the foregoing is true to the best of his knowledge and belief.

*[signature]*
02/28/2014

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS



Melvin Brown
2810 Texas Av. S.E. Apt-309
Washington, D.C. 20020
Cell # 202-710-1431

CAPITAL DISTRICT

02 1A
000463464B
MAILED FROM ZIPCODE 20001
$00.48⁰
FEB 04 2014