UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN BROWN,

        Plaintiff,

v.   Civil Action No. 14-0140 (TSC)

SANDRA HILL, *et al.*,

        Defendants.

# ORDER

On March 28, 2016, this Court granted Defendants' motions and dismissed Plaintiff's Amended Complaint and this civil action. Plaintiff appealed, and this matter is before the Court on remand from the United States Court of Appeals for the District of Columbia Circuit "for the district court to determine whether [Plaintiff] should have been allowed to file the second amended complaint that is attached to his brief and, if so, for further proceedings concerning the complaint." Judgment, *Brown v. Hill*, No. 16-7059 (D.C. Cir. Feb. 16, 2017). The second amended complaint bears a date stamp indicating that the Clerk of Court received it on November 24, 2015, and for reasons unknown, the pleading was not docketed. Plaintiff could not have amended his complaint as a matter of course at that time, *see* Fed. R. Civ. P. 15(a)(1), and now he "may amend [his] pleading only with the opposing part[ies'] written consent or the court's leave," Fed. R. Civ. P. 15(a)(2).

It is hereby

ORDERED that the Clerk of Court docket Plaintiff's "2nd – Separate Amended Complaint" and its several exhibits as a motion to reopen the case and for leave to file a second amended complaint.[1]  It is

FURTHER ORDERED that Plaintiff shall file a memorandum of points and authorities in support of his motion to reopen the case and for leave to file a second amended complaint by June 19, 2017.  The memorandum shall state whether Plaintiff intends to bring claims that he had not brought previously, identify any new Defendant(s) he had not named in his Amended Complaint [ECF No. 13], and indicate clearly which claim(s) he is bringing against which Defendant(s).  The memorandum shall not exceed 15 pages.  It is

FURTHER ORDERED that Defendants shall file their oppositions or other responses to Plaintiff's motion by July 10, 2017, and Plaintiff shall file his reply by July 31, 2017.  It is

FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to:

> MELVIN BROWN
> 2700 Jasper Street, S.E. #322
> Washington, DC 20020

DATE: May 18, 2017

/s/
TANYA S. CHUTKAN
United States District Judge

---

[1] The Court has detached Plaintiff's second amended complaint and its exhibits; the Clerk need not docket Plaintiff's entire appellate brief.