# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 14-00140 (TSC) |
| SANDRA HILL, et al., | ) |
| Defendants. | ) |

## PLAINTIFF MELVIN BROWN'S MOTION TO LEAVE OF COURT TO FILE PLAINTIFF'S FOURTH AMENDED COMPLAINT

Comes now Plaintiff Melvin Brown, by and through undersigned counsel, to move this Court to grant its leave to file Plaintiff's Fourth Amended Complaint. As reasons why ths motion should be granted, Melvin Brown states the following:

1. Plaintiff moves to add additional facts to the complaint. These facts give rise to two independent causes of action against a newly identified defendant and the District of Columbia. These new claims "relate back" to the time of the original complaint under Fed. R. Civ. P. 15 (c) and raise colorable claims of a violation of Plaintiff's constitutional rights, negligence and a claim of *respondeat superior* against the District of Columbia based on the defendant's negligence.

2. The factual amendments at paragraph 40 of the Fourth Amended Complaint state:

> On the next day, January 14, 2011, another psychiatrist from DMH CPEP, Dr. Phuong Thu Vo prepared an application for emergency hospitalization directed to Psychiatric Institute of Washington. This report restates the previous allegations without noting any present conditions. The application again reports that Plaintiff was brought to CPEP based on reports of aggressive behavior and "pulling a razor" on staff. The author again parrots other reports that described the threatening notes and his failure to maintain his treatment plan with Green Door. Because of these reports,

1

this psychiatrist concluded that Plaintiff lacked insight into his illness and possessed poor judgement and considered a danger to himself or others. Therefore, accord Dr. Phuong requested emergency hospitalization. This determination again lacked any personal observation or assessment of Plaintiff.

3. All other amendments only clarify existing claims of the complaint. First, Plaintiff parses out the existing theory of *respondeat superior* against the District of Columbia based on the negligence of Amelia Villarruz. Second, the Plaintiff amends the theories that the defendants' conduct violated statute created rights under 42 U.S.C. Sect. 1983, and that the defendants violated Plaintiff's substantive due process rights through their egregious violations of Plaintiff's statutory protections.

4. With one exception these amendments do not impact the defendants who are already parties to this lawsuit. The one exception is the amendment to the count that alleges a violation of statute that violates 42 U.S.C. Sect. 1983 and Plaintiff's substantive due process rights. No additional facts or theories are alleged in this instance as the amendments clarify these theories.

5. Defendants will not be prejudiced by the Court granting this relief.

A memorandum of points and authorities and proposed order are attached hereto.

Respectfully submitted,

    /s/
GEORGE E. RICKMAN
DC Bar 433298
P.O. Box 21267
Kalorama Station
Washington, D.C. 20009-21267
202-258-3643
georgerick11@comcast.net
*Counsel for Plaintiff*

Local Rule 7(m) Certificate

      I do hereby certify that on or about March 12, 2019, the undersigned contacted Assistant Attorney General Philip Medley, Jeffrey Hardie and Katherine Erklauer to obtain their consent to this motion. The undersigned was informed that the defendants oppose this relief. Defendants SOME and Green Door argue that the motion would be burdensome, requiring further briefing on their part.

      /s/
GEORGE E. RICKMAN
DC Bar 433298
P.O. Box 21267
Kalorama Station
Washington, D.C.  20009-21267
202-258-3643
georgerick11@comcast.net
*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

      I do hereby certify that on this 12th day of March 2019, a copy of this motion, memorandum in support thereof and proposed order were served by electronic service on:

AAG Philip Medley
441 Fourth Street, NW 6th Floor South
Washington, DC  20001
philip.medley@dc.gov

Katherine Erklauer
Blumenthal & Cordone, PLLC
7325 Georgia Ave., NW
Washington, D.C.  20012
kerklauer@blumcordlaw.com

Jeffrey Hardie
Jackson Lewis, PC
10701 Pakridge Drive, Suite 300
Reston, VA  20901
jeffrey.hardie@jacksonlewis.com

3

/s/
GEORGE E. RICKMAN
DC Bar 433298
P.O. Box 21267
Kalorama Station
Washington, D.C.  20009-21267
202-258-3643
georgerick11@comcast.net
*Counsel for Plaintiff*