## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN BROWN, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 14-00140 (TSC) |
| SANDRA HILL, et al., | ) |
| Defendants. | ) |

### PROPOSED ORDER

Upon consideration of Plaintiff Melvin Brown's motion for leave to file his Fourth Amended complaint, memorandum of points and authorities in support thereof, any opposition thereto, any reply, the facts, the law and the record herein, it is this _____ day of _____ 2019, and it is,

**ORDERED:** that this motion is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that Plaintiff Melvin Brown's Fourth Amended Complaint is hereby filed.

TANYA S. CHUTKAN
United States District Court Judge