**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                )
MELVIN BROWN,                                    )
                                                )
                            Plaintiff,           )
            v.                                   )               Civil Action No. 14-0140 (TSC)
                                                )
SANDRA HILL, *et al.*,                           )
                                                )
                            Defendants.          )
_____ )

**<u>ORDER</u>**

Plaintiff Melvin Brown filed his original *pro se* complaint on December 11, 2013.[1]

Following two dismissals, two appeals and two remands by the United States Court of Appeals

for the District of Columbia Circuit, this Court reopened the case on March 19, 2018.  Appointed

counsel entered his appearance on behalf of Plaintiff on June 22, 2018.  Pursuant to the Court's

September 13, 2018, minute order, Plaintiff filed a motion for leave to file a second amended

complaint (ECF No. 70) on September 24, 2018, along with motions to issue summonses (ECF

No. 71) and for expedited discovery (ECF No. 72) to identify potential defendants and obtain

their addresses for service of process.[2]  Defendants filed oppositions (ECF Nos. 73, 75 and 76),

and Plaintiff filed replies (ECF Nos. 78-81) on November 14, 2018.

_____

[1]  The Court treats the original complaint as having been filed on December 11, 2013, based on the date stamp indicating the Clerk of Court's receipt of it on that date.  Although the Clerk did not officially file the complaint on CM/ECF until January 30, 2014, the December 11, 2013 date controls.

[2]  Plaintiff's September 24, 2018 filing (ECF No. 70) should have been designated a motion for leave to file a *third* amended complaint, as it followed the original complaint (ECF No. 1) filed on December 11, 2013, an amended complaint (ECF No. 13) filed on November 21, 2014, and a proposed second amended complaint (ECF No. 47) filed on May 18, 2017 as an attachment to Plaintiff's motion to reopen the case.

The next day, on November 15, 2018, Plaintiff filed motions for leave to file a third amended complaint (ECF No. 81), to issue summonses (ECF No. 83) and for expedited discovery (ECF No. 82).  By minute order on November 19, 2018, the Court denied the motions pertaining to the proposed second amended complaint (ECF Nos. 70-72) without prejudice as moot, and directed Defendants to file their responses to Plaintiff's motion for leave to file a third amended complaint by December 28, 2018.  Defendants filed timely oppositions (ECF Nos. 85-87), and Plaintiff filed his replies (ECF Nos. 90-91, 94) on January 18, 2019.  Roughly two months later, before the Court ruled on the pending motions, Plaintiff filed a motion for leave to file a fourth amended complaint (ECF No. 95) on March 12, 2019.  Defendants responded with a joint motion (ECF No. 96) to strike it.

The operative complaint remains Plaintiff's *pro se* Amended Complaint (ECF No. 13) filed on November 21, 2014, and notwithstanding entry of appointed counsel's appearance roughly one year ago, this case has not progressed beyond the pleading stage.  Plaintiff took it upon himself to propose a third and a fourth amended complaint, neither of which the Court authorized or anticipated.  And he has added parties, teased out alternative theories of the case, and asserted claims about which he knew or should have known last September.  In the process, he disadvantaged Defendants by forcing them to expend resources to prepare and file responses to his many motions.  He also has burdened the Court with his multiple filings.  Nevertheless, in the interests of justice, the Court will grant Plaintiff leave to amend his complaint.

It is hereby

ORDERED that Plaintiff Melvin Brown's Motion [for] Leave to File Plaintiff's Fourth Amended Complaint [95] is GRANTED.  Not later than July 15, 2019, Plaintiff shall file on CM/ECF Plaintiff's Fourth Amended Complaint, after having removed the markings from the

"redlined" version submitted as an attachment (ECF No. 95-2) to his motion for leave to file a fourth amended complaint (ECF No. 95).   Plaintiff shall make no other changes to the proposed amended pleading.  It is further

ORDERED that Defendants' Joint Motion to Strike Plaintiff's Motion for Leave to File Fourth Amended Complaint [96] is DENIED.  Absent extraordinary circumstances the court will not entertain another motion for leave to amend the complaint.  It is further

ORDERED that Plaintiff's Motion for Leave to File Third Amended Complaint [81] is DENIED as moot.  It is further

ORDERED that Plaintiff Melvin Brown's Motion for Expedited Discovery [82] and The Plaintiff Melvin Brown's Motion to Issue Summonses and Service Process to the District of Columbia, Isha Edwards and William Peters and to Reissue Summons and Direct the U.S. Marshals Service to Effect Service on Amelia Villaruz, Sarah Hochbaum, Laura Nichols, Timothy Sawina and Dana Vanzant as Defendants [83] are DENIED WITHOUT PREJUDICE.


DATE:  July 8, 2019                          /s/
                                             TANYA S. CHUTKAN
                                             United States District Judge