IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN BROWN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No: 14-00140 (TSC) |
| | ) |
| SANDRA HILL, et al., | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF MELVIN BROWN'S MOTION TO RECONSIDER ORDER
DISMISSING DEFENDANTS AMELIA VILLARUZ, DAVID WALKER, SO OTHERS
MIGHT EAT ("SOME") AND THE DISTRICT OF COLUMBIA**

Plaintiff Melvin Brown, bay and through undersigned counsel, hereby moves this Court under *Fed. R. Civ. P.* 54(b) to reconsider its order dismissing defendants Amelia Villaruz, David Walker, So Others Might Eat and the District of Columbia.

First, the Court committed "clear error" by not considering a series of *pro se* pleadings as continuations of the first pleading with considered filed within the statute of limitations. In a series of pleadings Melvin Brown detailed the actions of defendant Villaruz that support his claim that she violated important constitutional protections by involuntarily committing him and ordering his restraint and forced medication without legal justification or authority. The principles of equitable tolling and seriousness of the allegations militate for allowing the claims against Amelia Villaruz to move forward.

Second, the Court should reconsider its order dismissing the District of Columbia and SOME because the Fourth Amended Complaint more than meets the "notice pleading" standard of *Fed. R. Civ. P.* 8(a). And *Fed. R. Civ. P.* 8 does not require some formulaic statement or rendition of defendants, but only a short plain statement that would provide notice that a party is a defendant for a conduct described in the complaint. Throughout the Fourth Amended

Complaint both the District and SOME are identified as defendants in the lawsuit. This along with the prior order issuing summonses to the District of Columbia and the effective service of process on the District of Columbia Attorney General, the Mayor of the District of Columbia and the President and Chief Operating Officer of SOME, all parties were given ample notice that meets the requirements of notice pleading.

Third, the Court did not recognize or considered that the Privacy Rule as contained in the HIPAA creates a protected right that can be litigated under 42 U.S.C. 1983. This theory is independent and distinct from whether HIPAA contains an implied private right of action, the sole theory addressed by the Court. This was "clear error."

Last, Plaintiff Melvin Brown alleged a clear theory of per se negligence against defendant David Walker in which a "zone of danger" could be inferred from the Mr. Brown's class member ship to whom the statutes were intended to protect. It was therefore clear error to dismiss the count that per se negligence against David Walker.

A memorandum of points and authorities in support this motion, proposed order and exhibits are attached hereto.

Respectfully submitted,

\_\_\_\_\_/s/_____
GEORGE E. RICKMAN
DC Bar 433298
P.O. Box 21267
Kalorama Station
Washington, D.C.  20009-21267
202-258-3643
georgerick11@comcast.net
*Counsel for Plaintiff*

Local Rule 7(m) Certificate

I do hereby certify that on or about October 28, 2020, the undersigned contacted Assistant Attorney General Philip Medley and Katherine Erklauer to obtain their consent to the relief sought herein. AAG Medley and Ms. Erklauer informed the undersigned that they do not consent. This motion should therefore be treated as opposed.

     /s/
GEORGE E. RICKMAN
DC Bar 433298
P.O. Box 21267
Kalorama Station
Washington, D.C.  20009-21267
202-258-33643
georgerick11@comcast.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 29th day of October 2020, a copy of this motion, memorandum in support thereof and proposed order were served by electronic service on:

AAG Philip Medley
441 Fourth Street, NW 6th Floor South
Washington, DC  20001
philip.medley@dc.gov

Katherine Erklauer
Blumenthal & Cordone, PLLC
7325 Georgia Ave., NW
Washington, D.C.  20012
kerklauer@blumcordlaw.com

    /s/
GEORGE E. RICKMAN
DC Bar 433298
P.O. Box 21267
Kalorama Station
Washington, D.C.  20009-21267
202-258-3643
georgerick11@comcast.net
*Counsel for Plaintiff*