IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 14-00140 (TSC) |
| | ) |
| SANDRA HILL, et al., | ) |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER**

Upon consideration of Plaintiff Melvin Brown's motion for reconsideration, any opposition thereto, any reply, the facts the law and the record herein; it is this _____ day of _____ 2020, and it is

**ORDERED:** that this Motion for Reconsideration is hereby **GRANTED;** and it is,

**FURTHER ORDERED:** that this Court's order dismissing defendants Amelia Villaruz, David Walker, the District of Columbia and So Others Might Eat is hereby **VACATED;** and it is

**FURTHER ORDERED:** that defendants Amelia Villaruz, David Walker, the District of Columbia and So Others Might Eat **SHALL** respond to plaintiff Melvin Brown's Fourth Amended Complaint within twenty (20) days of this order.

 

TANYA S. CHUTKAN
United States District Court Judge