United States District And Bankruptcy Courts

For the District of Columbia

Complaint

Melvin Brown    PRO SE
2810 Texas Av. S.E. APT. 309
Washington, D.C. 20020
Cell # 202-710-1431
            VS.

FILED
JAN 30 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case: 1:14-cv-00140
Assigned To : Unassigned
Assign. Date : 1/30/2014
Description: Pro Se Gen. Civil

Defendant(s):
Sandra Hill, 1876 4th ST. N.E. #135-E W.D.C., 20002
Randy Raybon, 64 New York Av. N.E., W.D.C. 20002
Suzanne Bond, 1876 4th ST. NE, WDC, 20002
Belinda Sealey, 1876 4th ST. NE, WDC, 20002
Lawerence Parot, 1876 4th ST. NE, WDC, 20002
Ann Chauvin, 60 "O" ST. NW, WDC, 20001
Laura Nichols, 1221 Taylor ST. NW, WDC 20011
Sinead Quinn, 1221 Taylor ST. NW, WDC 20011
Richard Gerlach, 60 O ST. NW, WDC 20001
Francis B. McCall, 60 O ST. NW, WDC 20001
Margaret Simmons, 60 O ST. NW, WDC 20001

RECEIVED
DEC 11 2013
Clerk, U.S. District and
Bankruptcy Courts

RECEIVED
Mail Room
DEC 11 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Complaint

I. Plaintiff filed grievances/complaints against Francis B. McCall, Suzanne Bond, and Melanie Davis, staff persons and administrative officials of S.O.M.E. (So Others Might Eat).

Cont

1

JAN 13 2014

Case 1:14-cv-00140-TSC Document 141-3 Filed 10/29/20 Page 2 of 7
Case 1:14-cv-00140-TSC Document 1-3 Filed 01/30/14 Page 2 of 7

Page 2 of 7

these grievances were ignored. Not only were they ignored, these persons, particularly and especially Suzanne Bond retaliated and retaliated in a vicious and malicious way. And her intent to hurt, harm and damage me (plaintiff) was willful. She needed some help - or she involved others. She involved not only certain people (defendants) herein named, she involved people (employees) of the DMH (Dept of Mental Health,) and the Court will see that a conspiracy was at hand - all because of a "grievance" that I filed asking for nothing but a "An Apology." Haughty.

## MHIA (Mental Health Information Act of 1978)

II. Margaret Simmons called the DMH on 12-2-10 seeking "Protective Health Information" and got it. Who is Margaret Simmons? An important point of the MHIA of 1978 is: 1. Permission to Release Information. 2. A valid authorization to Release Information. 3. The "unauthorized disclosure" violates the provisions for the District of Columbia Mental Health Information Act of 1978.

A. They had NO Permission to Release Information. The DMH had NO valid Authorization (from plaintiff) to Release nor disclose any of his Protected Health Information.

Cont

Case 1:14-cv-00140-TSC Document 141-3 Filed 10/29/20 Page 3 of 7
Case 1:14-cv-00140-TSC Document 1-3 Filed 01/30/14 Page 3 of 7

Page 3 of 7

B. Plaintiff had NO knowledge of Ms. Simmons' phone call to the DMH until approximately 12-20-10, he immediately filed a grievance against the DMH on 12-22-10 - but did not or could not confirm it until he recieved an answer or confirmation. His confirmation came in a letter from Randy Rabon, Clinical Supervisor, Access Helpline/Care Coordination, Department of Mental Health, and dated <u>01-11-11.</u>

C. Plaintiff (or Consumer) was trying to have Greendoor as his Core Service agency (so contracted with the DMH.) The DMH/Access Helpline directed Margaret Simmons to Greendoor. Persons at Greendoor, believed to be Laura Nichols and or Sinead Quinn disclosed Protected Health Information not only to Margaret Simmons but also to Ann Chauvin. Greendoor/DMH told or disclosed that Melvin Brown "had not taken his meds for months - decompensated." And told them his dianosis and the types of medication, plus Axis.

