Leave to file GRANTED

*[signature]*

United States District Judge

United States District Court
For The District of Columbia

Introduction, 3 pages in
Roman Numerals.

Melvin Brown,

    Plaintiff,

Demand: $11,000,000

Cause: 42 U.S.C.

Civil Rights Act 1983

    V.

Sandra Hill, et al.,

    Defendants,

---

Civil Action No. 14-CV-0140-TSC

Nature of Suit: 440 Civil Rights

Other:

Jurisdiction: Federal Question

RECEIVED
2015 NOV 24 P 5:50
CLERK
US DISTRICT &
...RIGHTS

## 2nd - Separate Amended Complaint
### Introduction

Civil Rights violation and Negligence. The defendants' actions were deliberate, including Standard of Care, or Negligent, was willful in failure to Protect The Plaintiff's medical records/Protected Health Information/mental health information, there- by, their intent were to deprive him of his liberty; and will show State actors'

    Cont

Pg. II

Complicity, which was a conspiracy, hatched by the SOME Inc.
defendants, beginning with Margaret Simmons, exh-A, soliciting
David Walker of the Dept of Mental Health, (DMH) who disclosed the
Plaintiff's Protected Health Information (PHI) without a
valid authorization, in order to carry out their plot to have
the Plaintiff (unlawfully) committed to CPEP (emergency hospi-
tal. (Confined.)

1. This Cause of action will show at least two - if not three
   employees of the DMH who played a role in the Plaintiff
   being unlawfully confined (involuntarily committed.) The
   Third such person is an "unnamed party," and that being
   Ofc. Isha Edwards, whose FD 12 Report (Police Report) Seems
   to be crafted. He is an officer (MPD) with the Mental
   Health Unit (of the Mobile Crisis Services, or Response Team,) Ex-
   hibit-K.

   2. Bill Peters of the DMH, took the pertinent information, exh-H,
      arrived at the home of the Plaintiff with Isha Edwards (to
      increase the safety.) Neither official bothered to interview or
      observe the plaintiff's demeanor, or behavior; a determining factor
      of his state of mind; took Mr Brown from the shower, hand
      cuffed him and transported to CPEP, (based initially on exh-H.)
      (a) The facts will show Mr Brown's rights were violated, due

pg. III

TO a conspiracy, hatched by SOME (So Others Might Eat), for his having filed a series of grievances/complaints (exh - D) and exh - N and N-1, against the SOME organization, and SOME retaliated (and enlisted conspirators who are under color of law to approve, sanction - aid and abet.)

3. The defendants are being sued in their individual capacity.

4. The claim is NOT complicated nor complex, intricate, yes.

5. His claim should need no new jurisdictional support.

_____

CONT

Pg. 1

His Claim: Civil Rights Violation/Negligence (and)

I. To support his Claim, and facts (There may be some legal theories,) for example: David Walker of DMH/Access HelpLine, entertained (in Phone conversation) with Margaret Simmons of SOME (So others might eat,) Exhibit A. There are reasons to believe he was taking directives from his superior(s). or: was familiar with the SOME organization; (buddy-buddy type,) SOME Inc., contracts with the DMH, and Ann Chauvin of SOME, is a regular face in the CPEP/DMH meetings. And Therefore, Mr Walker was relaxed in disclosing PHI (Protected Health Information) of Mr Brown. And thus used or caused to be used Mr Brown's unique individual identifiable health information. Though he had no valid authorization to disclose the Patient's mental health information (MHI) to Ms Simmons. But

CONT

Pg. 2

Factually:

1. Mr Walker and MS Simmons' Joint action caused the Plaintiff to suffer (initially) mental anguish, that led to physical and emotionally suffering.

Mr Walker was identified in exh-A, as a "worker" but is a District goverment employee, acting under color of law with The DMH.

(a) Exhibit B, & V; Judicial action To compel (medical records and the name of "worker") who disclosed to MS Simmons the Plaintiff's Protected Health Information (PHI), gave rise to § 7-1205.4: 6 months to bring an action. Such action is now in the United States District Court for the District of Columbia; (containing federal subject matter.) Judicial action was heard on 07-03-2014, exh B.

(b) The action was brought (in federal court) on Nov 21, 2014 (well within 6 Mos). Plus. Exhibit C, Pro se Original Complaint Shows date of Dec, 11, 2013; (within time frame to bring his action- on both accords.)

(c) Mr Brown filed a grievance against Access HelpLine, for disclosure, exh-E, Mr Raybon's letter, exh-A, is response to that grievance, though it is filed w/inconsistencies, contradictory, and ambigous, but it is all we have- record -wise of such phone.

2. Plaintiff filed a grievance against SOME, exh, D and N. SOME retaliated; subsequently targeting the Plaintiff.

(a) Sandra Hill, according to Francis B. McCall falsely accused

CONT

Pg. 3

Mr Brown of Sexual harrassment, which Mr Brown emphatically denied, but was found guilty and placed on restrictions, eventho. Ms Hill was not at the Hearing. Mr Brown filed a grievance, Exhibit D, and Francis B. McCall, Property Mgr. made a decision to place Mr Brown on restrictions" after wrong-fully Finding him guilty of Sandra Hill's alledged or false accusation of Sexual Harrassment, caused Mr Brown mental anguish, and dejection; like he (Mr Brown) is a pervert or lower, And he was proscribed and condemned. through out the Some Community. (And      Some owns over twenty (20) Affordable Housing Units,) including Shalom House with over 75 residents. Followed by other targets:

(c) Lawrence Parot's Serious Incident Report, Exhibit O, and Exhibit T, Threatening Night Mgr.; Lease Violations. Mr Brown denied each infraction → Such unproven in-fractions caused the plaintiff mental anguish and Suffering, because he trusted the Some organization, but found out the hard

Pg. 4

way that they were seeking ways to have him removed from their Premises, warrantlessly, and Mr Brown was looked upon in a False light, and was humiliated; entitles him To relief.

3. Belinda Sealey, Susan Bond, and Ann Chauvin made false accusations (misrepresented information) to Bill Peters of the Dept of Mental Health (DMH) of the CPEP Mobile Crisis Services, reporting: "Mr Brown left threatening Notes hinting "Murder" and "you shall die," exhibit H, a leading Cause of the plaintiff's illegal detention or false imprisonment (deprivation of liberty,) Causing the plaintiff (to Suffer) Physical and Mental harm; entitles the plaintiff to relief. As a result, of their action, Mr Brown was hand cuffed, and trans-Ported to CPEP (Comprehensive Psychiatric Emergency Program) at D.C. General Hospital for the maximum stay; two days. And four more days at PIW (Psych ward(s),) where he Suffered abuse, restraints, and assaulted; Physical and Mental Suffering.

(a) In addition: Isha Edwards' FD 12 Report, exhibit K, adds: "Mr Brown Pulled a razor on (3) Shalom House Staff Persons," attributed to Mr Peter's decision to Transport Plaintiff to to CPEP. IF - if - Mr Edwards' Police Report-FD 12 Report

cont

Pg. 5

~~MB~~

~~Mental Health Mobile Crisis Unit); if his FD-12 Report~~
or unsupported,
is untrue, he aided and abetted the some defendants,
causing the plaintiff to suffer physically and mentally,
and emotionally (by fabricating his FD 12 Report). Hence: he
$Exh = k$.
omitted the names of the (3) Shalom House staff persons.
And: he omitted whom he received such damning information
from. Unless he is prepared to name the person or persons who
provided him his information, he is, an unnamed party to
                                          preliminary
this cause of action. His FD 12 Report, contributed to Dr. A.
                                          also
Villaruz' decision to order further hospitalization (for plaintiff.)
(b) Police Reports, FD 12 Reports included are invalid, unless it
gives a particular description, identifying persons whom he
obtained his information (from) - and his does not; then he
attributed to Mr Brown's deprivation of his liberty-directly;
causing severe physical and mental suffering to the plaintiff.
                       a
4. Liberty is constitutionally protected right in and of itself es-
                            federal
tablishes both injury and damages.

(a) The named defendants' acts were the legal cause of the plain-
tiff suffering, physically & mentally. Plus, by factual omissions,
                                                    Cont

Pg. 6

Entitles him to relief, for pain and suffering.

(b) The Claim, and other contentions have evidentiary and material support that should prevail during discovery.

(c) All actions herein referenced occurred in the District.

(5.) According to Randall Raybon's letter, dated 1-11-11, exhibit A, Ms Simmons called Access Helpline/DMH, (purportedly) seeking crisis assistance for Melvin Brown. If that's the case, she called under false pretenses. For none called 911 (to assist him) — if he was in a crisis state. They had no valid reason to call 911, because nothing was wrong.

(a) Then she was calling-seeking some other type of assistance, that is: "Some information — Mr Brown's Protected Health Information." And got it. And for further said assistance, this "worker" told Ms Simmons (or suggested) that she should call Green Door (G-D). Exhibit A. And that is disclosure. And such disclosure of the Plaintiff's Protected Health Information to Margaret Simmons (or some) and Mr walker neglect to protect plaintiff's PHI, was the avalanche of the Plaintiff's troubles and sorrows; physically, mentally and emotionally, entitles him to relief. And this "worker" has been identified as David Walker, a counselor @ Access Helpline/DMH.

Cont

Pg. 7

(b) According to exhibit A, Mr Walker's actions: Neglected to Protect the Plaintiff's PHI(Protected Health Information) deliberately, Caused The Plaintiff to Suffer Mental anguish by doing so. He had No valid authorization. And Ms Simmons had No Written permission to Release Information. Their joint action Caused Mr Brown Physical and Mental Suffering, en-Titles him To relief.

(c) Furthermore, That phone Call record is Concealed or Non-existant. Exh-ib's. (No record). The Mental Health Information Act § 7-1201, of says: "When disclosure occurs, a Notation MUST be entered and Main-Tained in The Patient's record of Mental health infor-mation; To whom disclosed, date of disclosure, and a des-Cription of the Contents of what was disclosed." And No Such record exist, which is a Strong inference That Mr Raybon's letter is Not an accurate account of The Circumstances Sur-rounding The phone Call (Conversation) between Margaret Simmons and Mr Walker; Could only mean, what is being Concealed will Prove to be Unfavorable To The defendants. So:

(d) Ms Simmons Passes Mr Walker's Supplied information on To Ann Chauvin, who in turn, Calls Green Door(G-D); Cont

pg. 8

Conversations ensued or "Meetings of the minds" occurred
on 12-01-2010; 12-13-2010, and 12-15-2010 Via Phone
Conversations and Voice Mail, Exhibit I, (Green Door documents.)

(e) Laura Nichols, Clinical Mgr of Green Door, and Head of
Mr Brown's Treatment Team, served as the liason between
the SOME defendants and G-D defendants, in turn, gave
directives to Dana VanZant to alter (or attempt) to alter
The Domain 1- Living Situation document, Exhibit I. She
also gave directives to Ms VanZant and Sinead Quinn to
Cancel Mr Brown's psychiatric appointments with Dr. Podell, and Dr Singh
For 12-7-10, and 12-20-2010, Exhibit I-4, Podell + Singh (business Card.)
Sarah Hochbaum to "disclose" the Plaintiff's Medical
records to Ann Chauvin (of SOME.) There was no written
Permission nor Valid authorization to do so.

(F) Ann Chauvin used the illegally obtained medical records, which in-
cluded his AXIS, diagnosis, etcetera, to create, or falsify
reasons to initiate the Referral to CPEP; Exh I, (Unlawful deten-
tion ...) to deprive him of his liberty – by Stealth. (because
no one knew she were to Call Green Door, but Access Helpline.)
Cont,

Pg. 9

which ultimately caused the plaintiff immense suffering, physically, mentally, and emotionally - deliberately, entitles him to relief. See also exh-J-1.

(g) And to cancel his appointments with Dr Podell, and Dr Singh, caused the plaintiff to suffer psychological damages, caused by Dana VanSant, Sinead Quinn, and Laura Nichols of Green Door, plus Sarah Hochbaum who fed Ms Chauvin the plaintiff's PHI, caused the plaintiff to suffer physical and mentally, and emotional trauma; entitles him to relief.

(h) Their actions were not only negligence, they colluded/conspired with the some defendants, plus with the DMH (employee(s)/defendants, in a conspiracy to deprive the plaintiff of his liberty by way of involuntary commitment (to a psych ward(s) Exh-A, 2nd paragraph.

(i) Sarah Hochbaum's name, phone #, and extension (Green Door), who he re-cieves mental health care treatment (Provider), his diagnosis, etcetera, is along side of Ann Chauvin's of the Mobile Crisis Referral form, such vital information did not fall from the sky, and exhibit J. on into Ann Chauvin's lap, exh-J, entitles the plaintiff to relief,

Con't

Case 1:14-cv-00140-TSC Document 14 SEALED Filed 05/28/17 Page 13 of 132

Pg. 10

for intentionally disclosing Protected Health Information,
Negligently and Conspiring
having him, to cause harm, willFully to the plaintiff, in
(J) Their act involuntarily committed—deprived of his liberty.
or Failure to act caused harm to the plaintiff,
and he is entitled to his Demand of $11,000,000, or as is appropriate,
Justice entails. (see pages 29-37) for explicit Monetary or MB
Financial table per defendant's actions, or individual actions.)
with that kind of money, the plaintiff can pay for the very best
Psychiatric care money can buy, to ease his Sorrows and sadness,
and recurring painful memories of those he trusted or once
trusted. And (may-be) he'll find reasons to smile again-
maybe— and be happy-again. plus $5,500,000 (should triple) to
show that such conduct and sub-standard behavior will not
be tolorated; must be accountable for their intentional acts;
to show there is no place in the Dept of mental health for any
immoral acts and criminal conduct. And thats what the courts
are for. Law abiders appreciate that, especially those with
friends or kin, or just regular people who empathize with individuals
in the DMH who are mentally challenged, and abused. If it

CONT

Pg. 11

weren't for The Courts where will be? (and other Regulations), HIPAA included.

(k) It is a federal Crime for anyone acting under Color of law to willfully deprive, or Conspire to deprive a Person of a right Protected by The Constitution; Title 18, USC Sect 241.

6. Green Door and or Timothy J. Sawina, President, is responsible for the Conduct of it's employees during The Course of employment.

(a) Not only that, he was aware or should have been aware, because the plaintiff Sent, via Certified Mail Return Receipt Requested to Mike Clancy, Grievance Panel on 4-26-2011, exhibit G. That grievance was ignored; causing mental anguish to The plaintiff as if: F-you. (Thats how Green Door felt or feels about a Poor ordinary man, black or white with Mental illness(es). Still and all, Truely GD Caused the plaintiff to suffer physical and mentally.

7. John Adams, President of SOME, is responsible for the Conduct of it's employees during The Scope of employment.

(a) Richard Gerlach, executive director of SOME, was sent via Certified Mail Return Receipt Requested, The grievance, and letters; (an
Cont

Pg. 12

outright cry or plea) from the Plaintiff, Telling him about
about his employees heavy hand at Shalom House, Mr Gerlach
                    insulting and                  exhibit F.
didn't only choose to ignore The grievance. He chose to re-
Taliate. And so did John Adams: SOME (so others Might
Eat) retaliated).

(b) John Adams and Richard Gerlach are Tacit Parties. They knew
The whole plan. The whole plot to have Mr Brown re-
moved (permanently) from their premises. He was Barred from
The SOME clinic, exhibit H, first paragraph. And Mr Gerlach
and Mr Adams knew that Ann Chauvin, Belinda Sealey
and Susan Bond would manufacture stories to cause The
DMH mobile Crisis Response Team to come and take the
Plaintiff to CPEP, NOT TO help him, but To hurt him.

(c) NOT ONLY that. They (Adams + Gerlach) knew that Margaret
          or did                                    
Simmons would successfully obtain Mr Brown's PHI from a "worker"
(black person) with Access Helpline/DMH. violating his very being;
violating District laws and federal Statutes - willfully.
(d) They knew they had to plot to carry out their Secret plan
                          Was   of
or purpose, and that, which was: To have Mr Brown in a
psych ward for a lengthy stay. And with Susan Bond Faking
                                                        cont

Case 1:14-cv-00140-TSC Document 47 SEALED Filed 05/28/17 Page 16 of 132

Pg. 13

or posing as his case manager, a libotomy was in their devious plan (for the plaintiff) or an indefinite stay at St Elizabeths. An indefinite stay is often a long stay.

(e) John Adams, Richard Gerlach, architects of the conspiracy, enlisted others (conspirators) to (help) carry out such plot, and treacherous acts (against the plaintiff), was meant to harm him. He enlisted Ann Chauvin (for starters.)

(f) What they didn't know: God was on the plaintiff's side, and still is, I do believe, and hope so.

(g) Some and Green Door and DMH defendants' under-handed, double-dealing has caused the plaintiff profound harm and immense suffering, and deep sorrow; resulting in Mr Brown having to have on-going-psychiatric care, and psycho-therapist to assist him so that he would not com-pletely crack up or and fall by the way side. His best meds, his insurance no longer pays for it. He is only able to get generic (psychotrophic) medications(s). $11,000,000 will certainly pay for the best in psychiatric care, medications and other psycho-social therapy and other services, long va-cations included - re-visiting with family-life-enjoying it.

(h) The plaintiff did not resort to violence. He went to the law (the courts) seeking remedies for those who wronged him. cont

Pg. 14

He went to attorneys, only to be disappointed, and re-
jected. One particular attorney (Jim Rocap) took his case- held it
for past six months — which prevented him from
taking action against the D.C. Government 6 mos to.
file an action. So. Here he is, on PRO SE/without the
District of Columbia as a defendant.

(i) Prior the Mr Brown's adversities, caused by the blame-
worthy defendant's actions, Conduct and Sub-standard be-
havior, he had No Need of Psychotropic Medications. He
was doing FINE. Real FINE; drug Free — Completely drug free;
happy and Content; writing Novels, and film Scripts; per-
forming in Stage plays; open Mic-
Not anymore — see exh- S.

6. Amelia Villaruz, MD, Psychiatric Evaluation is 95% re-
hashed. Exhibit M. She rehashed the FD 12 report, based on
"he say -She say." Nothing Comprehensive, and Nothing factual.

(a) There are Components of Evaluation. For example : Clinical
interview; Testing; Cognitive, or Wechsler Adult Intelligence
Scale - IV. Memory. Personality. Minnesota Multiphasic
Personality Inventory 2F; Testing mechanisms, and so forth —
Just to name a few, are available, or should have been
Cont

Pg. 15

available, especially where "involuntary commitment"
is concerned.

(b) Abscence of utilizing such components, the psych doctor could not
make an accurate diagnosis, or formulate a plan which
requires a coherent treatment plan. And her psychiatric
evaluation is incomprehensive and should be void, or questionable.

(c) Where involuntary commitment is concerned, she has a
wider duty and responsibility. She made not one inquiry to
determine whether others had plotted; she made not one
inquiry to determine whether hospitalization was necessary or
justified. (She went along with the program - or took sides -
the wrong side.) And:

(d) Ordered further hospitalization when there was no need, nor
any apparent signs or symptoms of manic, or Bi-polar, or schizo-
affted Disorder, nor psychosis, Non psychotic behavior
(on her watch or observation.) Yet:

(e) She ordered two male assistants to restrain (or hold) the
plaintiff while he is being injected with high potents of
Risperdol, Geodon, 20mg, and Ativan, 2mg, and God knows what all.
She had no court order to induce or force meds. See exhibit M-2
Cont'

Pg. 16

(Psych Notes). And Admitting Orders, exhibit P, and Physician Discharge, exhibit Q's.

(F) Exhibit M, Chief Complaint: "They brought me here based on lies." And that was true.

(9) Exhibit M, History: "He has NOT been Compliant with Treatment for the past several months." Well... He was only linked to, or connected with GD for (7) seven weeks, from Nov. 22-2010, to 1-13-2011. So. what NON-Compliance are they talking about? Mr Brown did NOT Miss any of his Scheduled appointments. And: They cancelled his appointment w/ Dr Podell and Dr Singh- NOT Mr Brown. He stated: "There's nothing wrong with Me." TRUE. He stated: "They are in Cahoots." Also TRUE. "Angry with CSA's." Not angry, but pissed (after finding out they aided and abetted Some in having him brought to CPEP) Grandiose. "A writer," and he is. He wrote: A Speck of Joy, on Amazon.com (books or Kindle.)

(h) Exh-M. Social History: She invented Portions of it, where she Says: "emotionally/physical/sexual abuse." That's NOTTrue. Mr Brown maintains that Dr A. Villarus Sided with those who had him involuntarily committed; causing the plaintiff

cont

Pg. 17

an influx of pain and suffering, deliberately. And lacked in making a professional decision where in-voluntary commitment is concerned. (He has never been sexually abused. Physically or ↑)

(i) In the Psychiatric Eval, exhibit M, History of Present Illness, (middle of paragraph): " Mr Brown was fairly ^MS alert cooperative, ^and directable..." ^well, What else did he need to be ^? tap dancing? She say: "he has no insight to his illness." Based on what? And see exhibit U, and U-1; a direct contradiction.

(j) CPEP medical records, plus the good psychiatrist states: "he refused to take meds; no meds since his arrival @ CPEP." Then, how do you propose they were administered? The nursing notes will tell... (Nursing notes omitted at this time.) But they will indicate: he was sleep-sedated after being forced meds, and numbed; senses dulled...etc.

(k) Mental Status Examination, Exhibit R. (Hand written notes in R-column is Plaintiff's personal notes; trying to make sense of it all.) And some of these are ^questionable, and ^contradictory compared to other CPEP reports.

(L) Exhibit M-1, (bottom of) ^first paragraph: "Plaintiff is likely to injure self and/or others." Such opinion was made based on rehashed in-formation, that of which was fabricated. And she made no efforts to determine the validity of any statements, or reports. And:
con't

Pg. 68

There's Much Talk (reports about NON-Compliance.) Notice: And she states (further down on exh-M-1,: "NON COM-Pliant with Treatment." What Treatment? According to G-D (Green Door) documents, Assessment + Diagnostic, page 9, exhibit I-3, (bottom of page) Says: Treatment Recommendations: "Comply with all Conditions of Parole." ,

[So.] How and when was he NON-Compliant w/Treatment recommendations? They Cancelled both of his Psych doctor appointments, because: if Mr Brown is under The Care of Dr Podell, or either Dr Singh, then it would be hard fetched (for them) to They alledged on exhibits H, and J; "leaving (threatening) allege what Notes with words such as "Murder" and "die" and with "religious references." (Ooh!) And exhibit J: "No Meds in Months; NON Compliant w/Treatment, and so forth. Pulling a razor, exh-K. Thats why they Cancelled his appts...to fit the plot. (M) Dr A. Villaru3' actions, Precipitated by such restraints and Forced Meds, Psychologically wounded The Plaintiff; dulling The senses of his reasoning abilities: Causing further Psychiatric Trauma, such as emotional Shock That Creates Substantial and lasting damage To The Psychological development (of Plaintiff) leading, generally to Neurosis or Psycho-Neurosis, The Plaintiff now has a Phobia of entitles him to relief. Trusting Core Service Agencies who Contracts with the Dept of Mental Health (DMH), fearing a distrust, or recurrence of what

pg. 19

he has experienced in this cause of action. Therefore:

(N) He wandered (around) for months (suffering) while in need of psychiatric (help) or care; suffering from a phobia, or fear of trusting Core Service Agencies (and mental health professionals) who treat the poor. (See page 29:37) With $11,000,000, the plaintiff can alleviate such phobia and buy or pay for private mental health care without fearing that he will be betrayed; And never having to worry about being involuntarily committed to a psych ward and abused, or put in St. Elizabeths just because of some unscrupulous or corrupt mental health professionals lack of conscience in dealing with the poor; or worried about a needless libotomy, or an indefinite stay in a psych ward or an asylum, merely because he aired a legitimate complaint or grievance that results in a vendetta, helped or aided by person(s) acting under color of law. (mental health professionals).

(0) The plaintiff is still upset, and probably will be until his remedy/or relief or demand is met, and until he recieve a comprehensive and adequate psychiatric care, plus $11,000,000.

7. In this cause of action, the blameworthy defendants used his

con't

pg. 20

Mental health history; illegally obtained protected Health Information; illegally obtained Medical records/mental health information, (diagnosis) and fabricated evidence to reach their intended goal or aim: to harm the Plaintiff, Physically, and Mentally, which could last throughout his life time without the very best Psychiatric care thats available. Plus. $5,500,000 is appropriate and just; bringing closure (to his injuries and damages) and well deserving to an ordinary man who had No Contributing factors to his pain and suffering, Physically and Mentally, entitles him to relief (and Justice.) or Psychologically

(a) False arrest and fabricating evidence (to do so) violates the (4th &) 5th Amendment(s). And fabrication of evidence against an individual also violates the Color of law statute. Whether it is called illegal detention, deprivation of liberty, or unlawfully confined: tort of false imprisonment does not require that an individual actually be imprisoned. False imprisonment occurs anytime someone intentionally and unjustifiably confines a person directly or indirectly such that the confined person is aware that his freedom of movement is

Cont

Case 1:14-cv-00140-TSC Document 147 SEALED Filed 05/18/17 Page 24 of 132

Pg. 21

Constrained, or is harmed by such confinement; to establish a civil rights violation based on false imprisonment, a case is made when a Plaintiff shows confinement and an awareness by the Plaintiff plus an intent of the defendants to confine.

