# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN BROWN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No: 14-00140 (TSC) ) ) |
| SANDRA HILL, et al., | ) ) |
| Defendants. | ) |

## PROTECTIVE NOTICE OF APPEAL

Notice is hereby given under Fed. R. App. P. 3 that Plaintiff Melvin Brown hereby provides this protective notice of appeals to the United States Court of Appeals for the District of Columbia from the September 17, 2021, order and judgment of the United States District Court for the District of Columbia, denying Mr. Brown's Motion to Reconsider and for expedited discovery which effectively ends the litigation.[1] This is a protective appeal pursuant to *Hentif v. Obama,* 733 F.3d 1243 (D.C. Cir. 2013); *Next Wave Pers. Communications, Inc. v. FCC,* 254 F.3d 130, 139 (D.C. Cir. 2007).

---

[1] The Court has yet to dismiss two remaining defendants and Plaintiff has no means to secure service of process. Further, the Court's reasoning is that discovery would be futile and result in dismissal of the complaint. Under these circumstances, a protective notice of appeal is warranted.

Respectfully submitted,

        /s/
GEORGE E. RICKMAN
DC Bar 433298
P.O. Box 21267
Kalorama Station
Washington, D.C.  20009-21267
202-258-3643
georgerick11@comcast.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th  day of October 2021, a copy of this Protective Notice of Appeal was served by electronic service on**:**

Katherine Erklauer
Blumenthal & Cordone, PLLC
7325 Georgia Ave., NW
Washington, D.C.  20012
kerklauer@blumcordlaw.com

AAG Philip Medley
441 Fourth Street, NW 6th Floor South
Washington, DC  20001
philip.medley@dc.gov

        /s/
GEORGE E. RICKMAN