D. Ann Chauvin, Suzanne Bond and Belinda Sealey "concocted a story" in which to substantiate their allegation of threatening behavior. They called the Police (the Mobile Crises Services Police of the DMH) telling them: "Mr Brown was Psychotic...."
CONT

Case 1:14-cv-00140-TSC Document 141-3 Filed 12/29/20 Page 4 of 7
Case 1:14-cv-00140-TSC Document 1-3 Filed 01/30/14 Page 4 of 7

Page 4 of 7

threatening and pulling a razor and "becoming increasingly agitated." Ofc Bill Peters collected the information and asked: "Was Mr. Brown aware that they were coming?" NO, Ann Chauvin replied. And on January 13, 2011 the Police came and took me in hand cuffs to CPEP (Comprensive Psychiatric Emergency Program) @ D.C. General for two days and on to PIW (Psychiatric Institute of Washington) for two more days (until I called an attorney, Ms. Sylvia Naguib - asking her to take me in front of a Judge to determine my competence - (Probable cause hearing.) The Psych doctor refused to go to open court and discharged me (during the same hour.) having been deprived of his liberty, saying nothing of the embarrassment and humiliation.

### Further Humiliation / Eviction Notice

II. On or about 12-21-10 Plaintiff recieved a Notice of Lease Violation of which the Tenant (Plaintiff) is Required to cure Violation or Vacate: Material Noncompliance includes, but not limited to:

1. Threatening Staff (Threatening Night Manager with Physical harm on November 28, 2010.
2. Intimidating Staff and/or others.

A. If I fail to cure the stated violation(s) prior to the end of the thirty (30) day Period, I would be required

Cont

to vacate the premises at the expiration of this Notice no later than January 31, 2011.

B. On January 13, (two weeks of) Suzanne Bond, CAO, Belinda Sealey, Program Director of Adult Housing, and Ann Chauvin, Chief Clinical Ofc. of S.O.M.E. fabricated... hatched a story that Melvin Brown pulled a razor on the said three (administrative staff persons-) determine to "get rid of me" (not for threatening behavior, but for filing grievances/complaints against S.O.M.E.; hoping that they would breeze thru LTC (Landlord Tenant Court;) figuring that I would be at St. Elizabeth.

C. On or about 02-01-11 Plaintiff (Melvin Brown) recieved a summon to appear in LTC to vacate. Case # 02603.

### Damages/Monetary Amount

IV. Plaintiff is asking this Honorable Court to award him $4,685,000. He is asking that the main players or defendants, Suzanne Bond, Belinda Sealey, Ann Chauvin, each, pay $640,000 for malice and willful intent to deprive him of liberty, peace & joy; (pain and suffering;) mental anguish.

Cont

A. He is asking for $1,000,000 from Randy Raybon (or the name of the person whose name has yet to be divulged) for "disclosing Protected Health Information - knowing full well that a valid Authorization and or Permission to Release Information was required (before releasing information.)

B. He is asking that Margaret Simmons to pay $250,000 for initiating the Ph. Call to the DMH and thus, Greendoor, a treatment Provider for the DMH.

C. He is asking that Richard Gerlach pay $550,000. He is the Supervisor of Suzanne Bond, Ann Chauvin, Belinda Sealey and Margaret Simmons. Plus, my grievances/complaints went directly to him via Certified Mail. He ignored them all.

D. He is asking that Laura Nichols, Team leader of Greendoor and Sinead Quinn, Intake Specialist, each should pay $100,000 each for passing on Plaintiff's Protected Health Information.

E. Sandra Hill, $25,000 and Francis B. McCall $50,000 for writing me up and finding me guilty and punishing me for what Sandra Hill alledged that I "sexually harrassed her." Sandra Hill was not at the (Shalom House) Administrative Hearing although I asked or demanded that I be able to confront

Cont

Case 1:14-cv-00140-TSC Document 141-3 Filed 10/29/20 Page 7 of 7
Case 1:14-cv-00140-TSC Document 1-3 Filed 01/30/14 Page 7 of 7

Page 7 OF 7

my accuser — which I was not allowed. I wanted to cross examine her to determine the validity of her claim or accusation.

F. Plaintiff is further asking that Lawerence Parot pay $50,000 for falsely accusing me of "threatening him with physical harm" November 28th 2010.

G. Plaintiff is asking that the defendants pay all court cost and appropriate fees arising out of this action.

H. Plaintiff is also asking this Honorable Court to award him punitive damages in addition to.

*Melvin Brown*

2810 Texas Av. SE
APT #309
Washington, D.C. 20020