(b) SOME runs Jordan House, a crisis bed provider, plus, Access Helpline (and or GD) could have recommended a crisis House where his movement would not have been so restricted. Therefore, they supported his extreme confinement. And their actions were extreme and outrageous, and unnecessary. And unjust.

(c) Ms Sealey, Ms Bond and Ms Chauvin (of SOME), fabricated the evidence, to wit: "Mr Brown left threatening notes hinting "murder" and "you shall die," exhibit H, prompted Bill Peters to call back to say: "they were coming and bringing the police to increase the safety." Exh–H.

(d) Susan Bond, CAO, deliberately fabricated a DMH /CPEP document, exhibit L, stating: "She is Mr Brown's case Mgr." to make it all look legal, or legit, and well warranted, (when it all was a conspiracy and retaliation; a vendetta against the Plaintiff for: merely filed a grievance against the SOME:

cont

Pg. 22

organization, and thereby, ~~decieved~~ she decieved the authorities into the (illegal) apprehension of Mr Brown, causing the plaintiff physical and mentally suffering when hand cuffed (needlessly) and confined(needlessly), based on fabricated evidence, and Mis-represented information (or fraud), whose intent were to confine unjustifiably; to harm the plaintiff, physically and mentally, and emotionally, entitles him to relief. And:

8. Unless Isha Edwards can attach a name to the person or persons who told him such bologna that Mr Brown pulled a razor on (3) shalom House staff persons... would certainly appear that he "aided and abetted" the SOME defendants, Makes him a potential "unNamed Party" to this cause of action.

(a) who knows: he and Mr Peters may have gotten together and said: "what the heck. Lets take his butt on to CPEP. Who cares? Who'll know? He's a Nobody;" (eventho Mr Brown was taking a shower upon their arrival;) hardly a symptom or behavior of any of the above Named diagnosis, according to Dr Amelia Villaruz, psychiatrist's opinion or reasons to order further hospitalization.)

(b). Bill Peters and Isha Edwards Negligected their (legal) duty to interview the plaintiff as they did the SOME defend-ants, in determining whether he did what was alledged.

cont

Pg. 23

They acted with no concrete proof. (There were over (75) seventy five residents @ Shalom House at the prescribed time of the alledged incident(s), and NOT ONE⁽¹⁾ resident was questioned; And NOT ONE resident witnessed any of the ...(whatever) that caused the plaintiff to be hand cuffed and taking to CPEP; just all defendants/ administrators of SOME. what about the regular staff-people; custodians, clerks - desk clerks, counselors – visitors – No one saw anything. Because NOTHING happened (that which was alleged.) Just the plot - in secret. Not one (resident) knew that the plaintiff was headed to CPEP - PSYch ward. The entire plot was a secret (among the Chosen - Conspirators). They made it appear as if the plaintiff was going to jail - Just in case some one did see him... hand cuffed -

(c) Isha Edwards aggravated the situation with his FD 12 report, giving Bill Peters grounds to order Mr Brown to be arrested/ transported to CPEP; (likely to injure self, or others.) Pulled a razor....What type of razor? A Bic? A barber razor, or what? And where is it?

II. Looking at the circumstances, and the various documents (material evidence), it becomes increasingly obvious that GD and the DMH (defendants) had already discussed the matter (disclosure) and violating his civil Rights – agreeing to conspire; be-cont

9. 2A

cause I can't see Green Door (with so much at stake) would
risk disclosing a mental health patient's records / protected Health
Information knowing it was against District laws, and
federal statutes, HIPAA included, unless they had approval - prior conversation(s)
with a person or persons at Access HelpLine, or CPEP, or... (maybe) the

Dept of Mental Health Authority - which I doubt. But, for what-
ever the reason, it is obvious that they (GD) had "lengthy phone
conversations" with the SOME defendant(s). See exh. I, Domain
1-Living situation document, see also exhibit I-1 thru I-3. on the Domain 1, upper R-corner
(inserts), time; dates (of such ph calls) Not only that, After Mr
Brown TOLD G D he was "Homeless," (GD) Green Door is now
abreast that Mr Brown "resides at Shalom House," and how
how much "Rent" he pays; $198.00. it's on the G-D documents. This
information didn't fall from the sky. It came from G-D documents,
(provided by SomE-Shalom House.) Collusion.
(a) Green Door and the DMH knew that they must be careful,
and cautious, and highly secretive in carrying out such
plot, and they made elaborate steps to do so. This would in-
Cont

Pg. 25

Volve measures calculated ahead of Time; (Ploting.) The cancelling his Psych appts. some defendant, Ann Chauvin, conversed or communicated with a Green Door employee/defendant on 12-01-2010, exh-I, one day before Ms Simmons' alledged phone call to Access Help-Line/David Walker. And Successfully obtained his PHI, Particularly, who Mr Brown's mental health Treatment Provider is, which is Green Door (G-D,) who would have ALL of Mr Brown's Mental Health (related) Information. And Margaret Simmons "Passes" this information on to Ms Chauvin, who Then Seduces G-D to get on board (after Convincing G-D That Access Help/line/DMH was already on board (with the plot to have Mr Brown Committed or involuntary Committed.)

(b) Then the Green Door (G-D) defendants, exhibit, I-4, Dana Vanzant, Sinead Quinn, at Laura Nichols directives, cancels (both) of Mr Brown's appointments with Psychiatrist(s) Dr Podell, and also, Dr Singh; (appointment dates were 12-07-2010, and 12-20-2010, And re-schedules to 1-13-11 (The same day Mr Peters and Isha Edwards of The CPEP Mobile Crisis Services are notified, to take action, That is: Take Mr Brown to CPEP because... alledgedly, he is a danger to himself and others

Cont

Pg. 26

For, Notably, Non-
A Compliance with Treatment (at G.D.) and Such other, bull,
insofar as what They alledged—No meds...etc,
in order to carry out Their designed Plot, aim, or
goal, i.e., to have him Committed to an asylum, via CPEP,
an emergency psych ward, as if Mr Brown is "Truely" Non-
Compliant w/treatment at G.D., etc. See exhibit J, + J-1.

(d) SOME had already made the First (cautious act) or elaborate
Step when, Ms. Simmons phone called Access Helpline and
Spoke with a "worker" who secretly disclosed The plaintiff's
PHI, and concealed such phone call (record, and it's contents—
data collector did—or someone did with Access Helpline.)

(e) The Next elaborate step was (secretly) disclosing The plaintiff's
Such phone record or phone call is NOW "NON-existant." (wiping
the evidence away.)                          GreenDoor
Medical records (PHI) to Ann Chauvin, Chief Medical officer
with SOME (So others Might EAT,) who would use it adversely,
to cause harm, to deprive him of his liberty, via a psych ward(s).

(F) To do... further hurt, and harm to The plaintiff, SOME
Simultaneously served an Eviction related-30 Day Notice to
                                                        exh-T,
Cure or Quit—Lease violation to plaintiff on 12-22-2010;
certain to humiliate him by evicting him (by default); his being
unable to answer LTC docket Roll Call, and Thereby, be evicted
(Surreptiously) while in a psych ward or an asylum—(Not a Crisis
                                                              Cont

Pg. 27

House in The Community), where he could make arrangements for a Continuance ) [For          reasons.] NO. SOME wasn't having everything he owned degraded; Possessions on side of The road. That. They wanted him out; his merely because he filed a grievance against Their "Stellar Corp." in removed from Their Premises - Permanently),

1. The plain, believes he can prove his claim in court, entitles him TIFF to relief. He Further believe he can prove intentional tort, which he ask This Honorable court to consider as a fact finder. . . serving

(a) He further believe he can produce proof (evidence) that the blameworthy defendants' actions were deliberate, with Malice aforethought; planned and calculated; involving person or persons premeditated; Under color of law.

(b) These persons conspired to cause harm to the plaintiff — and did.

(c) Some of These persons had The plaintiff's Medical records (the Power;) The ammunition to hurt him. They had some authority — but NOT thee authority to carry out a devious plot; Their aim, Their goal; Their design, that is to harm — literally meant to destroy the were plaintiff (if they had their way.) Thats like saying: "They have Carte Blanche to do poor, ordinary people anyway They choose."

Cont

Pg. 28

I dont believe in that. I believe in whats fair. And right. And
Just for all. And so does the Justice System, including our founding
Fathers. Thats Justice. Thats the American way. The only way.

(d) He is asking this Honorable Court to consider issuing an
Administrative subpoena which will deplore the defendant's
Power, for the sake of Justice.

Thank you.

Continue

Pg. 29

## Damages And Injuries/Monetary Amount Per: Defendant

The Plaintiff is asking This Honorable Court to award him $11,000,000 for the defendant's actions That caused him to Suffer emotional Trauma, and shock; psychological damages and injuries; physically and mental Suffering, as well as for Their deliberate Neglect To Protect The plaintiff's medi-cal records; A Mental health information, and his Protected Health Information. And to Conspire To deprive him of his liberty. And did.

(a) The plaintiff Could NOT Protect himself, Legally, They were re-quired to do so (GD + DMH.) Instead, They operated w/SOME.

(b) Green Door, defendants, and DMH defendants, and SOME defendants derity. by failing to conform to The standards of Conduct of Care givers. Their conduct can be judged in light of a person's actual knowledge, ob-servations, Training, and skills, and what a prudent person would do under The Same Circumstances. They knew or should have known Their act, or failure to act Could cause harm.

(c) The doctrine of Res Ipsa Loquitur allows a plaintiff to prove Negligence on The theory That injury Could Not have occurred in the absence of Negligence.

(d) The D.C. law(s) and Federal statutes in which The plaintiff's cause of action is brought.

Cont

Pg. 30

Prohibit Such Conduct That Causes harm, including Civil Rights Violations and U.S. Constitutional Rights Violations. Therefore :

1. David walker is, being Sued for $1,000,000 for Wrong-Ful disclosing Mental health information, and protected Health Information (PHI;) and used or caused to be used unique individual identifiable health information, deliberately, which resulted in the Plaintiff suffering Physical and Mental harm, in a conspiracy, and deleting Patient information records- or concealing.

2. Margaret Simmons is being Sued for $1,000,000 for obtaining PHI and mental health information under false pretenses, to cause The plaintiff to be deprived of his liberty, causing him to Suffer physical and Mental suffering, and emotional Trauma, deliberately, and conspiring to do so-by stealth.

3. Ann Chauvin is being Sued for $1,000,000 for falsifying and Fabricating evidence to deprive The plaintiff of his liberty, Causing him to Suffer Physical and Mental Suffering, and emotional Trauma, deliberately, and with Malice. And illegally obtaining his medical records to do So, in a conspiracy to violate his Civil Rights, That placed him in psych ward(s).

4. Belinda Sealey is being Sued for $1,000,000 for Falsifying and Fabricating evidence to deprive The plaintiff of his liberty, deliberately, willfully, and with Malice aforethought; causing

Cont

Pg. 31

The Plaintiff to suffer Physical and Mental Suffering, as
well as emotional Trauma, that resulted in his False arrest,
and Conspiring to do so.

5. Susan Bond is being Sued for $1,000,000 for Falsifying and
fabricating evidence to deprive the Plaintiff of his liberty,
deliberately, and with malice that caused the Plaintiff to
Suffer Physical and Mental anguish and emotional Trauma,
that resulted in his being Placed (Unlawfully) in a Psych
ward(s). And Falsifying a CREP document to do so; Posing
as his Case Manager Fraudulently, and Conspiring to de-
prive the Plaintiff of his liberty (1-13-11).

6. Amelia Villaruz, MD, is being Sued for $1,000,000 for deliberately
Causing the Plaintiff to Suffer Physical harm, Psychological
wounds, Mental anguish, Psychiatric and emotional shock by
ordering two males to hold the Plaintiff while he is being
forcefully insected meds at high dosages, (abused) intentionally to
dull his Senses and reasoning abilities to cause him harm,
based on Fabricated evidence, and with No Scientific
reason to support; Nor to order Further hospitalization
(Confinement); Causing Further Psychiatric Trauma, that creates
Substantial and lasting damages.... That leads to Neurosis,
or Psycho-Neurosis; developing Phobia (and distRust for Care
givers) in the medical areas of Mental health professionals

cont

Pg. 32

(where the Plaintiff is most vunerable,) needing the most protection and care.

7. Saura Nichols, Clinical mgr. and Head of Mr Brown's Treatment Team @ G-D is being sued for $1,000,000 for conspiring to deprive him of his liberty, by conspiring with Ann Chauvin (for one) by communicating the plaintiff's mental health information (disclosure) without valid authorization, knowing that MS Chauvin's intent was to harm the Plaintiff (by way of involuntary commitment,) assisted her - an accomplice,) causing physical and mental suffering (to plaintiff.)

(a) MS Nichols knew by ordering the cancellations of his psych appointments would give credence To: No meds in months; Decompensation; Non-Compliance, and so forth - knowing that these are grounds for the CPEP Mobile Crisis Team to respond - to act. And she hatched the seed of "possible Bi-Polar." And she makes it appear that the plaintiff has been linked or connected with Green Door (G-D) for a while, to say: "No meds in months," (when in reality, he'd only been linked to G-D for (7) weeks) = Not for months - or years. Just (7) weeks.

(b) She ordered or gave Sarah Hochbaum, CSW (Community Support worker) Mr Brown's medical records to share, give, or disclose

cont↓

Pg. 33

(Unlawfully) to Ms Chauvin (of SOME) to use in an ad-
verse manner that would harm the Plaintiff. And did.

8. Sinead Quinn knew or should have known by participating, or cancelling the
Plaintiff's appointments with his Psych doctors would cause
harm (mental and psychological pain), and failing to notify
the Plaintiff of such possible harm, and knew of a conspiracy was
brewing, and took part. Ms Quinn is being sued for
$250,000 for deliberately causing physical, mental, and
emotional trauma to the Plaintiff, deliberately.

9. Dana VanZant (or Vincent) altered , or attempted to al-
terate a G-D document; Collusion, to deprive the Plaintiff
of his liberty, knowing that some funny business was going on; cancelling his appts,
and her failure to act, caused the Plaintiff physical and
mental suffering. She is being for $250,000. She knew his
privacy had been breached, and safety compromised, and failed to act.
of G-D,

10. Sarah Hochbaum, is being sued for $1,000,000 for intentionally
causing the Plaintiff to suffer physical, mental anguish and
emotional trauma, by directly working with Ann Chauvin to
(deprive) have the Plaintiff unlawfully committed to a Psych

cont

Pg. 34

word(s); disclosing to Ms Chauvin The Plaintiff's Medical
information, including PHI/in a Conspiracy to land
him in a psych ward, including P.I.W, and or: St. Elizabeths.)

(a) Ms Hochbaum appeared at Shalom House — after Mr Brown
told, he was "Homeless" and slept where he could. She
      ˄Green Door
Colluded with the SOME defendant(s) Knowing their
intentions were to harm him — or — Knowing that her
Colluding could cause harm to the plaintiff, and failing
To act; Knowing that she neglecting to protect the plaintiff's
medical information; betraying the trust and her legal duty to
protect his medical records, caused him harm, and she con-
spired to do so; (pretending she was on his side; filled w/deception.)
[They all were].

11.  GD is being sued for $1,000,000 for the conduct of it's
employees'/defendants' adverse actions that caused the plaintiff
Physical, mental suffering; emotional trauma, and conspiring
to deprive him of liberty, deliberately, to cause him pro-
                 ˄his
found harm (during the scope of employment).

(a) Green Door (GD)/Mr Timothy J. Sawina chose to ignore
          when
The plaintiff ˄he notified Mr Sawina, via Mike Clancy

pg 35

(exhibit G) about the ill-conduct of their employees, and he
took no action, ~~causing~~ attributing to the plaintiff mental and physical
suffering.

12. John Adams / SOME is being sued for $1,000,000 for
the conduct of their employees during the course of employ-
ment, which caused the plaintiff to suffer physical and
mental anguish, emotional shock, and the architect in conspiring to
deprive him of his liberty; and manufacturing evidence
to do so, was premeditated, willful, and intentional. To
cause him harm; physical damages and injuries, physically + mentally,
was deliberate and retaliatory in nature, and vendetta for the
plaintiff having filed grievance/complaints against the
SOME ~~organization~~ And for no other reason; and was aware of his
employees' plot to cause profound harm to the plaintiff, an accomplice.

13. Richard Gerlach, executive director of SOME (along with Mary
Ann Sacks, vice president of SOME) were sent certified letters/
grievances/complaints about ~~the MB~~ his treatment @ Shalom House,
only to be ignored, rather retaliated against, by enlisting conspirators

Cont

Pg. 36

To cause him profound harm, physically and mental suffering, as well as emotional trauma and shock, by first: permitting Ms Margaret Simmons to call Access Helpline (under false pre-tenses.) and to illegally obtain Mr Brown's PHI to cause him damages and injuries, deliberately - as if to destroy his very life (for "crossing" SOME). Mr Gerlach is an accomplice of the SOME defendants. He was well aware of his (SOME) em-ployees action(s), and failed to act; makes him a tacit party, and an accomplice. (He approved their action, with Fr. John (Adams) blessing.)

14. Francis B. McCall, Sandra Hill, and Lawrence Parot is being sued for $250,000 each for "targeting" Mr Brown, to cause him harm, Physi-cally, and mental suffering; aiding the Superiors @ SOME to cause harm to the Plaintiff; Placing him on restrictions based on a "False accusation" to Sexual Harrass an indi vidual, when there was nothing supporting, just the first infraction of the SOME/Shalom House Community Guide Rules Lines (leading to Eviction) and future behavior problems - to improvise. And afterwards, Ms Hill was awarded employment with SOME...

15. Randy Raybon is being for $250,000 for covering up the act
cont

Pg. 37

or actions of a "worker" who broke the law, makes him an accomplice in causing The plaintiff mental and Physical suffering, and emotional Trauma, And in his super-visory position, or capacity.

wherefore: Plaintiff is seeking judgement be entered in Favor of The plaintiff, and against The defendants(for the above Mentioned acts). Plaintiff Further Seeks The Following relief:

1. Plaintiff is asking for appropriate attorney fees for his Time/work that depleted his social life and other amenities.
2. He is asking for economic damages for lost revenue, being unable to advertise/promote his book(sales), other book potentials. Title: A Speck of Joy, an Ebook w/ Amazon.com.; unable to pursue publishing agents; film script agents; film Makers/producers, and unable to finance independant (Physical) book Publishers, nor even perform in Open Mic engagements locally, by reading excerpts, due to the enormous Time, Efforts, concentration. That involved

CONT

Pg. 38

(Most) all of his time, primarily due to this cause of action, which he had no contributing role.

(a) A Speck of JOY has a completed screen script, but due to this cause of action, (his time) has basically abandoned it because he is unable to focus on it (in a spirited sense,) and unable to promote it or push it, or market it in the Library of Congress (for browsers.)

(b) He has another completed novel: Doctor, Lawyer, and Indian Chief; unable to push it or concentrate on it, due to this cause of action; time consuming.

(c) In fact, due this cause of action, the Plaintiff's (whole) his and State of mind, writing career was derailed, entitles him to economical damages. And he's asking for $150,000 in lost revenue and for wrecking his writing career. himself

(d) He has seen (in his mind) winning the Pulitzer Prize, or on the Red Carpet for his writing achievements. (Now that may be grandiose,) one may say, when in reality, its a goal– an achievable goal, based on one's dedication, talent and work ethics; not necessarily an ingredient of mental illness.

3. In addition, he is asking the Court to levy a hefty fine on the blameworthy defendants for their conduct, sub-standard be-

CONT

Pg. 39

havior and intentional acts (for reasons set forth.)

4. He is asking for $5,500,000 in punitive awards, or as justice requires.

(a) SOME is a Multi-Million dollar Corp. GD is worth tens of millions of dollars. The DMH has a $300,000,000 budget; their defendants employed.

5. He is asking for protection against ~~further protection against~~ MB further venderras by the defendants (against unreasonable harm) for his having taking legal action.

(a) He is asking the court to consider a federal investigation in the event of something mysteriously happens to the plaintiff for having taking legal action.

6. The defendants did what they did, because they thought they could get away with it — as do most criminals (think).

Thank you.          PRO SE          Melvin Brown
                                    mel~Bro
                                    2700 Jasper St. SE, #322
                                    WDC, 20020
                                    (202) 679-2116
                                    Date: 11-23-2015

And he would like to thank ms Marta Bearsin of the Washington Legal Clinic for the Homeless, for contacting ms. S. Nagueb of the Public Defendant's Office, and for her legal assistance. And thank the D.C. Bar Pro Bono Program Advice & Referral Clinic for their invaluable assistance.
                                                            CONT

Pg. 40

Penalty of Perjury
The Plaintiff swear or affirm that the foregoing is True and Correct to best of his Knowledge and belief.

---

Certificate of Service

An exact copy of the foregoing, including exhibits were mailed via Certified Mail Return Reciept Requested to the some defendant's arry, MS Carol S. Blumenthal, 7325 Georgia Ave, NW, WDC, 20012, on or about 11-23-2015; Mr Jeffrey B. Hardie, arry for Green Door defendants, on or about 11-23-2015, 1751 Pinnacle Drive, Ste 1700 McLean, VA 22102; Shermineh C. Jones, Asst. A.G. 441 Fourth St. NW, Ste 630 South, WDC, 20001; And To: Amelia Villarus, MD, 1905 E St. SE, WDC, 20003.

Melvin Brown
mel Bro
2700 Jasper St. SE #322
WDC, 20020
(202) 679-2116
11-23-2015

In the year of 1218, Five men Conspired to Kill the King, however, the plot was uncovered, and the five hanged.

United States District Court
for The District of Columbia

RECEIVED

APR 17 2015

Clerk, U.S. District and
Bankruptcy Courts

Melvin Brown, Plaintiff,

v.

Sandra Hill et al.,

Defendants

Civil Action No. 14-0140
(TSC)

Nature of Suit: 440: Other
Jurisdiction: Federal Question

## Formal Notice of Appeal

I. The Judge, Ms. Tanya S. Chutkan's adverse decision(s) were based on the [belief] that the Plaintiff was disgruntled at his service agencies and simply filed his action(s) to get even.

1. She was biased throughout her decision making against the Plaintiff.

2. Her action reveals that the Plaintiff is mentally ill to the point that his thinking is warped. She even mentions "Paranoid Schizophrenia" when he has not been officially diagnosed as such, while his accurate diagnose is "depression." cont

Pg. 2.

3. She erred in her ruling on Statute of limi-
tations had ran. And the Plaintiff disagree.

4. She erred by misconstruing the association
between Green Door and the BBH (formerly
the (DMH) Dept of Mentally Health,) and
SOME, wherefore the Plaintiff alledged a
conspiracy to deprive him of his liberty.
(a) His 2nd separate Amended Complaint includes Negligence,
abolishing his own HIPAA claim.

II. Amended Complaint

1. The Party may amend it's pleading once as a
matter course.
amended
(a) The Original Complaint was recommended by
the Court of Appeals (to keep his case alive),
with no Pro Bono assistance (available), he
said
filed his Amended Complaint (based on
(DoA):
HIPAA) which was dead on arrival.) After
seeking or finding Pro Bono assistance, he
was advised to file a separate - 2nd Amended
cont.

Pg. 3.

Complaint, which he did, on (about) Nov. 24, 2015, and The Judge never addressed it (for The Purpose of Justice.) And : holding The Plaintiff to The same standards of an attorney; obviously biased against PRO SE litigants; ignoring Justice.

2. His 2nd separate Amended Complaint was an honest act to Correct his original Amended Complaint (which was; DoA.) And his Supplements are 100 % different, and The Judge should have looked at it - Considered it; No Opposing Party objected to the Plaintiff's 2nd separate Amended Complaint. And she ignored it - Totally ignored it; dismissing his case on a Technicality - Not Justice.

(a) It's like in her Court: it's one (1) Strike and You're out.

III. In her Ruling To dismiss, she Totally Failed To Mention one defendant, Amelia Villaruz, MD.

1. Amelia Villaruz, MD, who Chose To represent her- self (PRO SE). And she has ignored all Proceedings,

Cont.

Pg. 4.

And obviously, the Court has excused this
Particularly defendant; NO Sanctions; NO Penalties,
NO liabilities; NO NOthing; a Clear indication OF
The Judge's biases and Prejudice against the
Complainant. It's like She rushed TO JudgeMent.

Melvin Brown
Mel ~~~~~
2700 Jasper St. S.E.
# 322
WDC, 20020
04-27-2016.
(202)679-2116.

Pg. 5.

Penalty of Perjury

The foregoing is True and Correct to the best of his knowledge and belief.

Certificate of Service

An exact copy of the Notice of Appeal was mailed via certified mail, Return Receipt Requested, on April 27, 2016, to attorneys Carol S. Blumenthal, 7325 Georgia Ave. NW, WDC, 20012; Jeffrey B. Hardie, ESQ, 1751 Pinnacle Dr., Ste 1700 McLean, VA 22102; Shermineh C Jones, 441 Fourth St. NW, Ste. 630 South, WDC, 20001, and: Amelia Villaruz, MD, 1905 E St. S.E., WDC, 20003.

Melvin Brown
2700 Jasper St. S.E. #322
WDC, 20020
04-27-2016
(202) 679-2116.

Initial Exhibits

1/11/11

#14-140-HAA
(TSC)

Melvin Brown
1876 4ᵗʰ St. NE, Apt. 124
Washington, DC 20002

Exh - A

Dear Mr. Brown:

My apologies for not responding to your grievance sooner.

I spoke with Margaret Simmons of SOME, and Ms. Simmons stated that she called Access Helpline on 12/2/10 around 11 am seeking crisis assistance and that she spoke with a male worker whose name she could not remember. Our worker suggested that she call Green Door for assistance. Upon speaking with this worker, he believed that Ms. Simmons stated she "thought" that you were linked with Green Door, and that he simply confirmed that and encouraged her to call them for assistance.

It is our standard protocol to notify CSAs when the consumers linked to their agency are in crisis so that they may assist in resolving the crisis. In this case, the worker should have indicated to Ms. Simmons only that we would deploy someone to respond to your crisis.

We want to assure you that the Access Helpline values both your safety and the privacy of your health information, and apologizes for this incident. We will continue to re-orient staff to consent procedures.

You also had a second question, "Also, I want to know what or how is SOME connected to Shalom House?" SOME's website indicates that Shalom House is one of the affordable housing units run by SOME. It should also be noted that SOME runs Jordan House, which is a crisis bed provider for the Department of Mental Health.

Please feel free to contact me if you have any further concerns.

Sincerely,

Randy Raybon
Clinical Supervisor
Access Helpline/Care Coordination
Department of Mental Health
Randall.Raybon@dc.gov
(202) 671-3066

## Superior Court of the District of Columbia

**CIVIL DIVISION**

CIVIL ACTION

JUN 19 2...

Melvin Brown
2810 Texas Ave. SE # 309
W.D.C. 20020 _vs_ Plaintiff

14-0140
(TSC)

No. 14-0003781

Debra Collins-Campbell,
1509 16th St. NW. WDC 20036
and Defendant

Randy Raybon
64 New York Ave. NE.
Washington, D.C. 20002

MOTION - (Pro-Se)

Petition for Medical Records.

MOTION OF: _____ for _____

(State briefly what you want the Court to do) Please See attachments.

---

Printed name: Melvin Brown

Signature: Mel ____

Address: 2810 Texas Ave. SE #309
WDC 20020

Home phone no. 202-710-1431

Business phone no.

### CERTIFICATE OF SERVICE

On June 19th, 20 14, I mailed this motion to all the lawyers in the case, **NB. Sent via Certified mail,** the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Name: Debra Collins-Campbell
Address: 1509 16th St NW
WDC 20036

Name: Randy Raybon
Address: 64 New York Ave NE
WDC 20002

Mel ____ Signature

### POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

I don't know all the laws, per se. But I am entitled to my medical records. And that is the law. And these persons know, or should know that I am entitled to my medical records. These are my records.

Mel ____ Signature

Form CV-391 / Dec. 00

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### Washington, D.C. 20001

14-0140(TSC)

FILED AND DOCKETED

JUL 07 2014

THE OFFICE OF
JUDGE-IN-CHAMBERS

Melvin Brown

_Plaintiff_

vs.

Civil Action No. _3781-2014_

Debra Collins-Campbell

_Defendant_

## ORDER

Upon consideration of the ~~motion~~ _Miscellaneous Petition for medical Records_

filed by _Melvin Brown_

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _3rd_

day of _July_, 20 _14_,

ORDERED:

(1) That the ~~motion~~ _Petition_ be, and it is hereby, _Certified to a Civil Judge_ ☑ ~~GRANTED~~ ☐ ~~DENIED~~

(2) That _____

_____

Copies to:

_____

JUDGE
MIZE

Form CV-545/Apr. 03

Case 1:14-cv-00140-TSC Document 41-5 Filed 10/28/20 Page 53 of 132

BROWN, MELVIN  Vs.  COLLINS-CAMPBELL, DEBRA et al     JJC

07/07/2014                                        # of Pages     1
Order Sua Sponte to/for:  Entered   x
Docket

14-0140 (TSC)

                                           Journal Name
                                           Journal Book

                                           Starting Page

                              >            Docket Nbr

              Sealed                       Document Nbr
              Create      F    ImagesT     File Reference
              Notice                       Nbr

                                                                        B-2

...e to/for: Civil Judge Assignment, signed by Judge Mize on 07/03/14
...cket 07/07/14

...ONER     Updated    THOMPSONER    Updated    07/07/2014
           By:                       Date:      11:48

United States District And Bankruptcy Courts

For the District of Columbia

Complaint

**FILED**

Melvin Brown          PRO SE
2810 Texas Av. S.E. APT. 309
Washington, D.C. 20020
Cell # 202-710-1431
VS.

JAN 30 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Defendant(s):

Case: 1:14-cv-00140
Assigned To : Unassigned
Assign. Date : 1/30/2014
Description: Pro Se Gen. Civil

Sandra Hill, 1876 4th St. N.E. #135-E W.D.C., 20002
Randy Raybon, 64 New York Av. N.E. W.D.C. 20002
Suzanne Bond, 1876 4th St. NE. WDC, 20002
Belinda Sealey, 1876 4th St. NE, WDC, 20002
Lawrence Parot, 1876 4th St. NE, WDC, 20002
Ann Chauvin, 60 "O" St. NW, WDC, 20001
Laura Nichols, 1221 Taylor St. NW, WDC 20011
Sinead Quinn, 1221 Taylor St. NW WDC 20011
Richard Gerlach, 60 "O" St. NW, WDC 20001
Francis B. McCall, 60 "O" St. NW, WDC 20001
Margaret Simmons, 60 "O" St. NW, WDC 20001

**RECEIVED**

DEC 11 2013

Clerk, U.S. District and
Bankruptcy Courts

RECEIVED
Mail Room

DEC 11 2013

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Complaint

I. Plaintiff filed grievances/complaints against Francis B.
McCall, Suzanne Bond, and Melanie Davis, staff persons
and administrative officials of S.O.M.E. (So Others Might Eat).

1

Cont

14-0140 (TSC)

Exh-D

| SUBJECT: COMPLAINT AND GRIEVANCE POLICY | DATE: ~18~10 Rev.: 10/22/08 | PAGE: 1 of 2 |
|---|---|---|
| ATTACHMENT:     Grievance Report | | |

ATTN: Mary Ann Sachs (Some/So Others Might Eat)

**Grievance Report**

Name and Title of Person taking report *(If dictated):* /

Name of Complainant: Melvin Brown  Contact Information: (C) _____ (H/W) ____

Date of Report: 08/18/10  Date of Incident: 08/18/10  Time of Incident 9:10 Am

Witnesses/Others Involved: *(use back of paper, if needed)* Name: McCall, MS, Contact Info. ____
Shalom Hse Staff  Mines,
Name: Shalom House Contact Info. _____ Name: _____ Contact Info. _____

Location where incident occurred: Shalom House (MS McCall's office)

Is this the first time an incident like this has happened? ___ Yes  x  (No)  If no, can you describe when this happened before in as much detail as possible? *(use back of paper, if needed)*
There has been other incidents that that The Shalom House Staff is "Picking on me," Harassing me," disrupting my quiet enjoyment.

What prompted you to make this complaint? I am being unfairly. I was summoned to Ms Calls office along with Ms Mines telling me about a "Sexual harrassment incident or incident (which I strongly denied); asking to be "Confronted" with my "accuser." they denied me that right. See Page 2 attached!

What would you like to happen as a result of your complaint?
To get to the bottom of this matter. Shalom House Staff owes me an apology (preferably in writing). And or tell me in writing how this type of Staff "overbearing" and be brought to Nil.

Can we contact you if we need more information? (Yes)  No --

Ph # 202 ~~888 8492~~
Email MelvinBrown4@verizon.net
or 1824 fourth St #124
Zip 20002

Page two of page 2
    Grievance     ATTN: Mary Ann Sachs

Show (highlighted segments) on the Sexual Harassment [attached]
Ms McCall & Ms Mines Proceeded to tell me about
a sexual harrassment involving an unnamed
source. McCall did not say what was said
that was "inappropriate." Ms McCall did not say
who this person is.

    How can I defend myself or my integrity
    against a ghost? After they had their say, I was then
issued a verbal warning " — like I'm guilty, or that they found merit in the compt.
Ms McCall & Ms Mines referred Me to "their policy
governing harrassment. Shalom House Guidelines for
Community Living #4 talks about "harass or intimidate."
    I don't feel that I have harassed or intimidated
any one to the extent of their "quiet enjoyment ect.,"
if so, this person or persons should have or could have
simply said: "Not Interested, Inappropriate, offensive —
or something to me of that nature. Therefore to go be-
hind my back to staff and concoct a story is to
degrade me, my character or integrity is to make them-
selves look good — and to make me look bad in "unfair"
without a proper hearing. What I call a proper hearing
is to be confronted face to face with my accuser —
in front of Shalom House to be allowed to ask certain
questions — extract certain answers so that Shalom
staff can determine the validity of all statements. Other-
wise, this is a "mark on my character" which I feel
violated. I would like for this to be addressed properly.



To be filled out by FAIR staff person   $14-0140 (TSC)$ 

District of Columbia Department of Mental Health
Consumer Grievance Procedure

## Form A New Grievance

**A**

| First Name Melvin | M.I. | Last Name Brown | DOB 03/20/1947 | Male   Female |
|---|---|---|---|---|

| Information Received by (Name) Elisa Delgado | FAIR ID No. | Date Filed 12/22/2010 |
|---|---|---|

| Against ☒ MHA ☐ Provider | Provider Where Enrolled Green Door | Provider Filed Against Access Helpline |
|---|---|---|

Mailing Address
1876 4th Street, NE, Apt 124

| City Washington | State DC | Zip 20002 | Email Address |
|---|---|---|---|

| Telephone 1 ☒ Leave Message OK (202) 710-1431 | Telephone 2 ☐ Leave Message OK |
|---|---|

| How consumer prefers to be contacted: Tel.  **Write**  Email  In Person | Individual Filed Against (If Any) | Does this grievance involve abuse & neglect or denial of service? ☐ Yes  ☒ No |
|---|---|---|

| Is complaint about failure to comply with earlier grievance decision? ☐ Yes  ☒ No | Subject Matter of Grievance (One required): |  |  |
|---|---|---|---|
|  | Code 1 | Code 2 | Code 3 |
|  |  |  |  |

Summary of Grievance
"Access Helpline told Margaret Simmons of SOME, who my CSA agency was and she should not have because I am not connected to SOME. Also, I have grievances against Shalom House/SOME."

Access Helpline did not have a release of information nor did SOME.

What does consumer want done?
"Whatever is best for a consumer (open).'
"Also, I want to know what or how is SOME connected to Shalom House?"

*Please fill out page 2*

Form A Revised 3.1.04

Case 1:14-cv-00140-TSC Document 47-5 Filed 10/28/20 Page 58 of 132

*To be filled out by FAIR staff person*

14-0140 (TSC)

Describe any previous attempt to resolve the problem:
"Yes, I called yesterday, but I as cut off on my phone. When I tried again my phone said I couldn't access the number again. I could not get back through."

☐ Ind. Peer Advocate (C.A.N.)? If so, ID No. [          ]   ☐ Other Representative (Complete Form 6)

*Please give the consumer a copy of this form.*

---

**To the Consumer:**

1. A copy of this form is proof that you filed your grievance on the date above. Please keep your copy of the form until your grievance is over.

2. Information about your grievance that you provide, or that others provide, may be shared with staff of the Office of Consumer and Family Affairs and with others who respond to the grievance. Information about the grievance will NOT be placed in your clinical record or shared with anyone not involved in the grievance.

3. You cannot be punished or treated unfairly because you file a grievance.

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.54 |

Sent to: SOME c/o Richard Gerlach
Street, Apt No.; or PO Box No. 100 "O" Street N.W.
City, State, ZIP+4 Washington D.C. 20001

---

**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.31 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.91 |

Postmark Here 12/07/2010

Sent to: SOME Richard Gerlach
Street, Apt. No.; or PO Box No. 71 "O" Street N.W.
City, State, ZIP+4 Washington D.C. 20001

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $0.44 0275 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.54 08/23/2010 |

Sent To: Mary Ann Sachs c/o SOME
Street, Apt. No.; or PO Box No. 60 "O" Street N.W.
City, State, ZIP+4 Washington, D.C. 20001

---

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $0.44 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.54 |

Postmark Here 03/16/2011

Sent To: Richard Gerlach SOME
Street, Apt. No.; or PO Box No. 60 "O" Street N.W.
City, State, ZIP+4 Washington D.C. 20001

---

These were grievances and complaints filed and
sent via certified mail to:....

Exh - F

Exh-G

District of Columbia Department of Mental Health
Consumer Grievance Procedure
**Form C Consumer's Form for Filing a Grievance**

C

14-0140 (TSC)

*Please print. Look at BOTH SIDES. Fill out the numbered sections. If you have questions about the form, see your provider's peer advocate or FAIR representative, or call the Independent Peer Advocate Program at 202-544-3600, or call the FAIR program toll-free at 1-866-866-5602.*

| Date | Received By | FAIR ID |
|---|---|---|

**1** Today's Date
QPRiL 26-2011

**2** Name of your provider

**3** Your Date of Birth
03/20/47

**4** Your First Name
MelviN

**5** Middle Init.
—

**6** Your Last Name
Brown

**7** ☒ Male  ☐ Female

**8** Your Address
1876 4th ST. N.E. APT 124
washington D.C.

**9** City
washington, D.C.

**10** State
D.C.

**11** Zip Code
20002

**12** Email Address

**13** Your Main Telephone Number
202-710-1431

**14** Can someone leave a message for you there?
☒ Yes  ☐ No

**15** Another Telephone Number for You?
No other Phone

**16** Can someone leave a message for you there?
☐ Yes  ☐ No

**17** How do you prefer to be contacted?
☐ TELEPHONE  ☒ WRITE  ☐ EMAIL  ☐ IN PERSON
iNformal / forMal

**18** Do you have a problem with a specific person? If so, please write their name:
Laura Nichols, SiNead Quinn, Sara Hochbaum (Caucasions)

**19** Please tell us about your grievance (use another sheet of paper if you need to):
ON 12-2-10, Margaret SimmoNS (OF S.O.M.E.) called the DMH (Access HelPliNe) Seeking "CriSes assistance (Per MelviN Brown). According to officials @ Access HelPline, She was referred to GreeN Door (Laura Nichols' Team; disclosing "Protected Health Information" (without a valid authorization by ClieNt (me). And was Provided with suCA.

**20** What do you want done about the problem (use another sheet of paper if you need to):
what do You think I waNT done about the Problem? S.O.M.E. Shalom House used this Protected health information iN aN iNjurious, Slanderous manner; having me "Committed" to C-PEP & P-IW, Falsifying the FD 12 RePort & "MisrePreseNTiNg themselves." upoN beiNg released from PIw, MCS returned to my home (See Next Page

**21** If you have tried to solve this problem before, please tell how and what happened:
I was lied to (iN SPite Of the SupportiNg facts.)

Form C Revised 3.1.04

I don't See No back side - Nor other Side AM    Please see the other side ▶

pg. 2 - of 2
FAIR Form C Grievance (face page)

around 11:PM, stating: "Green Door" Staff called
them and Said (I, Melvin Brown) had been @ their
office "threatening." (I don't know how true that
Statement is.) In other words: I don't know who...
called the MCS (headed by Sherril Ruthledge)
But She was rude; threatening - almost demanding
that I be quiet - this was on January 28, 2011 -
the Same day that I told Laura Nichols that I
was "effectively" terminating all services with
Green Door (for reasons related to Margaret Simmon's
Phone call to Green Door, (I have document of such 2
request to Terminate.
But SOME ONE - Laura Nichols, or a Staff Person
of S.O.M.E. Shalom House called the MCS alleging:
"crises; threatening Staff @ Green Door." (Theres proof
that MCS,) headed by Sherli Ruthledge appeared @
My house, Shalom Hse, 1876 4th St. N.E. #124.
I have other proof that MS Nichols have not been
forthright (with me.) I have other proof that the
Green Door Staff did Provide, My Protected Information.
Violating the MHIA (mental Health Information Act
of 1978. Plus the Patient Safety Act Rule. These
violations calls for "criminal Penalties" & civil damages."
Contact me by mail @ the above address.

1/13/11                           EXh-H                    14- 0140 (TSC)

This writer, CAO Suzanne Bond and Director Belinda Sealey found notes on or under our office doors that we discovered this morning from Mr. Melvin Brown. We learned from BHS Director that he received the news yesterday that he has been barred from 60 O Street SOME Clinic for threatening his addictions counselor via phone earlier this week. In the notes that he left for each of us, he used threatening words such as "murder" and "die". The notes have religious references and are disorganized.

The notes made each of us feel threatened and sufficiently concerned such that we made a call to the DMH Mobile Crisis Team. I spoke with Bill Peters who collected all the pertinent information, consulted with his team and then called back to say they were coming and asking the police to meet tem here to increase the safety.

The Mobile Crisis Team arrived with police officers. We approached Mr. Brown and the police officers told him that they were taking him to CPEP for an evaluation. Mr. Brown stated that he left the note for me because I had left him a note yesterday stating that his counselor had mailed his graduation photos so that he did not need to go to the clinic to pick them up as scheduled on 1/13/11 and he believed that is why he was banned (the logic was not reasonable). One of the police officers asked if he had ever been to CPEP before and he replied in an angry manner that it was private and he would not answer him.

They left Shalom House about 1:10 PM.

Ann Chauvin, LICSW

12/1/10 Pt. 2
14-0140(TSC)     11:44a - 1:30p
12/13/10 3:23p - 5:00p

## DOMAIN 1- LIVING SITUATION

Housing status now: homeless - staying w/someone (since Oct 2010) 12/15/10

Past housing: homeless (sleeping in cars) *SOME (Shalom House) 3:53p-
since March 2010, dislikes
b/c staff & Residents treat poorly

Ever been homeless? No (Yes) how did that happen? Substance Abuse

Are you currently homeless (Yes) No

Where do you stay when you are homeless varies

Daily routine: where do you frequent during different times of the day
on computer - writing

Where do you eat meals _____

Where do you, or can, get messages or mail _____

Where do you go to get cleaned up or launder clothes? _____

Where do you go when they need assistance – case-managers, outreach workers, lawyers in the community Nowhere

How can we reach you when you haven't been around _____
Do you have family members or friends that sometimes let you stay with them
yes

Ever been evicted? (No) Yes    How did that happen?

Income: $695    Source: SSDI    Food $200
Stamps
Child Support □ I receive  □ I pay $_____ /mo.
Rep payee: Self
Any housing subsidy? N/A
Rent: Ø  * $198 _____ Utilities: _____
What do you do if repairs are needed in your housing?

How do you get meals (cook, carry-out, etc.)?
cook
What kinds of things do you cook/buy to eat?

What do consider a nutritious meal?
oatmeal, bacon, eggs, pancakes, milk

EXH-H

| Name: BROWN, MELVIN | Case#: 4728 | Page: 4 of 10 |
| Type: Assessment and Diagnostic Form (Active Diagnoses) | | Date: 11/22/2010 |
| Printed on 01/13/2011 at 10.21 a.m. | | (Final Approved on 01/13/2011 at 10.19 a.m.) |

14-0140 (TSC)

Impaired



Current Psychiatric Diagnosis and Medical Considerations

Summarize symptoms, percipitating factors, onset, duration and intensity that support an Axis I diagnosis:

He reported that he had been drug free for 18 months.

Axis I

| ID | Description | Priority | Begin Date | End Date |
|---|---|---|---|---|
| 295.70 | SCHIZOAFFECTIVE DISORDER | 1 | 11/22/2010 | |
| 304.20 | COCAINE DEPENDENCE | 2 | 11/22/2010 | |

Describe significant personality characteristics that reach a level of clinical significance and support an Axis II diagnosis. List supporting evidence for a mental retardation diagnosis, including general intellectual functioning and adaptive functioning:

Axis II

| ID | Description | Priority | Begin Date | End Date |
|---|---|---|---|---|
| 799.9 | DIAG DEFERRED ON AXIS II OR I | 1 | 11/22/2010 | |

Summarize relevant medical issues as they pertain to the presenting problem:

He reported past treatment for kidney stones.

Axis III

| ID | Description | Priority | Begin Date | End Date |
|---|---|---|---|---|
| | | | | |

Summarize the client's psychosocial and environmental problems that affect diagnosis, treatment, & prognosis:

** He reported that he was homeless in this interview, but has apparently been living in Shalom House.

Axis IV

| ID | Description | Priority | Begin Date | End Date |
|---|---|---|---|---|
| E | Housing | 1 | 11/22/2010 | |
| B | Problem Relating to Social Env | 2 | 11/22/2010 | |

Primary Axis 1    Axis V  45

| Name: BROWN, MELVIN | Case#: 4728 | Page: 9 of 10 |
| Type: Assessment and Diagnostic Form (Active Diagnoses) | | Date: 11/22/2010 |
| Printed on 01/13/2011 at 10:21 a.m. | | (Final Approved on 01/13/2011 at 10:19 a.m.) |

14-0140 (TSC)

*Chief Complaints:*
<> *Depression: "There are times I don't want to do anything." He said he has no friends so it is not a matter of isolating when he is depressed. He said that he gets depressed about being falsely accused. He said that he does not think he has ever attempted suicide but he has had and still has thoughts of suicide.*
<> *Paranoia: He denies fearing that people are following him but when asked about paranoia, he said that he is still angry about being falsely accused of something just this year. He presented as paranoid.*
<> *Hallucinations: "I've heard them." He said they have told him to do things. "It's like a 100,00 voices...., like a rumblin'." Rule out visual hallucinations: Rule out: "I've seen things... I've seen a lot of things."*
<> *Agitation: He said he might pace or talk to himself but he said he is not destructive.*

*SA: he said he had 18 months clean (He denied ever being in treatment, but it came to light after this interview that he had been connected with SOME and their addiction program.)*

*Other notable information:*
<> *Fam Hx: He said that "all" of the people in his family have problems with addiction. He said that 4 out of the 11 siblings in his family have mental illness.*
<> *Abuse/Trauma: He mentioned being falsely accused of sexual harassment as traumatic.*
<> *Legal: He is on parole until 2012. He said that, in total, he has spent 6-8 years in prison.*
<> *Ed/Voc: He said that he has 1 year of college. He said that he is currently writing fiction. He receives SSDI: $695/month.*

*Consumer's goals/recommendations:*
<> *He requested help with housing, but it appears he is in transitional housing through SOME.*
<> *Anger management, trust building. It is not clear how much of his defensive/argumentative behavior has to do with personality or illness.*

I want to work in this Domain   ⊙ Yes   O No

---

**Financial History**

SSDI: $695
Food stamps: $200

☐ SSI   ☒ SSDI   ☐ SSA   ☒ Medicaid   ☐ Medicare   ☐ VA   ☒ Food Stamps

Insurance (insurance policy):

I am responsible for my own money   ⊙ Yes   O No
If no, the person responsible for my moey is:

Diagnostic/Assessment Report
Summary of Findings and Recommendations for Service Delivery
(including any barriers to be addressed during treatment)

*Consumer is a 63 year old single Native American male diagnosed with Schizoaffective D/O and Cocaine Dependence (see domain 10). He is on parole until 2012 and both meets with his parole officer and provides urines monthly. Consumer has no primary care physician. He would also like to see a podiatrist. Consumer has been clean for 18 months and hopes to maintain his sobriety. He currently resides in an SRO and would like more stable housing.*

*Treatment Recommendations*
*Comply with all conditions of parole*

| Name: BROWN, MELVIN | Case#: 4728 | Page: 1 of 10 |
| Type: Assessment and Diagnostic Form (Active Diagnoses) | | Date: 11/22/2010 |
| Printed on 01/13/2011 at 10:21 a.m. | | (Final Approved on 01/13/2011 at 10:19 a.m.) |



14-0140 (TSC)

## Green Door
## ASSESSMENT AND DIAGNOSTIC

Today's Date   11/22/2010        ECURA ID#   227422

Last Name   BROWN                First   MELVIN                        MI

Address        HOMELESS        City/State/Zip   Washington        DC    20001

Phone Number      202 710-1431      DOB   03/20/1947    Social Security Number    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

Alias

| Last | First | MI |
| --- | --- | --- |
| | | |

Marital Status   Never Married      Legal Status   Adult

Legal Guardian                          Guardian's Phone Number

Guardian's Address                      City/State/Zip

Ethnicity        Native-American        Income Amount

Payee   O Yes      O No      Payee Name


Emergency Contact      none                Relationship   Unknown

Emergency Contact Address              City/State/Zip

Emergency Contact Phone


Previous Mental Health Agency

Address                          City/State/Zip

Clinical Manager:                  Phone:

CSW:                          Phone:


Other Mental Health Service Provider          Phone Number

Address                          City/State/Zip


Special considerations for service planning:
    ☐ Language
    ☐ Impaired Hearing
    ☐ Needs interpreter
    ☐ Limited Sight
    ☐ Medical Problem
    ☐ Developmental Disability
    ☐ Other

I-4

**THE PUBLIC DEFENDER SERVICE**
for the District of Columbia

**Silvana Naguib**
Staff Attorney

MENTAL HEALTH DIVISION
BARTON HALL, ROOM 115
Saint Elizabeths Hospital
1100 ALABAMA AVE., S.E.
WASHINGTON, D.C. 20032
PHONE: 202.824.2860
Fax: 202.824.2877
Email: snaguib@pdsdc.org

Green Door
1221 Taylor Street NW
Washington, DC 20011
202-464-9200

Melvin Drxxx

has an appointment on: (MON.) TUES. WED. THURS. FRI. SAT.
DATE Dec. 13, 2010 AT 3:00 AM PM
IF UNABLE TO KEEP YOUR APPOINTMENT, KINDLY GIVE 24 HOURS NOTICE

Green Door
1221 Taylor Street NW
Washington, DC 20011
202-464-9200

Melvin Brxxn

has an appointment on: MON. TUES. (WED.) THURS. FRI. SAT.
DATE Dec 11, 2010 AT 11:00 (AM) PM
IF UNABLE TO KEEP YOUR APPOINTMENT, KINDLY GIVE 24 HOURS NOTICE

**District of Columbia**
**Department of Mental Health (DMH)**
Mobile Crisis Services (MCS)
1905 E Street, SE building 14 Washington, D.C. 20003

* Mobile Crisis Services (MCS)          202-673-9319
                                        202-673-9300
* CPEP                                  202-673-4388
* Homeless Outreach Program (HOP)       202-576-0491
* Crisis Beds                           202-388-3453
* Justin House
* Crossing Place

**Sushita Chelliah, MD**
Attending Psychiatrist

Office:   202-885-5750
Fax:      202-885-5805
Email:    schelliah@piw-dc.com

4228 Wisconsin Avenue NW
Washington, DC 20016
www.psychinstitute.com

**PIW**
Psychiatric Institute
of Washington

Green Door
1221 Taylor Street NW
Washington, DC 20011
(202)464-9200

Dr. Singh

Melvin Brown

has an appointment on: (MON.) TUES. WED. THURS. FRI. SAT.
DATE 12/20/10 AT 11:30 AM
IF UNABLE TO KEEP YOUR APPOINTMENT, KINDLY GIVE 24 HOURS NOTICE

**Sarah Hochbaum**

Community Support Worker
Green Door
1221 Taylor Street NW
Washington, DC 20011

Office (202) 464-9200 x458
Fax (202) 464-5730
Sarah.Hochbaum@greendoor.org

**GREEN DOOR**

Exh- I-4

I-4

**WASHINGTON LEGAL CLINIC**
**FOR THE HOMELESS, INC.**

True Reformer Building
1200 U Street, NW
Third Floor
Washington, D.C. 20009

Tel: (202) 328-5500
Fax: (202) 328-5515

Tina Rocaf
Paralegal/Intake
Volunteer

MELVIN BROWN
Green Door

1221 Taylor St. NW
Washington, DC 20011
202-464-9200 x258
202-464-5730 (fax)
aqrimaji@greendoor.org

G.P.

DR. POPEL

Sinead Quinn, LICSW
Intake & Therapy

**Laura Nichols, MSW, LICSW**

Clinical Manager
Green Door
1221 Taylor Street NW
Washington, DC 20011

Office (202) 464-9200 ext 207
Fax (202) 464-5730
Laura.Nichols@greendoor.org

**GREEN DOOR**

# MOBILE CRISIS REFERRAL FORM

For Clerical Use
a Link a Rehab
a No linkage done

For Clerical Use
a Rollover a PDI2
a New Enrollment

| Date: 1/13/10 | Eng. Time: 1155 | a Tel Only | MCS Staff taking Referral: Bill |
|---|---|---|---|

CONSUMER'S NAME: Brown, Melvin                          Alias:

Consumers Address:                    14-040 (TSC)

Client's current location: (if different than residence)
1876 4th St NE

| Consumer's Phone: | | Alternate Phone: | |
|---|---|---|---|

| DOB: 3/20/47 | Age: | ECURA # |
|---|---|---|

| Ethnicity: (specify if other)  AA | SSN: 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 |
|---|---|

| Referral Initiated By: Anne Chauvin        Shalom House | Phone: 797-8866 |
|---|---|
| Relationship to Consumer: (specify if other) | AFTER HOURS Phone: |

| Referring Agency: (specify if other) | Parental Consent: | Parent/Guardian's Name: |
|---|---|---|

Presenting Problems/Symptoms/Behaviors of Concern: increasingly agitated,
left 3 staff members notes, hinting about Murder "You Shall Die"
(specify if other)

Substance Abuse History: (specify if yes)

| PSYCHIATRIST NAME: | Phone: 2/464-9200 |
|---|---|
| Consumer's Core Services Agency: (treatment provider)  G.D.    Sarah Hawthorne CSW | Phone: XT 1158 Ext 208 |
| CASE MANAGER NAME: | Phone: |
| PRIMARY CARE PHYSICIAN: | Phone: |

Is Consumer on any current prescriptions/medications?

Is Consumer medication(s) compliant?        NO MEDS IN MONTHS

List of Medications: risperdal, Seroquil & Zoloft

Health Insurance Provider:

Consumer's Mental Health Dx: Axis I. Possible Bi-Polar

Axis II.              , Unspecified
crack

Clinical Focus for Assessment (i.e., Suicidality, Impulsivity, Decompensation, etc.)
Decompensation

| Is the Consumer aware that MCS has been notified?  NO | Contact prior to visit? Tel. | Contact after visit? Tel. |
|---|---|---|
| Is the Consumer willing to speak to the MCS team? | Relationship: | Relationship. |

3691    41720

*make copy.*

| SAFETY ASSESSMENT | RESPONSE |
|---|---|
| Is the client currently suicidal? | NO |
| Has consumer currently acted on suicidal thoughts? | NO |
| If Yes, describe: | |
| Is client homicidal currently toward anyone? did write notes *quoting that* people | ? |
| If Yes, does client have a strong intent and/or plan? Describe: | |
| Are there intoxicated individuals present at the planned intervention site? | |
| Is there evidence that consumer is currently intoxicated? | |
| Are there weapons on the premises (particularly guns)? Describe: | NO |
| Where are they (it) kept? | |
| Are there any animals on the premises? (Type) | NO |
| Has client perpetrated any episodes of violence? Describe: recently threatened CAC, threw | NO |
| Does client have any pertinent medical conditions? Describe: | NO |
| Has safety plan been put in place?* Describe: told to call 911, should anyone be in danger | yes |

*Whenever possible and appropriate a basic safety plan should be put in place. Minimally the safety plan should include that a responsible adult should remain present with the consumer until CPEP staff arrive. This adult should agree to call 911 or Access Helpline if the consumer's condition deteriorates further, or the consumer becomes acutely suicidal or homicidal, or suddenly leaves. If the situation is a self-referral wherein no other responsible adult is available, the consumer should be engaged in a verbal contract, agreeing to call 911 or Access Helpline before acting on any suicidal and/or homicidal thoughts—MCS staff should also attempt to keep the consumer on the phone for as long as possible while team is en route to crisis location.

## ADDITIONAL REFERRAL NOTES

Mon - Holding Papers in hand, and a razor blade. Possibly trying to insinuate a power trip.

- Big Sign- "How to be a human, Beast or serpeant"
"Persecution of Black Men"

* Just banned from outpatient clinic for threatening addictions counselor"

* - Might feel scared enough to hold it together

PSYCHOLOGIST OF THE PERSON, OFFICER
HUMAN SERVICES OR AN OFFICER TO MAKE ARRESTS

TO:     Administrator _____ *UMH   14-0140 (TSC)* _____ Hospital

        I, _____ *Isha Edwards* _____ state

PHYSICIAN OR
PSYCHOLOGIST
OF THE PERSON:
That, I am a physician _____ or qualified psychologist _____ (check one): that I am not
related by blood or marriage to the alleged mentally ill person; that I am not financially interested in the
hospital in which said person is to be detained; that the statements are based on my personal
observation and examination of said person not more than 72 hours prior to the making of this
application, and further (CHECK APPROPRIATE BOX (1) OR (2) BELOW).

☐   1.   That I am licensed under the laws of the District of Columbia; that I am not
         professionally or officially connected with the hospital in which said person is
         to be detained; and having reason to believe

☐   2.   That I am employed by the United States or District of Columbia; and having
         reason to believe

☒ OFFICER OR     That I am a duly accredited officer or agent of the Department of Human Services of the District
AGENT, DHS       of Columbia; and having reason to believe

☐ POLICE _____ That I am an officer authorized to make arrests in the District of Columbia; and having reason
                to believe that
*Melvin Brown  3/20/47  876 4th St. NE WDC*
                (Name, address and age of person to be hospitalized)

Is mentally ill and, because of such illness, is likely to injure self and/or others if not immediately detained, hereby make application under
the provisions of Title 21, § 521, D.C. Code, for the admission of said person to the above-named hospital for emergency observation and
diagnosis, and request that said person be examined by a psychiatrist or qualified psychologist on duty for said hospital.

(1)   STATE CIRCUMSTANCE UNDER WHICH PERSON WAS TAKEN INTO CUSTODY (Use reverse side if needed)

*Mobile Crisis Services Recieved Referal From → on*
*Staff at Shalom House, stating that Consumer was  BA*

(2)   STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS MENTALLY ILL (Use reverse side if needed)
*Consumer is diagnisa with mental illness.*
*Consumer is linked to Green Door CSA, non complicant*
*with Mental Health Services. CSR has decompensated off meds*

(3)   STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS LIKELY TO INJURE SELF AND/OR OTHERS
      AS A RESULT OF THE MENTAL ILLNESS (Use reverse side if needed)

*Consumer is likely to injure other due to mental*
*state. Consumer is making poor judgment, evident →*
*by threats and aggression. Consumer pulled out razor bl*

*1/13/11   13:05* _____ *Isha Edwards MHC, BA*
Date/Time                    Signature and Rank or Professional Title of Applicant
                             *1905 C St SE   Bld 14*
                             Business Address (Precinct or Service)
                             *(202) 673-9300*
                             Telephone Number

Been acting out aggressive

on staff at Shalom House. CSR was Removed from groups at some for aggressive threating Behavior toward staff. CSR wrote not to staff at Shalom House stating that "They must die", and "They will die. CSR is in need of an Evaluation and stabilization.

## Comprehensive Psychiatric Emergency Program

| Continuation Form | Page Number 1 |
|---|---|

14-0140 (TSC)

Shalom House
Melven Brown
Susan Bond casemanager
443-415-4498
          call if needed

Consumer name:

DMH – MENTAL HEALTH AUTHORITY

14-0140 (TSC)

COMPREHENSIVE PSYCHIATRIC EMERGENCY PROGRAM
1905 E. ST. SE WASHINGTON DC. 20003 (202-673-9319)
*PSYCHIATRIC EVALUATION*

| | |
|---|---|
| Patient Name: Melvin Brown | Ecura #: 227422 |

Date: 01/13/11     Time: 1500 (24 hour clock)

☒ I have reviewed the current CPEP Assessment Form and any available records with the following additions/modifications.

Legal Status: Involuntary  Identifying Information: Sex: *Male*     Ethnicity: Black/African Amer  Age: 64

**Chief Complaint:**
"Tjhey brought me here based on lies"

**History of Present Illness:**
64 years old AA male brought to CPEP by MPD on FD12 by MCS staff who received a referral from Shalom House reportedly becoming increasingly agitated , left notes with staff member hinding murder "you shall die". Per FD12 he has not been compliant with treatment for the past several month, he is linked to Green Door, he pulled out razor blade on staff at Shalom House , he has been removed with the groups at SOME because of agressive and threatening behavior towards staff . He wrote a note to staff at Shalom House "they must die" "they will die". Upon arrival to CPEP he was fairly cooperative, directable, he denied FD 12 allegations. His speech is rambling and pressured with disorganized thoughts and loose associations. He has no insight to his illness, "there's nothing wrong with me" he refused medications ordered. he is angry at CSA's "they have done nothing to help me", "they are in cahoots with each other" added if he needs help he will go to a private doctor. Grandiose "I'm a writer " "I have a wb-site and connected with Wikileaks".

**Past Psychiatric History** (include: CSA, case manager, hospitalizations, CPEP visits, past and current medications):
This is his fifth admission to CPEP, per record he began his psychiatric treatment in 1995 he has been diagnosed with Schizophrenia. He has history of hospitalizations at WHC,Providence Hospital and UMC.

**History of Suicidal/Homicidal/Violent Behavior:**
He denies current suicidal or homicidal thoughts, per record he has history of self mutilating behavior, cutting himself.

**Social History** (include: housing and income; family, emotional/physical/sexual abuse, legal and substance abuse hx.):
Currently at Shalom House, stated has been living there since he was released from drug treatment program and hoping to eventually get a place of his own. Never married stated he has 4 adult children by different women in their 30's. reports regular contact with his children. he admit history of crack cocaine use for 15 years, has been clean for past several months. He has been incarcerated for drug possesion. Styated he had ben emplyed and had done various job, retired and receiving benefits.

**Medical History** (allergies, head injury, seizure disorders, previous surgeries, medications, etc.):
NKDA, Denies ongoing medical problems during the interview. Per record, COPD, chronic back and leg pain.

**Signature(s):**
Print Name of Trainee: _____ Signature: _____

Print Name of Attending: Amelia Villaruz, MD  Signature: *Amelia Villaruz*

Case 1:14-cv-00140-TSC Document 47-5 SEALED Filed 10/20/20 Page 74 of 132

TYPE OR PRINT    SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CHMS POLICY 5000.220. 1
Exhibit 2-5b

14-140 (TSC)

CERTIFICATE OF PSYCHIATRIST UNDER TITLE 21, SECTION 522, D.C. Code

I hereby certify that I am a psychiatrist on duty at the Department of Mental Health's Comprehensive Psychiatric Emergency Program (CPEP) that I have examined (name of the patient) Melvin Brown for whose admission to the above-named hospital for emergency observation and diagnosis application has been made under the provisions of the Title 21. Section 522, D.C. Code; that I am of the opinion that said patient has symptoms of mental illness and as a result thereof, is likely to injure self and/or other unless immediately detained   *Additional findings appear below.

Exh -M-1

TENTATIVE DIAGNOSIS:

*Psychotic Disorder, NOS*

NAMES AND ADDRESSES OF SPOUSE, PARENTS, NEAREST RELATIVE, LEGAL GUARDIAN OR OF PERSON ACCOMPANYING PATIENT (other than applicant):

*Brought to CPEP by MPD/Mobile Crisis Service Team*

MENTAL STATUS (Describe Symptoms of Mental Illness) (Use reverse side if needed):

*Alert, fairly cooperative with rapid pressured speech, mood angry, affect labile. Loose associations with blaming, grndiose and paranoid delusions. He has no sight to his illness and his judgement is impaired and impulsive.*

STATE FACTS WHICH SUPPORT YOUR OPINION THAT THE ABOVE-NAMED PATIENT IS LIKELY TO INJURE SELF OR OTHERS UNLESS IMMEDIATELY HOSPITALIZED (Use reverse side if needed):

Non compliant with treatment, angry at all CSA"s. Agitated and threatening behavior towards staff at SOME and Shalom House. He pulled out a razor blade on staff at Shalom House, wrote a note "they must die and they will die".

PSYCHIATRIC HISTORY AND DATES:

*4 prior admission to CPEP. Hospitalized ar WHC, Providence and UMC in the past. LInked with Green Door but non compliant with treatment for past several months.*

*See Psychiatric Evaluation

Psychiatrist: Amelia Villaruz, MD Signature of Psychiatrist: _____

Date: 01/13/11      Time: 1800

Department of Mental Health – Washington DC

# Comprehensive Psychiatric Emergency Program

Psychiatric Progress Continuation Form

*14-0140 (TSC)*

Date/Time: 01/13/11   1805   Psychiatric Note

    Mr. Brown is still refusing to take prescribed medications he is directable but continues to be delusional and eaisily agitated when approached. He is argumentative "cussed out" Nursing staff while trying to convince him to take medication prescribed. Thinking is disorganized and has no insight to his illness. Green Door CM, Ms. Sarah Hawthorne came to see him and left information regarding outpatient treatment.

    Plan is to keep him overnight at CPEP for further observation and treatment. Possible hospitalization if he continues to refused medications and is not stable. CPEP attending MD, Dr. Vo was informed.

**Signatures:**

Studen/Resident    Print Name: _____  Signature: _____

Attending: <u>Amelia Villaruz, MD</u> Signature: _____

**Consumer Name:**  <u>Brown, Melvin</u>    **Ecura:** <u>227442</u>

---

1/14/11   21:19        psych note

Pt has refused PO. since he was admitted to cpep

Pt continues being belligerent, delusional, grandiose, disorganized; refuses to go to hospital.

will order IM Geodon 20 mg + Ativan 2mg Im for psychosis and to calm him down.

Pt to be admitted to inpt.

| Patient Name: Melvin Brown | Ecura: 227422 | 14-0140 - TSC |
|---|---|---|

☐ Medical clearance IS required at the time of evaluation.
☐ Medical clearance is NOT required at the time of evaluation.

**Impression:**

**Provisional Diagnosis:**

**Axis I:** Psychotic Disorder, NOS
       H/O Polysubstabce Abuse
       R/O Schizoaffective Disorder

**Axis II:** Deferred
       R/O Antisocial PD

**Axis III:** COPD (perrecord

**Axis IV:** Burden of chronic mental illness/Non compliance with treatment

**Axis V:** Current GAF = <u>30</u>       Best known GAF = _____

*(handwritten in right margin: EXHIBIT M-3 / M-3)*

**Initial Plan:**
Admit to CPEP
Psychiatric/Nursing/Medical assessment
Medications for psychosis/stabilization (see orders)
Psychosocial assessment/After Care planning
Observation/reassess for furhter recommendation/disposition

**Signature(s):**

Print Name of Trainee:    Signature: _____

Print Name of Attending:    Signature: _____

Case Notes

Brown, Melvin

Sexual Harassment

14-0140 (TSC)

8/10/10: This writer was assigned this case on this date.

Tracie Mines, MSW

Tracie Mines, MSW

Clinical Service Coordinator

8:45am: This writer, along with Mrs. Frances Brown-McCall, Property Manager, and Mr. Carlton Davis, Operation Manager met with Resident Melvin Brown in reference to a sexual harassment infraction. This writer and Mr. Davis witness Mrs. McCall explain to Mr. Brown that another resident complained that he sexually harassed her. Mrs. McCall expressed to Mr. Brown that this is a serious infraction and that she is giving him a verbal warning this time, but this behavior can no longer continue. She explained the definition of sexual harassment to Mr. Brown and asked if he had any questions regarding the definition or this meeting. He asked who the complainant is so that he could remove her from his mind. He also stated that he flirts with many of the women at Shalom House. Mrs. McCall advised him not to flirt with any of the other residents and that she is unable to provide him with a name at this time, due to this is a verbal warning only. Mr. Brown was a little agitated and asked if Mrs. McCall was finished. She stated yes if he did not have any questions.

Mr. Brown later came back to my office and stated that he wanted to meet with this writer. I asked him was it in relations to the meeting or an emergency. He stated that it was an emergency to him and yes it was in reference to the meeting. This writer expressed that she would not discuss the meeting with him one-on-one and that he needed to schedule an appointment with this writer and Ms. McCall. This writer also explained that he was asked in the meeting if he had any questions and he stated "are you finished" and left. He became very irritated and stated that "she ain't got time so I'm coming to you." This writer and Mr. Brown walked down to Mrs. McCall's office where this writer expressed what was said to Mr. Brown. Mrs. McCall stated this writer is correct and that he needed to make an appointment, she also stated that he signed the "Guideline For Community Living" stating not to harass the residents or staff etc... he stated that he does not have any type of document and wants to see a copy if he did sign one. This writer stated that she would present him with a copy and legal definition of sexual harassment.

Tracie Mines, MSW

Tracie Mines, MSW

Clinical Service Coordinator

See signed harassment letter

Brown, Melvin                                           14-0140 (TSC)
-------------------------------------------------------------------------

5-5-10
This writer met with Mr. Brown to complete his goal plan, as the Male Service Coordinator
position is vacant. During the goal planning meeting Mr. Brown identified the following goals:
obtain computer training, become a published writer, reunite with his family, and graduate from
the SOME addictions program. This writer urged Mr. Brown to make maintaining his recovery a
primary goal as he is now transitioning from the substance abuse recovery transitional housing
and early in his recovery process. He agreed to attend 3 weekly NA/AA meetings and submit
the completed signature form once it is filled, in accordance with SRO program policy. This
writer provided him with a blank NA/AA meeting form and notified him that he is required to
submit this form to his service coordinator and supply if requested at any time to verify his
attendance. Mr. Brown has a history of crack cocaine use for 18 years. His longest period of
abstinence was 19 months, achieved while he was incarcerated. Mr. Brown relapsed after
being released from prison and ultimately entered the SOME addictions program. Mr. Brown
was resistant to other suggestions regarding methods to achieve his stated goals, so this writer
documented his action steps as he stipulated them. Mr. Brown's psychiatrist is Dr. Praygo at
Family Matters CSA located at 1509 16th ST NW. Mr. Brown will be assigned to a service
coordinator once the position is filled.

                                                Melanie Davis, BA
                                                Service Coordinator

-------------------------------------------------------------------------
8-6-10
This writer was assigned to this Mr. Brown's case due to the fact that upon introduction to the
new Clinical Services Coordinator, he complained with an angry tone and body language, "Why
are you hiring all these women, you can't hire any men." As a result, this writer accepted his
case and called him to meet with me to notify him of the case assignment. This writer notified
Mr. Brown that he would need to meet with me to review his progress on his goal plan and
provide necessary documentation such as an emergency contact form and updated annual TB
test results. Mr. Brown then inquired about whom he should direct a complaint to. This writer
notified him that he should bring complaints to the Property Manager at this time. Mr. Brown
then stated "What if the complaint is about Shalom House." This writer stated that it would
depend on what the complaint was about. Mr. Brown then stated "I would have to tell you what
it's about?" This writer reiterated the previous statement that in order to direct him to the
appropriate person, I would need to know the nature of the complaint. Mr. Brown repeated
himself several times "What if it's about Shalom House" and this writer repeated the reply. Mr.
Brown then stated "How about if I take it to Mary Ann Sack". As it was apparent that Mr. Brown
was not interested in obtaining an answer to his question, and the proper process for complaints
and grievances were recently outlined in a building meeting and again individually, this writer did
not engage him anymore. This writer notified the Property Manager about his behavior during
this meeting as well as last week when he made inappropriate statements to this writer of a
sexual nature. This writer met with Mr.Brown and the Property Manager to establish the fact
that he needs to respect staff and during the meeting Mr. Brown reported complaints of 3 other
Shalom House staff in situations which staff also reported inappropriate behaviors from Mr.
Brown. Mr. Brown seemed to exhibit signs of paranoid ideations as was accusatory of staff
being in "cohoots" and "treating him like he's retarded", however, he could not provide any
examples or evidence of such treatment when asked. This writer later met with Mr. Brown and
provided him with a referral to obtain a free DC photo identification card at the DMV.

                                                Melanie Davis, BA
                                                Service Coordinator

-------------------------------------------------------------------------

14-0140-TSC

He expressed no, not at this time. TW expressed when he has the time TW needs for him to come and follow up with his goal plans. TW will schedule another appointment to follow up with Mr. Brown's goal plans. Mr. Brown's risk assessment scored at a low risk.

Tracie Mines, MSW

Clinical Service Coordinator

10/19/10: Mr. Brown requested a meeting with this writer expressing that it was important. He stated in writing that he needs to discuss a matter that which he felt needed "damage control". He believes "that it was a privacy and or confidentiality being breached or comprised per staff at Shalom House" and he also wanted Suzanne Bond's supervisor's phone number. This writer spoke with both Ms. McCall and Sealey in reference to how to proceed with this issue. Ms. Bond, Ms. Sealey, Ms. McCall and this writer met with Mr. Brown. Mr. Brown expressed his issues and concerns to Shalom staff about confidentiality and how he felt that it was breached. He stated that Mr. Ed Miller asked him about a personal issue that he had and how he was treating women at the Shalom house. Ms. Bond stated that she would speak with Mr. Miller and schedule another meeting with Mr. Brown. Ms. Bond also provided Mr. Brown with Richard Gerlach, her supervisor's telephone number.

Tracie Mines, MSW

Clinical Service Coordinator

Tracie Mines, CSC

# So Others Might Eat
## Serious Incident Report

14-0140 (TSC)

| Reported by (name, title) | Date of report | Date of incident | Time of incident |
|---|---|---|---|
| Lawrence A. Parrott | 11/28/10 | 11/28/10 | 10:40 PM |

**Person(s) involved in the incident (name, title or relationship to SOME/Incident)**
Lawrence Parrott, Night Manager / Melvin Brown, Resident

**Location / Address of the incident**
1876 4th Street NE. 1st floor lounge

**Describe the incident and the circumstances leading up to it**
I had went to lounge area to ask Mr. Brown about some mail he was eating in lounge area I asked him not to do that, he got loud using a lot of profanity. Than he proceeded to get in my face, threatened to sue me, and whip my Ass. He is claiming their was an act of favoritism, which did not occur.

**Incident resulted in (check all that apply):**
☐ Property damage  ☐ Client Injury, illness or psychiatric decompensation  ☐ Death  ☐ Theft
☐ Employee Injury (please also complete 1st Report of Injury)

**List property and describe damage/list names of all individuals impacted by incident and describe related injuries, illnesses**

| Were police/fire and rescue called? | Was a police report completed? | Report # |
|---|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☐ No | |

**Name(s) of officer/emergency response personnel**

**If police/fire and rescue were not contacted, explain reasoning**

**List names, addresses and telephone numbers of witness**
Mr. Stanley Brit

**If auto accident, complete the following in regards to the other vehicle(s) involved**

| Year, make, model | Name, address & phone # of vehicle owner | Name, address & phone # of vehicle driver (leave bank if the same) | |
|---|---|---|---|
| **Is the vehicle insured?**  ☐ Yes  ☐ No | **Company name** Policy # | State, plate # | **SOME vehicle Involved?** ☐ Yes  ☐ No | **Plate # of SOME vehicle** |

**If employee or volunteer injury, please complete below in addition to 1st Report of injury:**

| Reported to Whom | Is safety equipment provided?  If yes, was it used? | Machine part involved?  If yes, is the machine part defective? | | |
|---|---|---|---|---|
| **Unsafe Act?** ☐ Yes  ☐ No | **Third party responsible for incident?** | First day off work: | Expected return date: | Employee Regular schedule: |

Please return this form to SOME's Benefits Manager. If the incident involves an employee or volunteer injury, please also complete the First Report of Injury Form. Please follow up with officer/response personnel to obtain a copy of any reports generated regarding this incident. Ensure that Benefits Manager receives a copy of the report within two weeks of incident. Ensure that proper SOME staff including your Administrator are informed of incident to ensure proper follow-up/repair.

Created
Updated: 5/2008

# So Others Might Eat
## Serious Incident Report  14-0140 (TSC)

| Reported by (name, title) Belinda Sealey | Date of report Januay 10, 2010 | Date of incident January 10, 2010 | Time of incident 10:00am |
|---|---|---|---|

**Person(s) involved in the incident (name, title or relationship to SOME/Incident)**
Belinda Sealey, Director SRO Housing- Melvin Brown resident rm 124

**Location / Address of the incident**
1876 4th Street, #101D, Washington, DC  20002

**Describe the incident and the circumstances leading up to it**
This writer reports that she was in her office when Mr. Brown came in inquiring about the chore schedule and the fact that the garbage was not emptied. I informed Mr. Brown that I was in a meeting but as soon as I finished, I would come out and address his concerns. Mr. Brown continued to talk about the garbage and again, I informed him that I was in a meeting but would be out as soon as I finished to address his concerns. Mr. Brown continued to stand in my office complaining about the garbage and some other issues. At that point Mr. Brown was asked to leave my office because I was in the middle of a meeting. Mr. Brown was asked 3-4 more times to please leave my office because I was in the middle of a meeting but he refused stating that he would not leave. I got up to attempt to escort Mr. Brown out of my office but he refused to leave and stated that if I touched him he would sue me. I informed Mr. Brown that if he didn't leave my office that I would have to call 911. Mr. Brown continued to refuse to leave my office. I then called 911 and explained to the officer the situation at hand. Mr. Brown stood in my office the entire time I was on the phone calling 911 and did not leave until about 3-4 minutes later.

**Incident resulted in (check all that apply):**
☐ Property damage (please inform CFO directly ASAP)   ☐ Client Injury, illness or psychiatric decompensation ☐ Death ☐ Theft
☐ Employee Injury (please also complete 1st Report of Injury)

**List property and describe damage/list names of all individuals impacted by incident and describe related injuries, illnesses**
N/A

| Were police/fire and rescue called? ☒ Yes   ☐ No | Was a police report completed? ☐ Yes · ☒ No | Report # |
|---|---|---|

**Name(s) of officer/emergency response personnel**
The officer informed me that it was correct for me to call but because he is a resident  that this does not require an incident report.

**If police/fire and rescue were not contacted, explain reasoning**
N/A

**List names, addresses and telephone numbers of witness**
N/A

**If auto accident, complete the following in regards to the other vehicle(s) involved**

| Year, make, model | Name, address & phone # of vehicle owner | Name, address & phone # of vehicle driver (leave bank if the same) |
|---|---|---|

| Is the vehicle insured? ☐ Yes   ☐ No | Company name Policy # | State, plate # | SOME vehicle Involved? ☐ Yes   ☐ No | Plate # of SOME vehicle |
|---|---|---|---|---|

**If employee or volunteer injury, please complete below in addition to 1st Report of injury:**

# So Others Might Eat    *14-0140 (TSC)*
## Serious Incident Report

| Reported by (name, title) | Date of report | Date of incident | Time of incident |
|---|---|---|---|
| Jeanne Bond, CAO | 1/11/2011 | 1/11/2011 | 2:50 pm |

Person(s) involved in the incident (name, title or relationship to SOME/Incident)
Melvin Brown, SRO resident

Location / Address of the incident
Salom House, 1876 4th Street, NE Washington, DC 20002

Describe the incident and the circumstances leading up to it

Today, Mr. Brown knocked on my office door. I met Mr. Brown in the hallway outside my office. Mr. Brown passed me a "Service Coordinator Appointment Slip." While reading the appointment slip, this writer noticed that Mr. Brown was holding additional copies of the appointment slip between his thumb and fingers. Under Mr. Brown's thumb, and pressed against the face of the appointment slips, Mr. Brown had a single razor blade. I did not acknowledge the razor blade grasped in Mr. Brown's hand. It was my belief that the blade was intended by Mr. Brown to intimidate this writer as I had, in the past, told Mr. Brown that I was not scarred or intimidated by him. As my interaction elevated with Mr. Brown, I did grow concerned that the blade could be used as a weapon.

Mr. Brown wrote on the appointment slip that he wished to be given the name of the witness that was questioned regarding an incident that happened between himself and Night Manger, Laurence Parrot.   I told Mr. Brown that I would not give him the name of the witness. Mr. Brown insisted that he was involved in a legal proceeding that that he was required to release the information to him. I responded that I would consult with our lawyer to ensure I was correct in not releasing the information to him. Mr. Brown brought my attention to his written request, on the bottom of the page indicating that he wished to receive a response within 48 hours. I told him that I believed I could respond within a 48 hour period. Mr. Brown asked that I respond in writing and then elaborated on what he wanted my response to indicate. I informed Mr. Brown that I would respond in writing with "Our lawyer asked that I release the witnesses name and it is..." or with "Our lawyer responded that I am not to release the name of the witness."

Mr. Brown talked very loudly during the entire interaction. At one point, Mr. Brown referred to our allegation that he had been threatening to a staff person. I told Mr. Brown that several incidences of intimidating behavior occurred over the last few days.   I told Mr. Brown that the first incidence occurred when Ms. Sealey asked him to remove items from the outside of his door. Mr. Brown stated that he "owned the door and that he had not signed any documents prohibiting his posting items on his door. " He went on to indicate that Ms. Sealey, in responding to his refusal to remove the items from his door had used the term "Nigger" when talking to him. I went on to say Belinda's name at which time I changed course in my sentence, and Mr. Brown insisted that I was going to call him Black. Mr. Brown, admitted, when I told him directly that Belinda would never have used the word Nigger in talking to him agreed, but stated that it was in persecution of him and an attempt to hold down a black man. I told Mr. Brown that his race had nothing to do with Ms. Sealey asking him to remove the items from his door. Mr. Brown became more elevated. I told Mr. Brown that the conversation was over, turned and closed the door.

Incident resulted in (check all that apply):
Property damage (please inform CFO directly ASAP)      Client Injury, illness or psychiatric compensation  Death   Theft
Employee Injury (please also complete 1st Report of Injury)

List property and describe damage/list names of all individuals impacted by incident and describe related injuries, illnesses
NA

| Were police/fire and rescue called? | Was a police report completed? | Report # |
|---|---|---|
| Yes    No | Yes    No | |

# So Others Might Eat
## Serious Incident Report

14-0140 - (TSC)



| Reported by (name, title) | Date of report | Date of incident | Time of incident |
|---|---|---|---|
| Belinda Sealey Director SRO Housing | January 13, 2011 | January 13, 2011 | 1:00 pm |

| Person(s) involved in the incident (name, title or relationship to SOME/Incident) |
|---|
| Administrator Ann Chauvin, CAO Suzanne Bond, Belinda Sealey, Director SRO Housing- Melvin Brown resident Shalom House rm 124 |

| Location / Address of the incident |
|---|
| 1876 4th Street, #101D, Washington, DC  20002 |

Describe the incident and the circumstances leading up to it

1/13/11

This writer, CAO Suzanne Bond and Director Belinda Sealey found notes on or under our office doors that we discovered this morning from Mr. Melvin Brown. We learned from BHS Director that he received the news yesterday that he has been barred from 60 O Street SOME Clinic for threatening his addictions counselor via phone earlier this week. In the notes that he left for each of us, he used threatening words such as "murder" and "die". The notes have religious references and are disorganized.

The notes made each of us feel threatened and sufficiently concerned such that we made a call to the DMH Mobile Crisis Team. I spoke with Bill Peters who collected all the pertinent information, consulted with his team and then called back to say they were coming and asking the police to meet tem here to increase the safety.

The Mobile Crisis Team arrived with police officers. We approached Mr. Brown and the police officers told him that they were taking him to CPEP for an evaluation. Mr. Brown stated that he left the note for me because I had left him a note yesterday stating that his counselor had mailed his graduation photos so that he did not need to go to the clinic to pick them up as scheduled on 1/13/11 and he believed that is why he was banned (the logic was not reasonable). One of the police officers asked if he had ever been to CPEP before and he replied in an angry manner that it was private and he would not answer him.

They left Shalom House about 1:10 PM.

Ann Chauvin,

LICSW

| Incident resulted in (check all that apply): |
|---|
| ☐ Property damage (please inform CFO directly ASAP)   ☒ Client Injury, illness or psychiatric decompensation ☐ Death ☐ Theft |
| ☐ Employee Injury (please also complete 1st Report of Injury) |

| List property and describe damage/list names of all individuals impacted by incident and describe related injuries, illnesses |
|---|
| N/A |

| Were police/fire and rescue called? | Was a police report completed? | Report # |
|---|---|---|
| ☒ Yes ☐ No | ☐ Yes ☒ No | |

| Name(s) of officer/emergency response personnel |
|---|
| Melvin Brown was taken to CPEP to be evaluated. |

| If police/fire and rescue were not contacted, explain reasoning |
|---|
| N/A |

| List names, addresses and telephone numbers of witness |
|---|
| N/A |

| If auto accident, complete the following in regards to the other vehicle(s) involved |

# So Others Might Eat
## Serious Incident Report

14-0140 (TSC)

| Reported by (name, title)<br>Belinda Sealey Director SRO Housing | Date of report<br>January 13,<br>2011 | Date of incident<br>January 13,<br>2011 | Time of incident<br>1:00 pm |
|---|---|---|---|

**Person(s) involved in the incident (name, title or relationship to SOME/Incident)**
Administrator Ann Chauvin, CAO Suzanne Bond, Belinda Sealey, Director SRO Housing- Melvin Brown resident Shalom House rm 124

**Location / Address of the incident**
1876 4ᵗʰ Street, #101D, Washington, DC 20002

**Describe the incident and the circumstances leading up to it**
1/13/11
This writer, CAO Suzanne Bond and Director Belinda Sealey found notes on or under our office doors that we discovered this morning from Mr. Melvin Brown. We learned from BHS Director that he received the news yesterday that he has been barred from 60 O Street SOME Clinic for threatening his addictions counselor via phone earlier this week. In the notes that he left for each of us, he used threatening words such as "murder" and "die". The notes have religious references and are disorganized.

The notes made each of us feel threatened and sufficiently concerned such that we made a call to the DMH Mobile Crisis Team. I spoke with Bill Peters who collected all the pertinent information, consulted with his team and then called back to say they were coming and asking the police to meet tem here to increase the safety.

The Mobile Crisis Team arrived with police officers. We approached Mr. Brown and the police officers told him that they were taking him to CPEP for an evaluation. Mr. Brown stated that he left the note for me because I had left him a note yesterday stating that his counselor had mailed his graduation photos so that he did not need to go to the clinic to pick them up as scheduled on 1/13/11 and he believed that is why he was banned (the logic was not reasonable). One of the police officers asked if he had ever been to CPEP before and he replied in an angry manner that it was private and he would not answer him.

They left Shalom House about 1:10 PM.

Ann Chauvin,

LICSW

**Incident resulted in (check all that apply):**
☐ Property damage (please inform CFO directly ASAP)   ☒ Clie
decompensation ☐ Death ☐ Theft
☐ Employee Injury (please also complete 1ˢᵗ Report of Injury)

List property and describe damage/list names of all individuals im
injuries, illnesses
N/A

| Were police/fire and rescue called?<br>☒ Yes   ☐ No | Was a police report comple<br>☐ Yes   ☒ No |
|---|---|

Name(s) of officer/emergency response personnel
Melvin Brown was taken to CPEP to be evaluated.

If police/fire and rescue were not contacted, explain reasoning
N/A

List names, addresses and telephone numbers of witness
N/A

If auto accident, complete the following in regards to the other vehicle(s) involved

TYPE OR
PRINT

Superior Court of the District of Columbia
APPLICATION FOR EMERGENCY HOSPITALIZATION BY A PHYSICIAN OR
PSYCHOLOGIST OF THE PERSON, OFFICER OR AGENT OF D.C. DEPARTMENT OF
HUMAN SERVICES OR AN OFFICER TO MAKE ARRESTS

TO:     Administrator _____ PIW _____ Exh-P _____ Hospital

         14-0140 TSC

I, __ PHUONG THU VO ___ MD ___ state

PHYSICIAN OR
PSYCHOLOGIST
OF THE PERSON:

That, I am a physician ___✓___ or qualified psychologist _____ (check one); that I am not
related by blood or marriage to the alleged mentally ill person; that I am not financially interested in the
hospital in which said person is to be detained; that the statements are based on my personal
observation and examination of said person not more than 72 hours prior to the making of this
application, and further (CHECK APPROPRIATE BOX (1) OR (2) BELOW).

☐  1.  That I am licensed under the laws of the District of Columbia; that I am not
professionally or officially connected with the hospital in which said person is
to be detained; and having reason to believe

☑  2.  That I am employed by the United States or District of Columbia; and having
reason to believe

☐  OFFICER OR
AGENT, DHS

That I am a duly accredited officer or agent of the Department of Human Services of the District
of Columbia; and having reason to believe

☐  POLICE

That I am an officer authorized to make arrests in the District of Columbia; and having reason
to believe that

_Melvin Brown     1876 4th St     NE WDC     DOB = 3/20/_
(Name, address and age of person to be hospitalized)

Is mentally ill and, because of such illness, is likely to injure self and/or others if not immediately detained, hereby make application under
the provisions of Title 21, § 521, D.C. Code, for the admission of said person to the above-named hospital for emergency observation and
diagnosis, and request that said person be examined by a psychiatrist or qualified psychologist on duty for said hospital.

(1)  STATE CIRCUMSTANCE UNDER WHICH PERSON WAS TAKEN INTO CUSTODY (Use reverse side if needed)
_patient was brought to CPEP by MPD on FD12 write_
_by MCS on 1/13/11 as 13:05 reporting that patient_
_has been acting out aggressively: pulled out razor blade_
(2)  STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS MENTALLY ILL (Use reverse side if needed)
_on staff at shelter house; stating "note they must die, they are_
_patient has long hx of mental illness, has not_
_been compliant for several months to Geadoor. He_
_has decompensated, agitated, disorganized, grandiose,_
(3)  STATE FACTS WHICH LEAD YOU TO BELIEVE PERSON IS LIKELY TO INJURE SELF AND/OR OTHERS
AS A RESULT OF THE MENTAL ILLNESS (Use reverse side if needed)
_patient has poor judgement and no insight_
_into his illness. He is considered dangerous_
_to self and others, requires emergency_
_psychiatric admission_

_01/14/2011     20:30_ _____ X _____ MD
Date/Time                          Signature and Rank or Professional Title of Applicant
                                   CPEP
                                   Business Address (Precinct or Service)

DMH - MENTAL HEALTH AUTHORITY

COMPREHENSIVE PSYCHIATRIC
EMERGENCY PROGRAM
1905 E. ST, SE WASHINGTON DC, 20003 (202-673-9319)

*ADMITTING ORDERS*

Consumer Name: Brown, Melvin

DOB: 3/20/47

ECURA #: 827422

Date and Time (24 hour clock): _____    14-0140-TSC

14-P-1

## ADMIT TO CPEP

Legal Status: [ ] Voluntary [✓] Involuntary [ ] Committed [ ] Under Arrest

Allergies: [ ] NKDA [ ] Allergic to (specify): _____

Vitals: [ ] Q Shift [ ] Others (specify): _____

Precautions: [ ] Assaultive [ ] Suicidal [ ] Elopement risk [ ] Others (specify):

Labs:

| | | |
|---|---|---|
| Urine Pregnancy Test: | [ ] Needed | [ ] Not needed |
| Breathalyzer for ETOH Level: | [ ] Needed | [ ] Not needed |
| Urine Toxicology Screen : | [✓] Needed | [ ] Not needed |
| Finger Stick Serum Glucose Level: | [✓] On admission [ ] TID before meals [ ] Not needed |

Others (Specify): _____

Doctor's Signature          Nurse's Signature

Medications:

| | | |
|---|---|---|
| Acetaminophen 650 mg PO q 6 hours PRN for pain | [ ] Yes | [ ] No |
| Mylanta Suspension 30 ml PO q 6 hours PRN for indigestion | [ ] Yes | [ ] No |
| Guaifenesin 10 ml PO q 4 hours   PRN for cough | [ ] Yes | [ ] No |
| Thiamine 100mg PO BID + MVI PO daily + Folic acid 1mg PO daily | [ ] yes | [ ] No |

Doctor's Signature          Nurse's Signa

| Date and Time | Additional Medication Orders | Doctor's Signature | Nurse's Sign: |
|---|---|---|---|
| 1/13/11 1450 | Risperdal M Tabs 4 mg po x 1 | | |
| | Risperdal 2 mg po BID start tonight | | |

# PHYSICIAN DISCHARGE
## Risk Assessment & Safety Plan

| Patient Name: | | eCura: | Admission Date: | Discharge Date: |
|---|---|---|---|---|
| Brown, Melvin | | 227422 | 01/13/11 | 01/14/11 |

**Admission Information:**

Referred by: Police    From: home          Legal Status: Involuntary          *14-0140-TSC*

Reason for Admission: **Psychosis/Violent Behavior**          Describe other: _____

Briefly Describe Reason for Admission, Presentation, and Treatment Provided at CPEP (include V.S. and lab results):

64 yo AAM with long hx of mental illness, linked to Green Door, has not been compliant with treatment , was brought to CPEP by MPD on FD12 by MCS who received a referral from Shalom House reportedly becoming increasingly agitated, left notes with staff member " they must die, they will die". Reportedly pulling out a razor blade on staff at Shalom House. On arrival to CPEPhe was fairly cooperative. . His speech is rambling and pressured with disorganized thoughts and loose associations. He is grandiose" I am a writer, I have a web site and connected to Wikileaks. He has no insight, refuses meds.UDS= negative, FS= 101. Pt has refused po meds at CPEP

Discharge Assessment done on (date): **On the day of discharge** at (time): 20:00  Condition at Discharge:

Patient's symptoms have not improved

Explain Responses & Include Suicidal/Homicidal/Violence Assessment:

Pt remains psychotic, disorganized, grandiose, belligerent, has not taken any med since he was admitted to CPEP.Judgement and insight are impaired.

**Discharge Plan:**   Consumer's Final Disposition: Psychiatric Hospitalization          Discharge Dx: Schizoaffective D/O Bipolar type

*If consumer was transferred to a hospital or left with the police STOP here, otherwise complete the information below:*

**Medications:**
Medication Given: ☐No          ☐Yes→ List: _____ # days: _

Prescription: ☐No  Yes☐→ # of days _          Refills: ☐ No   ☐Yes, 1 refill given
Medication Information: See attachments

**Discharge Transport:**   Transport provided by: _   Destination: _____ Contact Name: _____   Tele # _____

**Community Services**

Services to be provided by:
☐ Private Provider: _____
☐ CSA/ACT: _
☐ Assessment and Referral Center (ARC): 70 N St. NE, Walk-in M-F from 8:30am-4:15pm
☐ Mobile Crisis Services to follow up
☐ Other: _____

Appointment made: _ (appointment date and time if known): _____

Please explain reason for patient's refusal or why follow-up treatment was not needed:

*Physician Discussed the Following Warning Signs and Coping Skills:*
- *If you recognize any of the following warning signs:*
- *, , , , Other signs:*
- *Participate in settings or other activities that provide positive distraction and take your mind off of problems:*
- *, , , , , Other activities:*

COMPREHENSIVE PSYCHIATRIC
EMERGENCY PROGRAM (CPEP)

# RN NURSING ASSESSMENT

*(Completed by RN upon admission)*

Name: _Roseann Milman_
AKA: _____
E-CURA #: _227422_

TX/Authorization #: _____

14-0140-TSC
Exhibit 9-1

## ASSESSMENT (Continued)

**LOR (Level of Response):**
- [✓] Alert
- [ ] Drowsy
- [ ] Responsive
- [ ] Decreased Consciousness

Describe: _____

**ORIENTATION:**
- [✓] Person
- [✓] Place
- [ ] Time
- [✓] Situation

Describe: _____

**MEMORY:**
- [ ] Intact
- [ ] Difficulty noted w/ short-term
- [ ] Difficulty noted w/ long-term

Describe: _Vague_

**SPEECH:**
- [ ] Normal rate/volume
- [ ] Hesitant
- [✓] Pressured
- [ ] Slurred
- [ ] Loud
- [ ] Other
- [ ] Mute

Describe: _____

**PSYCHOMOTOR:**
- [✓] Within normal limits
- [ ] Retardation
- [ ] Agitation
- [ ] Poor posture
- [ ] Restlessness

Describe: _____

**MOOD:**
- [ ] Appropriate
- [ ] Euthym
- [ ] Dysphoric
- [✓] Elated
- [ ] Depressed

Describe: _irritable_

**BEHAVIOR(S):**
- [ ] Cooperative
- [ ] Threatening
- [ ] Uncooperative
- [ ] Liable
- [ ] Withdrawn
- [ ] Angry
- [ ] Demeaning
- [ ] Hopeless

Describe: _Minimally cooperative_

**THOUGHT CONTENT:**
- [✓] Appropriate to situation
- [ ] Hallucinations
- [ ] Delusions
- [ ] Tactile
- [ ] Persecutory
- [ ] Olfactory
- [ ] Grandiose
- [ ] Auditory
- [ ] _____
- [ ] Visual   (specify)

Describe: _client thinks that some at Shalome House has a vendetta against him because he filed a grievance against them._

**THOUGHT PROCESS:**
- [✓] Goals directed
- [✓] Loose
- [ ] Appropriate
- [ ] Tange
- [ ] Disorganized
- [ ] Circur

Describe: _poor insight poor judgment_

**APPEARANCE:**
- [ ] Well Groomed
- [ ] Poor Hygiene
- [ ] Neat/Clean
- [ ] Disheveled
- [✓] Appropriate

Describe: _____

**MEDICATIONS BROUGHT TO HOSPITAL SHOULD
LISTED ON PROPERTY LIST AND RETURNED TO
PATIENT UPON DISCHARGE**

| AGGRESSION: | YES | NO |
|---|---|---|
| To property? | [ ] | [ ] |
| If yes, describe _____ | | |
| Current thoughts of harming others? | [ ] | [ ] |
| If yes, describe _____ | | |
| Legal problems due to aggression? | [ ] | [ ] |
| If yes, describe _____ | | |
| Past/current homicidal ideation? | [ ] | [ ] |
| If yes, describe _____ | | |

_pt FDr pulled out a razor blade at step at Shalome House Banned from SIME_

| EMOTIONAL BARRIERS: | YES | NO |
|---|---|---|
| Prior history? | [ ] | [ ] |

Triggers:
- [ ] Hearing voices
- [ ] Feeling (
- [ ] Feeling angry
- [ ] Too muc
- [ ] Other (specify) _____
- [ ] Other (specify) _____

Prevention strategies:
- [ ] Time out
- [ ] Change environment
- [ ] Read
- [ ] Admin of meds
- [ ] Reduce Stimuli
- [ ] Listen
- [ ] Relaxation tech (specify) _____

- [ ] Rx of sexual/physical abuse   DESCRIBE

(Rev. 05/19/09)

# RN NURSING ASSESSMENT
*(Completed by RN upon admission)*

RECORD #: _____
TX/Authorization #: _____

*14-0140-TSC*

## EDUCATION

Primary Language:    Reads   Writes   Translator Required? ☐ Yes (indicate below)
☑ English    ☐   ☐   ☑ No
☐ Spanish    ☐   ☐   ☐ Sign-ASL   *Exhibit 9-2*
☐ Other: _____ ☐   ☐   ☐ Other: _____

Readiness to Learn: ☐ High   ☐ Moderate   ☑ Low   ☐ Attentive   ☐ Ask questions   ☐ Denies needs
Learning Barriers: ☐ No learning barriers
☐ Impaired vision   ☐ Emotional barriers   ☐ Impaired thought process   ☑ Medication compliance
☐ Attention deficit   ☐ Cognitive capacity   ☐ Responsibilities at home   Other: _____
☐ Religious practices   ☐ Educational level   ☐ Cultural differences
☐ Financial difficulties   ☐ Language barrier   ☐ Impaired hearing

How do you prefer to receive information? ☐ Written   ☐ Audio/visual   ☐ Verbal   ☑ Combination
Learns best by: ☐ WRITTEN MATERIALS   ☐ DEMONSTRATION   ☐ OTHER: _____

## DISCHARGE PLANNING

Patient plans to return:
☑ Home   ☐ Other Facility
☐ CRF   ☐ Group Home
☐ Nursing Home   ☐ Shelter
☐ Other (Specify) _____

Patient care needs prior to discharge:
☐ Medical Compliance
☐ Medical Issues
☐ Fall Prevention
☐ Safety Issues
☐ Self Care Needs
☐ Community Resources
☐ Substance Abuse Program

## ANTICIPATED NEEDS:
☐ None ☐ If yes, specify:   EQUIPMENT:     SUPPLIES:

_____

Patient has Advanced Directive upon admission? ☐ Yes ☑ No

## REFERRAL SERVICES
Based on assessment, please check referral services:
☐ Clergy   ☐ Rehabilitation   ☐ Patient Advocate   ☑ Social Services   ☐ Legal Office
☐ Other: _____

LIST ALL PROBLEMS WITH NSOC'S TO BE ADDRESSED IN NURSING CARE PLAN:

| | |
|---|---|
| | |
| | |
| | |

Completed by _____ *Tyler* _____ RN   Date _1/13/11_   Time _2:35 pm_

REV. 1/11/08

COMPREHENSIVE PSYCHIATRIC
EMERGENCY PROGRAM (CPEP)

Name: _Brown Melvin_
AKA:
E-CURA #: _22 7422_

# RN NURSING ASSESSMENT

TX/Authorization #: _____

*(Completed by RN upon admission)*

_14 - 0140 - TSC_

## ADMISSION DATA

Exhibit   Exh-Q-3

| Date: 1/13/11 | Arrival Time 13 45 p | DOB 3/20/67 | Age 163 yo | CSA Linkage: ☒Yes No☐ If yes, who: _Green Door_ | Legal Status: ☒ VOL ☐FD12 ☐CMOP |
|---|---|---|---|---|---|

Accompanied by: ☐ Family ☐ Case Mgr ☐ MPD ☐ Other

Gender: ☒ Male ☐ Female  Race _B_
CSA Notified: ☐ Yes  No ☐

Current Living Situation: ☒ Independent ☐ Family ☐ Grp Home ☐ Other (Specify): _____

Chief Complaint *(in patient's own words)*: _Non Compliant with treatment per FD/2._
"_I was in the shower when they knocked on the door and brought me I am lost_"  See enclosed involved letter written by client

Current medications *(including vitamins/herbal supplements)*: _Risperdal 2, Zoloft, Seroquel_
_has not taken meds in months Intake appt at GD was cancelled by Green Door was cancelled and they haven't made an_
Data Source: ☒ Patient ☒ Family ☐ Friend ☐ Other (specify): _appointment yet_

Disposition of Medications: ☒None ☐ Home ☐ Pharmacy ☐ Other (specify): _____

you taken any medications/drugs (i.e. marijuana) / alcohol within the last 24-hours? ☒NO  IF YES, What: _19 months clean._

Spiritual/Cultural Beliefs: ☐Protestant ☐Catholic ☐Baptist ☐Jewish ☐Muslim ☐ Other (specify): _____
Any practice affecting treatment/diet? ☐ No ☐ Yes *(specify)*: _____

ELOPEMENT RISK: (NO) YES   DESCRIBE THE RISK: _____

THIS ASSESSEMENT INFORMATION IS COVERED BY THE
HEALTH INSURANCE PORTABILITY AND
ACCOUNTABILITY ACT AND THE DC MENTAL HEALTH
ACT

ASSISTIVE DEVICES
☐ Walker        ☒ Glasses
☐ Wheelchair    ☐ Contact Lense
☐ Cane          ☐ Dentures
☐ Crutches      ☐ Upper
☐ Prosthesis    ☐ Lower
☐ Hearing aid   ☐ None

## FUNCTIONAL

| Walking: | Eating: | Dressing: | Bathing: | Toileting: |
|---|---|---|---|---|
| ☒ Independent | ☒ Independent | ☒ Independent | ☒ Independent | ☒ Indep |
| ☐ Supervision required | ☐ Supervision required | ☐ Supervision required | ☐ Supervision required | ☐ Superv |
| ☐ istance required | ☐ Assistance required | ☐ Assistance required | ☐ Assistance required | ☐ Assistan |
| ☐ Total assistance req'd | ☐ Total assistance req'd | ☐ Total assistance req'd | ☐ Total assistance req'd | ☐ Total a |

1/11/09

## CPEP Social Work Assessment 14-0140 (TSC)

Consumer Name: Brown, Melvin DOB: 03/20/1947 Ecura #: 227422

Referral Source: MCS _____ Admission Status: □Vol ☒FD-12 □Committed □Under Arrest

Sex: ☒M □F □T Marital Status: ☒S □M □D □Sep □W □SO Race/Ethnicity: AA

Religious Pref: _____ Insurance & #: DCM 70420227

Living Situation: □Pvt res. □No fixed address ☒Group Home/CRF □Shelter Shalom House

Military Veteran: □Y ☒N Connected to VA? □Y ☒N Location: _____

Income: □Wages □Pension □SSI □SSDI □Disability □VA
□Workmen's Comp □ Other _____ Amount/Per Month: Unknown

### Contacts/Supports

| Name | Relationship | Location | Primary Contact # |
|------|--------------|----------|-------------------|
| None given | | | |
| | | | |
| | | | |

Last CPEP Admission: _____ Disposition: _____

Last Hospitalization Date: _____ Location: _____

SA/ACT: Green Door Case Manager: _____ Phone # (202) 464-9200

Presenting Problem(s) (Including stressors, problems, needs): _____
Pt agitated threatening @ his residence toward staff. Per Pt "they violated my privacy rights. They were discussing my core services agency, and the word got around."
Pt's stressors include hx of crack addiction, 54R. (in recovery) non-compliance c tx recommendations.

Legal History (arrests/incarcerations, parole/probation, name & number of court officer): _____
Pt charged c Attempted Distribution of Heroin in 2007. Sentenced to 18 mos. in Federal Prison On Probation till 300 2np 2012.

Revised 11/18/10

Case 1:14-cv-00140-TSC Document 41-5 Filed 10/20/20 Page 92 of 132

COMPREHENSIVE PSYCHIATRIC
EMERGENCY PROGRAM (CPEP)

Name: _Brown, Melvin_
AKA:
E-CURA #: _227422_

# RN NURSING ASSESSMENT

*(Completed by RN upon admission)*

TX/Authorization #: _____

14-0140-TSC
(Six)
exh- D-6

## PAIN

| Chronic | ☐ None | Acute |
|---------|--------|-------|
| Location: | | Location: |
| Intensity (0-10): | | Intensity (0-10): |
| How Long: | | How Long: |
| When: | | When: |
| Related symptoms: | | Related symptoms: |
| Pain relief measures: | | Pain relief measures: |

## MEDICAL RISK ASSESSMENT

Vital Signs: HT: _____ WT: _____

B/P: _15/87_  T: _96.0_

P: _97_  R: _18_

☐ Refused

TEST FINDINGS:
URINE TOX: _Negative_
FINGER STICK _101 mg/dl_
INTOXIMETER _____
PICCOLO _____
Pregnant/LMC _____
OTHER _____

## ALLERGIES:

OTHER _____

## MEDICAL CONDITIONS

| | Yes | No | Describe: |
|--|-----|-----|-----------|
| Diabetes | ☐ | ☑ | |
| Hypertension | ☐ | ☑ | |
| Seizures | ☐ | ☐ | |
| Under weight | ☑ | ☐ | |
| Over weight | ☐ | ☑ | |
| Infectious diseases | ☐ | ☑ | |
| Swallowing Problems | ☐ | ☑ | |
| Constipation | ☐ | ☑ | |
| Dehydration | ☐ | ☑ | |
| Nutrition Problems | ☐ | ☑ | |

H/O COPD

REV 1/11/08

**COMPREHENSIVE PSYCHIATRIC EMERGENCY PROGRAM (CPEP)**

Name: _Brian Nelson_
AKA: _____
E-CURA #: _227422_
TX/Authorization #: _____

# RN NURSING ASSESSMENT

*(Completed by RN upon admission)*

_14-0140 (TSC)_
_Exh-9-7_

## ASSESSMENT (Continued)

**LOR (Level of Response):**
- [x] Alert
- [ ] Responsive
- [ ] Decreased Consciousness
- [ ] Drowsy

Describe: _____

**ORIENTATION:**
- [x] Person
- [ ] Time
- [x] Place
- [x] Situation

Describe: _____

**MEMORY:**
- [ ] Intact
- [ ] Difficulty noted w/ short-term
- [ ] Difficulty noted w/ long-term

Describe: _Vague_

**SPEECH:**
- [ ] Normal rate/volume
- [ ] Pressured
- [ ] Loud
- [ ] Mute
- [ ] Hesitant
- [ ] Slurred
- [ ] Other

Describe: _____

**PSYCHOMOTOR:**
- [x] Within normal limits
- [ ] Agitation
- [ ] Restlessness
- [ ] Retardation
- [ ] Poor posture

Describe: _____

**MOOD:**
- [ ] Appropriate
- [ ] Dysphoric
- [ ] Depressed
- [ ] Euthymic
- [x] Elated

Describe: _irritable_

**BEHAVIOR(S):**
- [ ] Cooperative
- [ ] Uncooperative
- [ ] hdrawn
- [ ] demeaning
- [ ] Threatening
- [ ] Liable
- [ ] Angry
- [ ] Hopeless

Describe: _minimally cooperative_

**THOUGHT CONTENT:**
- [x] Appropriate to situation
- [ ] Hallucinations
  - [ ] Tactile
  - [ ] Olfactory
  - [ ] Auditory
  - [ ] Visual
- [ ] Delusions
  - [ ] Persecutory
  - [ ] Grandiose
- (specify)

Describe: _client think that Gov't and Shalome House has a vendetta against him because he filed a grievance against them._

**THOUGHT PROCESS:**
- [x] Goals directed
- [ ] Appropriate
- [ ] Disorganized
- [x] Loose
- [ ] Tanger
- [ ] Circum

Describe: _poor historian poor judgment_

**APPEARANCE:**
- [ ] Well Groomed
- [ ] Poor Hygiene
- [ ] Neat/Clean
- [ ] Disheveled
- [x] Appropriate

Describe: _____

**MEDICATIONS BROUGHT TO HOSPITAL SHOULD LISTED ON PROPERTY LIST AND RETURNED TO PATIENT UPON DISCHARGE**

| AGGRESSION: | YES | NO |
|---|---|---|
| To property? | [ ] | [ ] |
| If yes, describe: | | |
| Current thoughts of harming others? | [ ] | [ ] |
| If yes, describe: | | |
| Legal problems due to aggression? | [ ] | [ ] |
| If yes, describe: | | |
| Past/current homicidal ideation? | [ ] | [ ] |
| If yes, describe: | | |

_per FBn pulled out a razor blade at stff at Shalom Home Barred from SOME._

**EMOTIONAL BARRIERS:** YES NO
Prior history? [ ] [ ]
Triggers:
- [ ] Hearing voices
- [ ] Feeling angry
- [ ] Feeling at
- [ ] Too much
- [ ] Other (specify): _____
- [ ] Other (specify): _____

Prevention strategies:
- [ ] Time out
- [ ] Admin of meds
- [ ] Change environment
- [ ] Reduce Stimuli
- [ ] Reassu
- [ ] Listen to

- [ ] Relaxation tech (specify) _____

- [ ] Hx of sexual/physical abuse   DESCRIBE

(Rev 05/19/09)

| Patient Name: Melvin Brown | Ecura: |
|---|---|

## MENTAL STATUS EXAMINATION

Note: If memory impaired or age 70+ expand w/MMSE

Exhbit- R

| Indicator | Check All that Are Present | Describe (if possible) |
|---|---|---|
| Physical Appearance | ☒ Appropriate ☐ Well groomed ☐ Disheveled ☒ Underweight ☐ Well nourished ☐ Overweight ☐ Malodorous ☐ Poor Dentition | |
| Motor Activity/ Involuntary Movements | ☐ WNL ☐ Retarded ☒ Accelerated ☐ Tremor ☐ TD ☐ Akathesia ☐ Restlessness ☐ Tense ☐ Other | |
| Behavior | ☒ Cooperative ☐ Withdrawn ☐ Guarded ☐ Uncooperative ☐ Belligerent ☐ Manipulative ☐ Dramatic ☐ Agitated | Fairly Mental Status exam vs Doctor's note- says belligerent |
| Speech | ☐ WNL ☒ Rapid ☐ Slowed ☐ Slurred ☐ Inarticulate ☐ Hesitant ☒ Pressured ☐ Mute ☐ Monotone ☐ Spontaneous ☐ Other | |
| Mood | ☐ WNL ☐ Depressed ☐ Anxious ☒ Angry ☐ Euphoric ☐ Apathetic ☐ Irritable ☐ Fearful ☐ Unable to Assess | |
| Affect explain | ☐ Appropriate ☐ Constricted ☐ Flat ☒ Labile ☐ Incongruent ☐ Inappropriate ☐ Elated ☐ Blunted ☐ Congruent ☐ restricted | |
| Thought process | ☐ Goal Directed ☐ Logical ☐ Flight of Ideas ☐ Racing Thoughts ☐ Tangential ☐ Circumstantial ☐ Perseverance ☐ Vague Thoughts ☒ Looseness of Associations ☐ Thought Blocking ☐ Illogical | to destroy the Structure of. Disorganized |
| Thought content | ☐ Appropriate ☐ Obsessions/Compulsions ☐ Phobias ☐ Other ☐ Preoccupations ☒ Blaming ☐ Ideas of Reference ☐ Self Doubt | |
| Delusions | ☐ None ☐ Persecutory ☒ Grandiose ☐ Somatic ☐ Bizarre ☐ Jealous ☐ Religeous ☐ Erotomanic ☒ Paranoid ☐ Other | grandiose |
| Suicidal ideation | ☒ None ☐ Yes; if yes, Plan/Means available ☐ Yes ☐ No | |
| Homicidal ideation | ☒ None ☐ Yes; if yes, has Plan/Means available ☐ Yes ☐ No If yes, has Identified Target ☐ Yes ☐ No | |
| Hallucinations/ Perceptions | ☒ None ☐ Auditory ☐ Visual ☐ Tactile ☐ Olfactory ☐ Command ☐ Gustatory ☐ Illusions ☐ Formication ☐ Other | Denies |
| Intelligence | ☐ Below Average ☒ Average ☐ Above Average | * |
| Insight | ☐ Good ☐ Fair ☒ Poor ☐ Superficial | are you talking about reality? |
| Judgment | ☐ WNL ☒ Impaired ☒ Impulsive | In the block for intellegence, you said: average |
| Attention | ☐ WNL ☒ Distractible ☐ Shortened ☐ Confused | explain |
| Orientation | ☒ Person ☐ Place ☒ Date ☐ Purpose | explain |
| Memory | Immediate Recall: ☐ Impaired ☐ Intact Short-Term: ☐ Impaired ☒ Intact Long-term: ☐ Impaired ☒ Intact | Compare Here, you say: memory intact. |
| Reliability | ☐ Yes ☐ No ☐ Unable to Assess | Here you left blank. Why? |

**Signature(s):**

Print Name of Trainee:     Signature: _____

Print Name of Attending:     Signature: _Amelia C. Villagus_

2



14-140 - TSC

Exhibit S
&
S-1
(other side)

Case 1:14-cv-00140-TSC Document 41-5 Filed 10/20/20 Page 96 of 132



14-0140 (TSC)

## 0014581178 BROWN,MELVIN Share 0020: DRAFT CHECKING [3200014581178] Transaction S02/05/2014

| Post Date | ID | Eff Date | Transacti... | Trans Amt | Balance... | Int/... | Fees | New Balance | Description | Prev Availa... |
|-----------|-----|----------|-------------|-----------|-----------|---------|------|-------------|-------------|----------------|
| | | | %% Card 15 #4870 AMAZON.COM SEATTLE WA | | | | | | | |
| 01/30/2... | S 0... | 01/30/2... | Bill Paym... | 39.99 | -39.99 | 0.00 | 0.00 | 5.07 | #W6RL2UKKF37M | 45.06 |
| | | | %% ACH Trace 091000010114884 %% ACH ECC CCD CO:AMAZON DIG454413 TYPE: Misc. Paym ID: 1830417755 | | | | | | | |
| 01/29/2... | S 0... | 01/29/2... | ACH De... | 36.19 | 36.19 | 0.00 | 0.00 | 45.06 | AMAZON DIG45... | 8.87 |
| | | | %% Card 15 #4870 AMAZON.COM SEATTLE WA | | | | | | | |
| 12/17/2... | S 0... | 12/17/2... | Bill Paym... | 39.99 | -39.99 | 0.00 | 0.00 | 8.87 | #GDF4F160MLM5 | 48.86 |
| | | | Date 12/13/13 2469216334700071460 1763 5735 Amazon Services-Kindle 866-216-1072 WA | | | | | | | |
| 12/14/2... | S 0... | 12/14/2... | Debit Ca... | 7.50 | -7.50 | 0.00 | 0.00 | 48.86 | VISA DEBIT | 56.36 |
| 12/13/2... | S 0... | 12/13/2... | Cash De... | 50.00 | 50.00 | 0.00 | 0.00 | 56.36 | | 6.36 |
| | | | %% Card 15 #4870 Date 12/11/13 2444500334660013770650 0 8099 | | | | | | | |
| 12/12/2... | S 0... | 12/12/2... | Debit Ca... | 240.00 | -240.00 | 0.00 | 0.00 | 6.36 | VISA DEBIT | 246.36 |
| 12/11/2... | S 0... | 12/11/2... | Cash De... | 171.01 | 171.01 | 0.00 | 0.00 | 246.36 | | 75.35 |
| | | | %% Card 15 #4870 Date 12/09/13 2416407334306906085816 4 7338 FEDEXOFFICE 00006718 WASHINGTON DC | | | | | | | |
| 12/10/2... | S 0... | 12/10/2... | Debit Ca... | 0.89 | -0.89 | 0.00 | 0.00 | 75.35 | VISA DEBIT | 76.24 |
| 12/02/2... | S 0... | 12/02/2... | Cash De... | 30.00 | 30.00 | 0.00 | 0.00 | 76.24 | | 46.24 |
| | | | %% Card 15 #4870 Date 11/27/13 2469216333100046032060 8 5735 Amazon Services-Kindle 866-216-1072 WA | | | | | | | |
| 11/28/2... | S 0... | 11/28/2... | Debit Ca... | 7.50 | -7.50 | 0.00 | 0.00 | 46.24 | VISA DEBIT | 53.74 |
| | | | %% Card 15 #4870 AMAZON.COM SEATTLE WA | | | | | | | |
| 11/21/2... | S 0... | 11/21/2... | Bill Paym... | 83.99 | -83.99 | 0.00 | 0.00 | 53.74 | #FV7F4OX9T14F | 136.73 |
| 11/21/2... | S 0... | 11/21/2... | Cash De... | 85.00 | 85.00 | 0.00 | 0.00 | 137.73 | | 51.73 |

Exh-S-2

Exh - S-3

14-0140 (TSC)

LAW OFFICE

# BLUMENTHAL & CORDONE PLLC
1700 17TH STREET, N.W.
SUITE 301
WASHINGTON, D.C. 20009

CAROL S. BLUMENTHAL (D.C., W.V. & M.D.)
EDWARD J. CORDONE (D.C.)

TELEPHONE (202)332-5279
FAX (202) 265-7419

May 12, 2011



Melvin Brown
1876 4th Street, N.E. #124
Washington, D.C.
20002

RE:  S.O.M.E. Inc., t/a Shalom House v. Melvin Brown    2011-LTB-2603

Dear Mr. Brown,

The purpose of this letter is to provide you the information pursuant to Judge Burgess' directive of April 18, 2011 in the above captioned case which is scheduled for trial on May 27, 2011 at 11:00 A.M. The information consists of (1) plaintiff's list of trial witnesses, (2) a copy of plaintiff's trial exhibits and (3) a statement regarding the plaintiff's video monitoring system. In the event that any other witnesses will be called or other documents produced which are not contained in this letter, I will also provide you that information prior to trial. As you are aware, you are also obligated to provide plaintiff with all of the documents that you intend to use at trial. As of this writing I have not yet received them.

**Plaintiff's Witnesses**

1. Gary Dean (process server)

2. Suzanne Bond

3. Belinda Sealey

4. Lawrence Parrott

5. Ann Chauvin

**Plaintiff' Exhibits**

1. 30 Day Notice to Correct or Vacate

2. Lease between the parties dated June 1, 2010

14-0140 (TSC)

3. Shalom House Guidelines for Community Living

4. November 28, 2010 Serious Incident Report (Lawrence Parrott)

5. January 10, 2011 Serious Incident Report (Belinda Sealey)

6. January 11, 2011 Serious Incident Report (Suzanne Bond)

7. January 13, 2011 Serious Incident Report (Belinda Sealey)

8. January 13, 2011 Letter (Ann Chauvin)

9. 2 Threatening Notes

10. Service Coordinator Appointment Slip

**Statement Regarding Video Monitoring System**

I spoke with Belinda Sealey from S.O.M.E. She has confirmed that the video monitoring system at the property only stores memory for a few days. Therefore, we do not have any "tape" from the system from back in January 2011.

Sincerely,

Edward J. Cordone

## NOTICE OF LEASE VIOLATION OF WHICH THE
## TENANT IS REQUIRED TO CURE VIOLATION OR VACATE

To:    **Melvin Brown**
Address: 1876 4th Street, N.E. #124 Washington, D.C. 20002

           In accordance with the District of Columbia Rental Housing Act of 1985, D.C. Law 6-10, 42 D.C. Code Section 3505.1(b)(2001 ed.) and your Lease Agreement, you are hereby given Notice that you are in material noncompliance with the terms of your Lease Agreement for premises at 1786 4th Street, N.E. #124, Washington, DC 20002. Your material noncompliance includes, but is not limited to:

**1. Threatening staff (Threatened night manager with physical harm on November 28, 2010.**

**2. Intimidation of staff (Refusing to leave office of property manager after numerous requests on December 1, 2010 until 911 was to be called.**

       **Lease dated: June 1, 2010**        **Paragraphs: 9, 16 and #4 of House Rules (GCL)**

       You are hereby given thirty (30) days to cure the violation(s). The violation(s) may be cured by:

       **1. Cease threatening, intimidating and harassing staff and/or others.**

       If you fail to cure the stated violation(s) prior to the end of the thirty (30) day period, you are required to vacate the premises at the expiration of this Notice no later than January 31, 2011.

       This is the only Notice you will receive. If you fail to cure the violation(s) or vacate the leased premises the Landlord will initiate action for possession of the leased premises in the Landlord and Tenant Branch of the Superior Court of the District of Columbia. This Notice does not relieve you of your continuing obligation to pay rent while your tenancy continues and/or during the period of your occupying the premises thereafter.

       Please note that if you desire to object to this action, you have the right under the regulations of the Department of Housing and Urban Development, 24 CFR, Part 450, to submit written comments to or meet with a representative of the Landlord, or both. The following steps must be taken;

           a)      Within 10 days of the receipt of this Notice, you must either submit to the Landlord's attorney written comments, or advise this office in writing of your desire to have a meeting, or both. The written notice must be delivered to the

S.O.M.E. Inc. (Shalom House)

NOTICE                                                    Blumenthal

Name & Address of Tenant: Melvin Brown 1876 4th Street, NE #124 Washington, DC 20002

CERTIFICATE OF SERVICE

I hereby certify that service of this Notice was made at the above address this _Z Z_ day of
_Dec_, 20 _10_, as required by law as follows:        _1 2 / 10 P.M,_

    [ / ]   1. By leaving a copy of the same with the tenant personally.

    [ / ]   2. By leaving a copy of the same with _____, a
person above the age of 16 years, residing in, or in possession of said
premises, the tenant not to be found.

    [X]   3. By posting a copy of the same on the door of the above mentioned premises,
where it can be conveniently read, the tenant not to be found, and no person above
16 years of age was to be found in possession of, or residing in same premises
after diligent effort having been made to obtain personal or substitute service.
And mailing a copy of the same to the tenant by regular mail, U.S. Postage pre-
paid.                        _12/23/10_

_____
Name

Subscribed and sworn to before me this _22__ day of _Dec_, 20 _10_
12 - 20 -10   846 A.
12 - 21 - 10   745 P   DARLENE R. ARCHER        _____
                       NOTARY PUBLIC              Notary Public
                       DISTRICT OF COLUMBIA
My Commission expires: MY COMMISSION EXPIRES
                       APRIL 14, 2014

ENTER BUILDING
PAST FRT DESK.
TO HALL GO LEFT TO
END GO R 1ST DOOR ON
R. — 124 ON DOOR
IVORY COLOR.

# DISCHARGE/TRANSITION ORDER

14-0140 (TSC)

```
[ 49521-1      01/15/11 M
BROWN, MELVIN
03/23/1947   PIW CCUSTIS
DRES
C+ILLIAM, SUSMILA MD
```

| ORDERED | | | ACTUAL DISCHARGE | |
|---|---|---|---|---|
| DATE 1/19/11 | TIME 143 | DATE 1/19/11 | AT 200 p.m. | |

## CONDITION AT DISCHARGE

DESCRIBE Pt stable and improved. Pt denies SI/HI. During this hospitalization, pt was started on Seroquel 300 mg qhs for treatment of mood and psychotic symptoms. Pt's symptoms have improved and he has been compliant with the medications. Pt has not had any aggressive behaviors since the weekend of his admission. Pt was scheduled for a probable cause hearing today in spite of the fact that he was scheduled for discharge this Friday. Pt does not meet criteria for commitment and refuses to be a voluntary inpatient. At this time, pt is safe and stable for discharge and he has expressed his desire to be released. He has also indicated his intention to continue taking his prescribed medications and following up with his treatment team at the Green Door. SW will inform tx providers at the Green Door of his discharge.

## DISCHARGE TYPE

☒ WITH MAXIMUM BENEFIT   ☐ AWOL   ☐ AMA   ☐ PRIOR TO RECOMMENDED DATE
☐ FOR NON-COMPLIANCE W/ TREATMENT   ☐ TRANSITION TO NEXT LEVEL OF CARE WITHIN PIW   ☐ TRANSFER TO ANOTHER TYPE FACILITY   ☐ ADMINISTRATIVE

### DISCHARGE DIAGNOSIS

| AXIS I | Schizophrenia, Paranoid Type | (1) | | (2, |
|---|---|---|---|---|
| | | (3) | | (4) |
| AXIS II | Deferred | (1) | | (2) |
| AXIS III | COPD | (1) | | (2) |
| AXIS IV | Homelessness, chronic mental illness | | AXIS V – GAF  45 | |

☒ **DISCHARGE PLANS**   ☐ **TRANSITION PLANS**

MEDICATIONS: Seroquel 300 mg qhs (Rx given).

MEDICAL FOLLOW-UP: See Discharge/Aftercare Plan

AFTERCARE PROVIDER(S): See Discharge/Aftercare Plan

DISPOSITION: (check all that apply)
☒ HOME
☐ PENDING PLACEMENT
☐ PHP – MENTAL HEALTH
☐ PHP – SUBSTANCE ABUSE
☐ IOP – MENTAL HEALTH
☐ IOP – SUBSTANCE ABUSE

☐ GROUP HOME/HALFWAY HOUSE
☐ SHORT-TERM GENERAL HOSPITAL
☐ NURSING HOME/FACILITY
☐ RESIDENTIAL TREATMENT CENTER
☐ LONG-TERM PSYCHIATRIC HOSPITAL
☒ OUTPATIENT THERAPY

☐ SUBSTANCE ABUSE FACILITY
☐ UNKNOWN AT DISCHARGE
☐ 12-STEP GROUPS
☐ AFTERCARE SUPPORT GROUP
☐ OTHER _____

132955

PHYSICIAN SIGNATURE
Physician Name: Sushila Chelliah, MD

DATE  1/19/11

Cell Phone Number: 202-210-8162

105-136 Rev 5/10

Psychiatric Institute of Washington

# Psychosocial Assessment
## Adult

Melvin Brown
743521-1    01/15/11 M
BROWN, MELVIN
03/20/1947    PIW COURTIS
JABS
CMELLIAM, SUSHIL, MD

**Admission Status:** ☐ Voluntary    ☒ Involuntary (FD-12)    **Date Completed**
☐ Civil (Court Order)    1/18/11    *ΣXh-4-1*
☐ Criminal

**Who Referred or Recommended the patient to this program** (select all that apply)

| | |
|---|---|
| ☐ Attending Medical Staff | ☐ Case Management Company |
| ☐ Non-Attending Physician (family physician) | ☐ Child Welfare Agency |
| ☐ Non-Physician Clinician (Ph.D., SW, Counselor | ☐ Residential Facility |
| ☐ Employer/EAP | ☐ Family/Friend |
| ☒ Emergency Room (CPEP) | ☐ Judicial System/Court |
| ☐ Client Hospital | ☐ Advertising |
| ☐ Another Hospital | ☐ AA/NA or other self help |
| ☐ Employee of Client Hospital | ☐ Self Referral |
| ☐ Another Hospital | ☐ School |
| ☐ Psychiatric Unit | ☐ Other |
| ☐ Medical/Surgical Unit | ☐ Partial Hospitalization Prog |
| | ☐ Detoxification Center |
| | ☐ Client Hospital |
| | ☐ Another Hospital |

**Patient's Goals for Treatment**

Patient refused to paticipate on 1/18/11 in Psychosocial Assessment

**Reasons for Admission** (Check all that apply)

| | | | |
|---|---|---|---|
| ☐ Aggressive Behavior | ☐ Delusions | ☐ Impaired Judgment | ☐ Social Withdrawal |
| ☐ Agitation | ☐ Depressed Mood | ☐ Impaired Reality Testing | ☐ Suicidal Ideation |
| ☐ Alcoholism and/or Drug | | | ☐ Threat |
| Abuse/Dependence | ☐ Euphoria | ☐ Loss of Appetite | ☐ Plan |
| ☐ Anxious Mood | ☐ Hallucinations | ☐ Manic Behavior | ☐ Gesture |
| ☐ Cognitive Impairment | ☐ Homicidal Thoughts | ☐ Obsessive Thoughts | ☐ Serious Attempt |
| ☐ Compulsions | ☐ Threat | ☐ Psychomotor Retardation | ☐ Weight Change |
| ☐ Decreased Fluid | ☐ Plan | ☐ Self-Injury | ☐ Increase |
| ☐ Decreased Food Intake | ☐ Serious Attempt | ☐ Sleep Disturbance | ☐ Decrease |
| ☐ Other (specify) | | | |

Comments:

**Review Problems Identified in Patient Database, Nursing Assessment, Physical Assessment**
**Patient Agrees with Identified Problems:** Yes  If no, explain:

| Program Staff MUST Fill In CQI+ Identification Number | |
|---|---|
| | |
| Program Code | CQI+ Identification Number |

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General
Judiciary Square
441 Fourth St, NW
Washington, D.C. 20001





August 5, 2014

Melvin Brown
2810 Texas Avenue, S.E.
# 309
Washington, DC 20020

**RE: Melvin Brown v. Debra Collins-Campbell, et al., 2014 CA 003781 2**

Dear Mr. Brown:

Enclosed is a copy of all records pertaining to you that are maintained by the District of
Columbia Department of Behavioral Health. These document production consists of seventeen
(17) pages and have bates number DBH000001 through DBH000017. The production of these
records constitutes the District of Columbia's final obligation under the terms of the agreement,
between you and the District of Columbia, agreed upon during the July 3, 2014 hearing in the
DC Superior Court.

Very truly yours,

IRVIN B. NATHAN
Attorney General

By: David A. Jackson
Assistant Attorney General

DAJ/daj
Enclosure(s)
cc: File

Processed Date: 08/03/2014

# Production

Page: 1

**CLINICAL CHART FOR** Melvin Brown

Address 1: 2810 TEXAS AVENUE # 309 SE

City WASHINGTON

State: DC

Zip: 20020

Reference #: 200207262892

Phone #: 202-710-1431

Policy #1: 227422

Policy #2: 429908785

Policy #3: 70420227

DOB: 03/20/1947

SSN: 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

---

ADULT ACUTE CARE HOSPITALIZATION PRIOR AUTHORIZATION on September 15, 2002 at 04:29 by Blackwood, Grace
Presenting Problem/ Chief Complaint (suicidal)
Acute exacerbation of a chronic psychiatric condition OR (1)
Evidence of co-existing mental illness & substance abuse (1)
History of suicide attempts/life threatening self-harm within past 2 years, (1)
In CFSA custody due to substantiated abuse, neglect or dependency (1)
Risk & Resiliency Total Score (11)
Pt has 6 yr history of depression and tx with Public Core. Acute psychotic
symptoms and suicidality present. To be voluntarily hospitalized at GW.





Processed Date: 08/03/2014

# Production

Page:   1

**CLINICAL CHART FOR** Melvin Brown

          **Address 1:** 2810 TEXAS AVENUE  # 309 SE

               **City** WASHINGTON

           **State:** DC

             **Zip:** 20020

**Reference #:** 200207262892    **DOB:** 03/20/1947

    **Phone #:** 202-710-1431    **SSN:** 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

    **Policy #1:** 227422

    **Policy #2:** 429908785

    **Policy #3:** 70420227

---

CSA TRANSFER on January 21, 2004 at 13:19 by Poole, Laressa

    Referred By  (Medical provider)

    First Priority  (Previous Knowledge Of Provider)

    Core Service Agency Selection  (Psychiatric Center Chartered, Inc)

        Consumer called from Provid. Hosp. with Intake worker Ms. Robin Tallaferro from

        Psy. Chartered requesting CSA change. He states he was unhappy with the

        service at Pub. Core. This tranfer info. was given P. Johnson at 35 kst.

Processed Date: 08/03/2014

# Production

Page: 1

**CLINICAL CHART FOR** Melvin Brown

         **Address 1:** 2810 TEXAS AVENUE # 309 SE

         **City** WASHINGTON

         **State:** DC

         **Zip:** 20020

**Reference #:** 200207262892

    **Phone #:** 202-710-1431

    **Policy #1:** 227422

    **Policy #2:** 429908785

    **Policy #3:** 70420227

**DOB:** 03/20/1947

**SSN:** 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

---

CLINICAL HOME ENROLLMENT/CSA TRANSFER EVENT on January 9, 2006 at 19:27 by Brown, Susan
    Request is for: (CSA Transfer)
    Enrollment/Transfer Requested By: (Consumer - Self)
    Primary Language Spoken at Home: (English)
    Consumer is an Adult or Child? (Adult (18 & Over))
        Depression/ Depressed mood (1)
    Other Medical Conditions? If "Yes" List in Note Box Below (No)
    Other Medical Conditions? If "Yes" List in Note Box Below (No)  [01/09/2006 19:27] by Brown, Susan
    Living Arrangement (Homeless)
    Consumer Agrees to Release of Information to CSA? (Yes)
      On 1/8/2006 the above client called to enroll into Dc CSa at Spring rd Nw I
    emailed Dawanda Adams.
        Core Service Agency Selection (DC Community Services Agency - Public Core Service)

Processed Date: 08/03/2014

# Production

Page: 1

**CLINICAL CHART FOR** Melvin Brown

Address 1: 2810 TEXAS AVENUE # 309 SE

City WASHINGTON

State: DC

Zip: 20020

Reference #: 200207262892

Phone #: 202-710-1431

Policy #1: 227422

Policy #2: 429908785

Policy #3: 70420227

DOB: 03/20/1947

SSN: 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

--------------------------------------------------------------------------------

CLINICAL HOME ENROLLMENT/CSA TRANSFER EVENT on February 1, 2006 at 10:35 by Oliver, Donna

Request is for: (CSA Transfer)

Enrollment/Transfer Requested By: (Consumer - Self)

Primary Language Spoken at Home: (English)

Consumer is an Adult or Child? (Adult (18 & Over))

Consumer Agrees to Release of Information to CSA? (Yes)

    Core Service Agency Selection (Community Connections, Inc.)

        ***Options Referral. Sara from Comm Conn called with consumer present to

        complete his transfer from Spring Rd to Comm Conn for the Options Program. Ms.

        Fowler from Spring Rd was via phone/email of this transfer.

            Time of First call to Chosen CSA (10:29pm)

              Notified Spring Rd of this transfer.

            CSA Contact Name (Ms. Fowler)

        CSA(s) Notified by phone/voice mail (List name of person(s) contacted below) (1)

        CSA(s) Notified by email (1)

DBH000004

# Production

**CLINICAL CHART FOR** Melvin Brown

| | |
|---|---|
| **Address 1:** 2810 TEXAS AVENUE # 309 SE | |
| **City** WASHINGTON | |
| **State:** DC | |
| **Zip:** 20020 | |

**Reference #:** 200207262892       **DOB:** 03/20/1947

**Phone #:** 202-710-1431       **SSN:** 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

**Policy #1:** 227422

**Policy #2:** 429908785

**Policy #3:** 70420227

---

CONSUMER'S DIS-ENROLLMENT on August 7, 2007 at 11:49 by Rorie, Yvonne
   Dis-Enrollment Reasons  (Other)
   CSA Completing the Event  (Community Connections, Inc.)
   Date Event Completed  (08/07/2007)
   CSA Staff Name Completing this Event  (Yvonne Rorie at DMH)
      Consumer never engaged with treatment team.

DBH000005

Processed Date: 08/03/2014

# Production

Page: 1

**CLINICAL CHART FOR** Melvin Brown

Address 1: 2810 TEXAS AVENUE # 309 SE

City WASHINGTON

State: DC

Zip: 20020

Reference #: 200207262892    **DOB:** 03/20/1947

Phone #: 202-710-1431    **SSN:** 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

Policy #1: 227422

Policy #2: 429908785

Policy #3: 70420227

---

CRISIS STABILIZATION SERVICES REAUTHORIZATION EVENT on December 9, 2007 at 13:29 by Pride, Theron

Authorization Type (Initial)

Crisis program requesting extension (Crossing Place)

Consumer referred to crisis bed from: (CPEP)

Clinical presentation requiring treatment (Noncompliance; see below)

Melvin Brown Crossing Place Summary & Assessment December 9, 2007

Prepared by Rakesha Early BS Residential Counselor

Melvin Brown (ECURA#227422) is a 60-year-old African American male. CSR was referred by CPEP due to non-medication compliant for over a weak, vague SI and hearing demeaning voices. CSR was also using crack and alcohol within that 24-hour period. CSR is linked with Community Connections and has an incoming diagnosis of Major Depression Disorder with Psychosis.

CSR has had 3 psychiatric hospitalizations and the latest visit was GSE for 4 days due to being suicidal and hearing voices. CSR was also off medication and in jail for three weeks. CSR's first contact with mental health was in 1995 for depression.

CSR has a history of SI. The most recent episode CSR did not have a plan. CSR denies ever having HI. CSR does have a legal history being in jail over 24 times for drug related charges. CSR does not have an assaultive history. CSR currently does not have a PO.

CSR has a long history of drug use and most recent use was 24 hours before entering CPEP and including drugs and alcohol. CSR also has a history of problems related to drugs including jail time. CSR has been on drugs for 45 years and has been at detox for a week.

CSR has been cooperative with staff and talking about how is afraid to go back to jail and had a discussion about behavior and consequences. CSR has a LOCUS score of 24 and met with Dr. Sheridan on December 8, 2007 and was diagnosed with Schizoaffective D/O 295.70 and Polysubstance Dependence304.80 and the substances of choice include Crack, Alcohol and some Heroin. Dr. Sheridan recommends a minimum 7-day stay to lower SI, increase medication stabilization, and CSR has signed a safety contract.

Consumer has a CSA (1)

Consumer is experiencing acute symtpoms related to a primary axis I or axis II diagnosis (1)

Consumer can reliably plan for safety in a structured environment under clinical supervision (1)

Consumer choses to participate or is unwilling and under outpatient commitment (1)

(Medication stabilization)

DBH000006

Processed Date: 05/03/2014                    **Production**                              Page:    2

**CLINICAL CHART FOR** Melvin Brown                     Reference #: 200207262892        **DOB:** 03/20/1947

        **Address 1:** 2810 TEXAS AVENUE  # 309 SE          **Phone #:** 202-710-1431        **SSN:** 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

         **City** WASHINGTON                          **Policy #1:** 227422

        **State:** DC                               **Policy #2:** 429908785

         **Zip:** 20020                            **Policy #3:** 70420227

   (Decrease feelings of SI)
   (Re-connect to CSA)
   (Re-connect to CSA)   [12/09/2007 13:35] by Pride, Theron
  Determination: ( to be completed by DMH)  (Approved)
    Consumer is approved for continued stay thru 12/13/07. A20071209445 - Tp, AHL
  Care Coordinator Completing Form  (Theron Pride, LICSW)

DBH000007

Processed Date: 08/03/2014

# Production

**CLINICAL CHART FOR** Melvin Brown

        **Address 1:** 2810 TEXAS AVENUE  # 309 SE

             **City** WASHINGTON

          **State:** DC

            **Zip:** 20020

**Reference #:** 200207262892      **DOB:** 03/20/1947

     **Phone #:** 202-710-1431     **SSN:** 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

     **Policy #1:** 227422

     **Policy #2:** 429908785

     **Policy #3:** 70420227

---

CRISIS STABILIZATION  SERVICES REAUTHORIZATION EVENT on December 10, 2007 at 14:59 by Wooden, Eugene

   Authorization Type (Initial)

   Crisis program requesting extension  (Crossing Place)

DBH000008

Processed Date: 08/03/2014

# Production

Page:   1

**CLINICAL CHART FOR** Melvin Brown

Address 1: 2810 TEXAS AVENUE # 309 SE

City WASHINGTON

State: DC

Zip: 20020

Reference #: 200207262892

Phone #: 202-710-1431

Policy #1: 227422

Policy #2: 429908785

Policy #3: 70420227

DOB: 03/20/1947

SSN: 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

---------------------------------------------------------------------------------------------------------

CLINICAL HOME ENROLLMENT/CSA TRANSFER EVENT on December 11, 2007 at 07:49 by Oliver, Donna

Request is for: (Initial Enrollment)

***10 December 2007 @ 7:50am - Melvin Brown called from Crossing Place to the

Access Helpline requesting to be enrolled with csa for services.  He chose DC

CSA, 35 K.  This enrollment will be effective as of todays date.  emailed a csa

notification.

Enrollment/Transfer Requested By: (Consumer - Self)

Enter reason for request as stated by Consumer in note box below  (1)

Primary Language Spoken at Home: (English)

Consumer is an Adult or Child? (Adult (18 & Over))

Consumer Insurance Status  (Active Medicaid)

The consumer's insurance expired in 2005.

Consumer Agrees to Release of Information to CSA?  (Yes)

Core Service Agency Selection  (DC Community Services Agency - Public Core Service)

DBH000009

Production

**CLINICAL CHART FOR** Melvin Brown

        **Address 1:** 2810 TEXAS AVENUE # 309 SE

        **City** WASHINGTON

        **State:** DC

        **Zip:** 20020

**Reference #:** 200207262892     **DOB:** 03/20/1947

**Phone #:** 202-710-1431     **SSN:** 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

**Policy #1:** 227422

**Policy #2:** 429908785

**Policy #3:** 70420227

---

CLINICAL HOME ENROLLMENT/CSA TRANSFER EVENT on February 18, 2010 at 15:25 by Dabney, Rosetta

Request is for: (CSA Transfer)

Enrollment/Transfer Requested By: (Consumer - Self)

Enter reason for request as stated by Consumer in note box below (1)

    Rachaka Pierce at Family Matters assisted adult csr in enrolling. Csr reports

    diagnosis with Schizophrenia dating back to 1995, but denies any symptoms

    today.

Primary Language Spoken at Home: (English)

Consumer is an Adult or Child? (Adult (18 & Over))

Consumer is Diagnosed Mentally Retarded? (No)

Consumer is DDS enrolled/involved? (No)

Consumer is transferring from the DCCSA? (Yes)

Consumer Insurance Status (Medicaid and Medicare)

    DC Medicaid 70420227 and Medicare A/B per IVR

        Substance Use (1)

            crack cocaine for 17 years; last use 8 months; released from jail June 2009

            after a 19 month incarceration

            Medication 1 (Risperadol)

                Risperdal, Saroquel, Zoloft

        Medication 2 (Zoloft)

Other Medical Conditions? If "Yes" List in Note Box Below (Yes)

    COPD, kidney stones

Employment Status (Unemployed (fired, laid off, temporary))

Living Arrangement (Homeless)

Transitional House operated by SOME (Leland Place)

Consumer Agrees to Release of Information to CSA? (Yes)

    Core Service Agency Selection (Family and Child Services)

    First Priority for This Choice (Location)

    Date Intake Appointment Scheduled: (02/18/2010)

    CSA(s) Notified by email (1)

        Writer emailed Family Matters to confim enrollment - RD

*[Handwritten annotations in right margin:]*

Risperdel, Seroquel & Zoloft, Family Matters (B) a Son of a bitch; Guilty. That info come from Family Matters.

Family Matters (B) Compare M Team Referral Form when CPEP Initiated by Ann Chauvin indicated these (Specific MeDs; Risperdal, Seroquel, Zoloft. Where else is it recorded these 3 meds?

DBH000010

Processed Date: 08/03/2014

# Production

**CLINICAL CHART FOR** Melvin Brown

|  |  |  |
|---|---|---|
| | **Reference #:** 200207262892 | **DOB:** 03/20/1947 |
| **Address 1:** 2810 TEXAS AVENUE # 309 SE | **Phone #:** 202-710-1431 | **SSN:** 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 |
| **City** WASHINGTON | **Policy #1:** 227422 | |
| **State:** DC | **Policy #2:** 429908785 | |
| **Zip:** 20020 | **Policy #3:** 70420227 | |

---

CLINICAL HOME ENROLLMENT/CSA TRANSFER EVENT on November 12, 2010 at 10:31 by Keys, Nicole
  Request is for: (CSA Transfer)
  Enrollment/Transfer Requested By: (Consumer - Self)
  Enter reason for request as stated by Consumer in note box below (1)
    Consumer is not happy with the services at Family Matters and wishes to
    transfer to Green Door
  Is individual a resident of the District of Columbia? (Yes)
  Residency has been verified through one or more of the following:? (Non-driver identification card issued by the District)
  Clinical home/CSA has verified residency status? (Yes)
  Primary Language Spoken at Home: (English)
  Consumer is an Adult or Child? (Adult (18 & Over))
  Consumer is Diagnosed Mentally Retarded? (No)
  Consumer is DDS enrolled/involved? (No)
  Consumer is transferring from the DCCSA? (No)
  Consumer Insurance Status (Medicaid and Medicare)
        Has a confirmed SED/SMI (1)
          Schizophrenia and Depression
        History of psychiatric inpatient admissions (1)
        Currently Homeless (1)
        Depression/ Depressed mood (1)
        Anxiety and/or Panic Attacks (1)
        Current Hallucinations or Delusions (1)
  Other Medical Conditions? If "Yes" List In Note Box Below (Yes)
    Kidney failure,
  Employment Status (Unemployed (fired, laid off, temporary))
  Living Arrangement (Homeless)
  Consumer Agrees to Release of Information to CSA? (Yes)
        Core Service Agency Selection (Green Door)
        First Priority for This Choice (Location)
              Time of First call to Chosen CSA (10:26am)
              CSA Contact Name (Akimasa)
        Date Intake Appointment Scheduled: (11/22/2010)
        Time Intake Appointment Scheduled: (2pm)
  Intake Person's Name: (Ms. Quinn)
        CSA(s) Notified by phone/voice mail (List name of person(s) contacted below) (1)
          Spoke to Akimasa and consumer has intake appointment scheduled
        CSA(s) Notified by email (1)
          Sending email notification of linkage

DBH000011

Processed Date: 08/03/2014

# Production

Page:   1

**CLINICAL CHART FOR** Melvin Brown

**Address 1:** 2810 TEXAS AVENUE # 309 SE

**City** WASHINGTON

**State:** DC

**Zip:** 20020

**Reference #:** 200207262892

**Phone #:** 202-710-1431

**Policy #1:** 227422

**Policy #2:** 429908785

**Policy #3:** 70420227

**DOB:** 03/20/1947

**SSN:** 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

-------------------------------------------------------------------------------------------

CARE COORDINATOR NOTE - CARE COORDINATION on January 28, 2011 at 16:38 by Reid, William

Time of Initial Contact  (16:03)

Received call from Belinda Seally of the Shalom House, 4th and T St., NE,
(202-797-8808) stating that Consumer had been hospitalized recently, discharged
and returned to Shalom House making accusations that staff had stolen his
property while he was hospitalized. Ms Seally stated that no clinical staff
will be present at her facility and she wanted to give Access a heads-up that
his behavior is deteriorating, that the Mobile Team may be needed.  Attempted
to get in touch w/ his Green Dr Cs Mgr and make her aware of his current mh
status, that Cs Mgr may need to make an assessment of Consumer's current
condition. Spoke w/ Ms Farrow who stated that his Cs Mgr was not there, but she
would have someone contact us. BR

DBH000012

Processed Date: 08/03/2014

# Production

Page:   1

| | | | |
|---|---|---|---|
| **CLINICAL CHART FOR** Melvin Brown | | **Reference #:** 200207262892 | **DOB:** 03/20/1947 |
| **Address 1:** 2810 TEXAS AVENUE # 309 SE | | **Phone #:** 202-710-1431 | **SSN:** 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 |
| **City** WASHINGTON | | **Policy #1:** 227422 | |
| **State:** DC | | **Policy #2:** 429906765 | |
| **Zip:** 20020 | | **Policy #3:** 70420227 | |

----------------------------------------------------------------------------------------------------

DISENROLLMENT - CARE COORDINATION on May 12, 2011 at 17:12 by Gathers, Brenda
    Requesting CSA  (Green Door)
    Consumer is an Adult or Child?  (Adult (18 & Over))
    Request Date  (05/12/2011)
    Requested Dis-Enrollment Reasons  (Consumer Declines Further Treatment)
    Check box and attach note below with summary of the request  (1)
        Yes - Record Disenrolled  (1)
    Disnenrollment Request Completed By:  (Brenda Gathers)

DBH000013

Processed Date: 08/03/2014 — Production — Page: 1

**CLINICAL CHART FOR** Melvin Brown

Address 1: 2810 TEXAS AVENUE # 309 SE

City WASHINGTON

State: DC

Zip: 20020

Reference #: 200207262892    DOB: 03/20/1947

Phone #: 202-710-1431    SSN: 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

Policy #1: 227422

Policy #2: 429908765

Policy #3: 70420227

---

CARE COORDINATION - CPEP ENCOUNTER EVENT on January 27, 2012 at 00:36 by Crichlow, Mary

Date Consumer Seen at CPEP (01/13/2011)

PHYSICIAN DISCHARGE

Risk Assessment & Safety Plan

Patient Name:
Brown, Melvin
eCura:
227422
Admission Date:
01/13/11
Discharge Date:
01/14/11

Admission Information:
Referred by: Police    From: home    Legal Status: Involuntary
Reason for Admission: Psychosis/Violent Behavior    Describe other:

Briefly Describe Reason for Admission, Presentation, and Treatment Provided at
CPEP (include V.S. and lab results): 64 yo AAM with long hx of mental
illness, linked to Green Door, has not been compliant with treatment , was
brought to CPEP by MPD on FD12 by MCS who received a referral from Shalom House
reportedly becoming increasingly agitated, left notes with staff member " they
must die, they will die", Reportedly pulling out a razor blade on staff at
Shalom House. On arrival to CPEPhe was fairly cooperative, . His speech is
rambling and pressured with disorganized thoughts and loose associations. He is
grandiose" I am a writer, I have a web site and connected to Wikileaks. He has
no insight, refuses meds.UDS= negative, FS= 101. Pt has refused po meds at
CPEP

Discharge Assessment done on (date): On the day of discharge at (time): 20:00
Condition at Discharge: Patient's symptoms have not improved
Explain Responses & Include Suicidal/Homicidal/Violence Assessment:
Pt remains psychotic, disorganized, grandiose, belligerent, has not taken any
med since he was admitted to CPEP.Judgement and insight are impaired.

Discharge Plan: Consumer's Final Disposition: Psychiatric
HospitalizationDischarge Dx: Schizoaffective D/O Bipolar type

If consumer was transferred to a hospital or left with the police STOP here,
otherwise complete the information below:
Medications:

DBH000014

# Production

**CLINICAL CHART FOR** Melvin Brown

| | |
|---|---|
| **Address 1:** 2810 TEXAS AVENUE # 309 SE | |
| **City** WASHINGTON | |
| **State:** DC | |
| **Zip:** 20020 | |

| | |
|---|---|
| **Reference #:** 200207262892 | **DOB:** 03/20/1947 |
| **Phone #:** 202-710-1431 | **SSN:** 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 |
| **Policy #1:** 227422 | |
| **Policy #2:** 429908785 | |
| **Policy #3:** 70420227 | |

Medication Given:  0No        0Yes? List:      # days:

Prescription:  0No  Yes0?  # of days  Refills: 0 No   0Yes, 1 refill given
    Medication Information: See attachments
Discharge Transport:  Transport provided by:      Destination:
Contact Name:        Tele #

Community Services

Services to be provided by:
0 Private Provider:
0 CSA/ACT:
0 Assessment and Referral Center (ARC): 70 N St. NE, Walk-in M-F from
  8:30am-4:15pm
0 Mobile Crisis Services to follow up
0 Other:

Appointment made:     (appointment date and time if known):

Please explain reason for patient's refusal or why follow-up treatment was not
needed:

Physician Discussed the Following Warning Signs and Coping Skills:
*   If you recognize any of the following warning signs:
*   , , , , Other signs:
*   Participate in settings or other activities that provide positive distraction
and take your mind off of problems:
*   , , , , , Other activities:
*   See the list of Emergency/Safety Contacts listed on Discharge Instructions.
*   Additional information (if applicable):

Signature/Date
Resident/Student (Print):      Signature:
_____ Date:
CPEP Physician: Phuong Thu Vo, MD        Signature:
_____ Date: 01/14/11

DBH000015

Processed Date: 08/03/2014

## Production

Page: 1

**CLINICAL CHART FOR** Melvin Brown

Address 1: 2810 TEXAS AVENUE # 309 SE

City WASHINGTON

State: DC

Zip: 20020

Reference #: 200207262692

Phone #: 202-710-1431

Policy #1: 227422

Policy #2: 429908785

Policy #3: 70420227

DOB: 03/20/1947

SSN: 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

---

CLINICAL HOME ENROLLMENT/CSA TRANSFER EVENT on August 14, 2012 at 12:22 by Walker, David

Request is for: (Initial Enrollment)

Enrollment/Transfer Requested By: (Consumer - Self)

Enter reason for request as stated by Consumer in note box below (1)

    Mr. Melvin Brown has requested to be enrolled with Launch,LLC. He is being

    assisted by Ms. Dean, Launch,LLC. An email has been sent to Launch, LLC as

    notification of this enrollment. --- aaaaaadw

Is individual a resident of the District of Columbia? (Yes)

Clinical home/CSA has verified residency status? (No)

Primary Language Spoken at Home: (English)

Consumer is an Adult or Child? (Adult (18 & Over))

Consumer is transferring from the DCCSA? (No)

Consumer Insurance Status (Medicaid and Medicare)

      Has a confirmed SED/SMI (1)

        An initial Enrollment to Launch, LLC.

Other Medical Conditions? If "Yes" List in Note Box Below (No)

Employment Status (Unemployed (fired, laid off, temporary))

Living Arrangement (Alone)

Consumer Agrees to Release of Information to CSA? (Yes)

      Core Service Agency Selection (Launch, LLC)

      First Priority for This Choice (Previous Knowledge Of Provider)

      Second Priority for This Choice (Treatment Specialties)

        Time of First call to Chosen CSA (12:16pm)

        CSA Contact Name (Ms. Dean)

      CSA(s) Notified by phone/voice mail (List name of person(s) contacted below) (1)

      Ms. Dean -Launch, LLC

      CSA(s) Notified by email (1)

      Launch,LLC

DBH000016

Processed Date: 08/03/2014

# Production

Page:    1

**CLINICAL CHART FOR** Melvin Brown

       **Address 1:** 2810 TEXAS AVENUE # 309 SE

           **City** WASHINGTON

          **State:** DC

           **Zip:** 20020

**Reference #:** 200207262892    **DOB:** 03/20/1947

  **Phone #:** 202-710-1431    **SSN:** 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

  **Policy #1:** 227422

  **Policy #2:** 429908785

  **Policy #3:** 70420227

---------------------------------------------------------------------------------------------------------------

DISENROLLMENT - CARE COORDINATION on December 13, 2012 at 20:19 by Gathers, Brenda

    Requesting CSA  (Launch, LLC)

    Consumer is an Adult or Child?  (Adult (18 & Over))

    Request Date  (12/13/2012)

    Requested Dis-Enrollment Reasons  (Other)

    Check box and attach note below with summary of the request  (1)

       Administrative discharge:

       Consumer have not been seen in six months or longer by Launch

          Yes - Record Disenrolled  (1)

    Disnenrollment Request Completed By:  (Brenda Gathers)

DBH000017

14-0140 (TSC)

3. Shalom House Guidelines for Community Living

4. November 28, 2010 Serious Incident Report (Lawrence Parrott)

5. January 10, 2011 Serious Incident Report (Belinda Sealey)

6. January 11, 2011 Serious Incident Report (Suzanne Bond)

7. January 13, 2011 Serious Incident Report (Belinda Sealey)

8. January 13, 2011 Letter (Ann Chauvin)

9. 2 Threatening Notes

10. Service Coordinator Appointment Slip

**Statement Regarding Video Monitoring System**

I spoke with Belinda Sealey from S.O.M.E. She has confirmed that the video monitoring system at the property only stores memory for a few days. Therefore, we do not have any "tape" from the system from back in January 2011.

Sincerely,

Edward J. Cordone

## NOTICE OF LEASE VIOLATION OF WHICH THE
## TENANT IS REQUIRED TO CURE VIOLATION OR VACATE

To:   Melvin Brown
Address: 1876 4th Street, N.E. #124 Washington, D.C. 20002


      In accordance with the District of Columbia Rental Housing Act of 1985, D.C. Law 6-10, 42 D.C. Code Section 3505.1(b)(2001 ed.) and your Lease Agreement, you are hereby given Notice that you are in material noncompliance with the terms of your Lease Agreement for premises at 1786 4th Street, N.E. #124, Washington, DC 20002. Your material noncompliance includes, but is not limited to:

**1. Threatening staff (Threatened night manager with physical harm on November 28, 2010.**

**2. Intimidation of staff (Refusing to leave office of property manager after numerous requests on December 1, 2010 until 911 was to be called.**

      **Lease dated: June 1, 2010     Paragraphs: 9, 16 and #4 of House Rules (GCL)**

      You are hereby given thirty (30) days to cure the violation(s). The violation(s) may be cured by:

      **1. Cease threatening, intimidating and harassing staff and/or others.**


      If you fail to cure the stated violation(s) prior to the end of the thirty (30) day period, you are required to vacate the premises at the expiration of this Notice no later than January 31, 2011.

      This is the only Notice you will receive. If you fail to cure the violation(s) or vacate the leased premises the Landlord will initiate action for possession of the leased premises in the Landlord and Tenant Branch of the Superior Court of the District of Columbia. This Notice does not relieve you of your continuing obligation to pay rent while your tenancy continues and/or during the period of your occupying the premises thereafter.

      Please note that if you desire to object to this action, you have the right under the regulations of the Department of Housing and Urban Development, 24 CFR, Part 450, to submit written comments to or meet with a representative of the Landlord, or both. The following steps must be taken;

      a)     Within 10 days of the receipt of this Notice, you must either submit to the Landlord's attorney written comments, or advise this office in writing of your desire to have a meeting, or both. The written notice must be delivered to the

S.O.M.E. Inc. (Shalom House)

NOTICE                                                      Blumenthal

Name & Address of Tenant:Melvin Brown 1876 4th Street, NE #124 Washington, DC 20002

### CERTIFICATE OF SERVICE

I hereby certify that service of this Notice was made at the above address this _____ day of
_____, 20 _____, as required by law as follows:    12/10 PM,

    [ ]   1. By leaving a copy of the same with the tenant personally.

    [ ]   2. By leaving a copy of the same with _____, a
person above the age of 16 years, residing in, or in possession of said
premises, the tenant not to be found.

    [X]   3. By posting a copy of the same on the door of the above mentioned premises,
where it can be conveniently read, the tenant not to be found, and no person above
16 years of age was to be found in possession of, or residing in same premises
after diligent effort having been made to obtain personal or substitute service.
And mailing a copy of the same to the tenant by regular mail, U.S. Postage pre-
paid.                                      12/23/10

_____
Name

Subscribed and sworn to before me this _____ day of _____, 20 _____
12-20-10   846 A.
12-21-10   745 P   DARLENE R. ARCHER
                   NOTARY PUBLIC                 _____
                   DISTRICT OF COLUMBIA           Notary Public
My Commission expires:  MY COMMISSION EXPIRES
                        APRIL 14, 2014

ENTER BUILDING
PAST FRT DESK.
to HALL GO LEFT to
END GO R 1ST DOOR ON
R. — 124 ON DOOR
IVORY COLOR.

## DISCHARGE/TRANSITION ORDER

14-0140 (TSC)

| ORDERED | | ACTUAL DISCHARGE | |
|---|---|---|---|
| DATE 1/19/11 | TIME 143 | DATE 1/19/11 | AT 200 p.m. |

Exh - W

### CONDITION AT DISCHARGE

**DESCRIBE** Pt stable and improved. Pt denies SI/HI. During this hospitalization, pt was started on Seroquel 300 mg qhs for treatment of mood and psychotic symptoms. Pt's symptoms have improved and he has been compliant with the medications. Pt has not had any aggressive behaviors since the weekend of his admission. Pt was scheduled for a probable cause hearing today in spite of the fact that he was scheduled for discharge this Friday. Pt does not meet criteria for commitment and refuses to be a voluntary inpatient. At this time, pt is safe and stable for discharge and he has expressed his desire to be released. He has also indicated his intention to continue taking his prescribed medications and following up with his treatment team at the Green Door. SW will inform tx providers at the Green Door of his discharge.

### DISCHARGE TYPE

☒ WITH MAXIMUM BENEFIT ☐ AWOL ☐ AMA ☐ PRIOR TO RECOMMENDED DATE
☐ FOR NON-COMPLIANCE W/ TREATMENT ☐ TRANSITION TO NEXT LEVEL OF CARE WITHIN PIW ☐ TRANSFER TO ANOTHER TYPE FACILITY ☐ ADMINISTRATIVE

### DISCHARGE DIAGNOSIS

| AXIS I | Schizophrenia, Paranoid Type | (1) | | (2, |
|---|---|---|---|---|
| | | (3) | | (4) |
| AXIS II | Deferred | (1) | | (2) |
| AXIS III | COPD | (1) | | (2) |
| AXIS IV | Homelessness, chronic mental illness | | AXIS V – GAF 45 | |

☒ **DISCHARGE PLANS**    ☐ **TRANSITION PLANS**

MEDICATIONS: Seroquel 300 mg qhs (Rx given).

MEDICAL FOLLOW-UP: See Discharge/Aftercare Plan

AFTERCARE PROVIDER(S): See Discharge/Aftercare Plan

DISPOSITION: (check all that apply)
☒ HOME
☐ PENDING PLACEMENT
☐ PHP – MENTAL HEALTH
☐ PHP – SUBSTANCE ABUSE
☐ IOP – MENTAL HEALTH
☐ IOP – SUBSTANCE ABUSE

☐ GROUP HOME/HALFWAY HOUSE
☐ SHORT-TERM GENERAL HOSPITAL
☐ NURSING HOME/FACILITY
☐ RESIDENTIAL TREATMENT CENTER
☐ LONG-TERM PSYCHIATRIC HOSPITAL
☒ OUTPATIENT THERAPY

☐ SUBSTANCE ABUSE FACILITY
☐ UNKNOWN AT DISCHARGE
☐ 12-STEP GROUPS
☐ AFTERCARE SUPPORT GROUP
☐ OTHER _____

132955

PHYSICIAN SIGNATURE
Physician Name: Sushila Chelliah, MD

DATE 1/19/11

Cell Phone Number: 202-210-8162

105-136 Rev 5/10

Psychiatric Institute of Washington

# Psychosocial Assessment
## Adult

Melvin Brown
743521-1    01/15/11 M
BROWN, MELVIN
03/20/1947   PIW CURTIS
3405
GHELLIAH, SUSHILA MD

**Admission Status:** ☐ Voluntary ☒ Involuntary (FD-12)  **Date Completed**
☐ Civil (Court Order)  1/18/11
☐ Criminal                  *EXh-U-1*

## Who Referred or Recommended the patient to this program (select all that apply)

| | |
|---|---|
| ☐ Attending Medical Staff | ☐ Case Management Company |
| ☐ Non-Attending Physician (family physician) | ☐ Child Welfare Agency |
| ☐ Non-Physician Clinician (Ph.D., SW, Counselor | ☐ Residential Facility |
| ☐ Employer/EAP | ☐ Family/Friend |
| ☒ Emergency Room (CPEP) | ☐ Judicial System/Court |
|    ☐ Client Hospital | ☐ Advertising |
|    ☐ Another Hospital | ☐ AA/NA or other self help |
| ☐ Employee of Client Hospital | ☐ Self Referral |
| ☐ Another Hospital | ☐ School |
|    ☐ Psychiatric Unit | ☐ Other |
|    ☐ Medical/Surgical Unit | ☐ Partial Hospitalization Prog |
| |    ☐ Detoxification Center |
| |    ☐ Client Hospital |
| |    ☐ Another Hospital |

## Patient's Goals for Treatment

Patient refused to paticipate on 1/18/11 in Psychosocial Assessment

## Reasons for Admission (Check all that apply)

| | | |
|---|---|---|
| ☐ Aggressive Behavior | ☐ Delusions | ☐ Impaired Judgment ☐ Social Withdrawal |
| ☐ Agitation | ☐ Depressed Mood | ☐ Impaired Reality Testing ☐ Suicidal Ideation |
| ☐ Alcoholism and/or Drug | |    ☐ Threat |
|    Abuse/Dependence | ☐ Euphoria | ☐ Loss of Appetite    ☐ Plan |
| ☐ Anxious Mood | ☐ Hallucinations | ☐ Manic Behavior    ☐ Gesture |
| ☐ Cognitive Impairment | ☐ Homicidal Thoughts | ☐ Obsessive Thoughts ☐ Serious Attempt |
| ☐ Compulsions |    ☐ Threat | ☐ Psychomotor Retardation ☐ Weight Change |
| ☐ Decreased Fluid |    ☐ Plan | ☐ Self-Injury    ☐ Increase |
| ☐ Decreased Food Intake |    ☐ Serious Attempt | ☐ Sleep Disturbance    ☐ Decrease |
| ☐ Other (specify) | | |

Comments:

**Review Problems Identified in Patient Database, Nursing Assessment, Physical Assessment**
Patient Agrees with Identified Problems: Yes  If no, explain:

| Program Staff MUST Fill In CQI+ Identification Number | |
|---|---|
| | - |
| Program Code | CQI+ Identification Number |

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General
Judiciary Square
441 Fourth St, NW
Washington, D.C. 20001

 

August 5, 2014

Melvin Brown
2810 Texas Avenue, S.E.
# 309
Washington, DC 20020

**RE: Melvin Brown v. Debra Collins-Campbell, et al., 2014 CA 003781 2**

Dear Mr. Brown:

Enclosed is a copy of all records pertaining to you that are maintained by the District of
Columbia Department of Behavioral Health. These document production consists of seventeen
(17) pages and have bates number DBH000001 through DBH000017. The production of these
records constitutes the District of Columbia's final obligation under the terms of the agreement,
between you and the District of Columbia, agreed upon during the July 3, 2014 hearing in the
DC Superior Court.


Very truly yours,

IRVIN B. NATHAN
Attorney General

By: David A. Jackson
Assistant Attorney General

DAJ/daj
Enclosure(s)
cc: File

Processed Date: 08/03/2014                       **Production**                              Page:    1

**CLINICAL CHART FOR** Melvin Brown          Reference #: 200207262892      DOB: 03/20/1947

               Address 1: 2810 TEXAS AVENUE # 309 SE      Phone #: 202-710-1431      SSN: 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

                     City WASHINGTON              Policy #1: 227422

                    State: DC                     Policy #2: 429908785

                      Zip: 20020                  Policy #3: 70420227

-------------------------------------------------------------------------------------------------------

ADULT ACUTE CARE HOSPITALIZATION PRIOR AUTHORIZATION on September 15, 2002 at 04:29 by Blackwood, Grace
     Presenting Problem/ Chief Complaint (suicidal)
     Acute exacerbation of a chronic psychiatric condition OR (1)
     Evidence of co-existing mental illness & substance abuse (1)
     History of suicide attempts/life threatening self-harm within past 2 years, (1)
     In CFSA custody due to substantiated abuse, neglect or dependency (1)
     Risk & Resiliency Total Score (11)
         Pt has 6 yr history of depression and tx with Public Core. Acute psychotic
         symptoms and suicidality present. To be voluntarily hospitalized at GW.



DBH000001

# Production

**CLINICAL CHART FOR** Melvin Brown

    **Address 1:** 2810 TEXAS AVENUE # 309 SE

    **City** WASHINGTON

    **State:** DC

    **Zip:** 20020

**Reference #:** 200207262892     **DOB:** 03/20/1947

    **Phone #:** 202-710-1431     **SSN:** 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

    **Policy #1:** 227422

    **Policy #2:** 429908785

    **Policy #3:** 70420227

--------------------------------------------------------------------------------

CSA TRANSFER on January 21, 2004 at 13:19 by Poole, Laressa

    Referred By (Medical provider)

    First Priority (Previous Knowledge Of Provider)

    Core Service Agency Selection (Psychiatric Center Chartered, Inc)

      Consumer called from Provid. Hosp. with intake worker Ms. Robin Taliaferro from

      Psy. Chartered requesting CSA change. He states he was unhappy with the

      service at Pub. Core. This tranfer info. was given P. Johnson at 35 kst.

# Production

**CLINICAL CHART FOR** Melvin Brown

**Address 1:** 2810 TEXAS AVENUE # 309 SE

**City** WASHINGTON

**State:** DC

**Zip:** 20020

**Reference #:** 200207262892

**Phone #:** 202-710-1431

**Policy #1:** 227422

**Policy #2:** 429908785

**Policy #3:** 70420227

**DOB:** 03/20/1947

**SSN:** 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

--------------------------------------------------------------------------------

CLINICAL HOME ENROLLMENT/CSA TRANSFER EVENT on January 9, 2006 at 19:27 by Brown, Susan
Request is for: (CSA Transfer)
Enrollment/Transfer Requested By: (Consumer - Self)
Primary Language Spoken at Home: (English)
Consumer is an Adult or Child? (Adult (18 & Over))
    Depression/ Depressed mood (1)
Other Medical Conditions? If "Yes" List in Note Box Below (No)
Other Medical Conditions? If "Yes" List in Note Box Below (No) [01/09/2006 19:27] by Brown, Susan
Living Arrangement (Homeless)
Consumer Agrees to Release of Information to CSA? (Yes)
    On 1/8/2006 the above client called to enroll into Dc CSa at Spring rd Nw I
emailed Dewanda Adams.
    Core Service Agency Selection (DC Community Services Agency - Public Core Service)

Processed Date: 08/03/2014                              **Production**                                    Page:    1

**CLINICAL CHART FOR** Melvin Brown                Reference #: 200207262892          **DOB:** 03/20/1947

              **Address 1:** 2810 TEXAS AVENUE # 309 SE          Phone #: 202-710-1431          **SSN:** 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

                      **City** WASHINGTON                    Policy #1: 227422

                     **State:** DC                        Policy #2: 429908785

                       **Zip:** 20020                      Policy #3: 70420227

-------------------------------------------------------------------------------------------------------------------

CLINICAL HOME ENROLLMENT/CSA TRANSFER EVENT on February 1, 2006 at 10:35 by Oliver, Donna
     Request is for: (CSA Transfer)
     Enrollment/Transfer Requested By: (Consumer - Self)
     Primary Language Spoken at Home: (English)
     Consumer is an Adult or Child? (Adult (18 & Over))
     Consumer Agrees to Release of Information to CSA? (Yes)
          Core Service Agency Selection (Community Connections, Inc.)
          ***Options Referral. Sara from Comm Conn called with consumer present to
          complete his transfer from Spring Rd to Comm Conn for the Options Program. Ms.
          Fowler from Spring Rd was via phone/email of this transfer.
              Time of First call to Chosen CSA (10:29pm)
                Notified Spring Rd of this transfer.
              CSA Contact Name (Ms. Fowler)
          CSA(s) Notified by phone/voice mail (List name of person(s) contacted below) (1)
          CSA(s) Notified by email (1)

Production

**CLINICAL CHART FOR** Melvin Brown     Reference #: 200207262892     **DOB:** 03/20/1947

    **Address 1:** 2810 TEXAS AVENUE # 309 SE     Phone #: 202-710-1431     **SSN:** 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

    **City** WASHINGTON     Policy #1: 227422

    State: DC     Policy #2: 429908785

    Zip: 20020     Policy #3: 70420227

-------------------------------------------------------------------------------------------------------------------------

CONSUMER'S DIS-ENROLLMENT on August 7, 2007 at 11:49 by Rorie, Yvonne
    Dis-Enrollment Reasons (Other)
    CSA Completing the Event (Community Connections, Inc.)
    Date Event Completed (08/07/2007)
    CSA Staff Name Completing this Event (Yvonne Rorie at DMH)
     Consumer never engaged with treatment team.

DBH000005