IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Case No: 14-00140 (TSC) |
| ) | |
| ) | |
| SANDRA HILL, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

1.  On July 21, 2022, counsel for David Walker filed a suggestion of death as to David Walker, a defendant in the above-referenced case, pursuant to Fed. R. Civ. P. 25. *See* Dkt.# 160. Because the notice of suggestion of death does not indicate, identify or otherwise provide any information as to who can be substituted for David Walker as a defendant in the case, this case cannot be dismissed after ninety (90) days of the notice under Fed. R. Civ. P. 25, et seq. *Rende v. Kay,* 415 F.2d 983, 985 (D.C. Cir. 1969) *also see Blakemore v. City of Alpena, et al,* 2020 cv 10248 (E.D. Mich. 2020)(collecting cases) *Eddy v. Multiband Corp.,* No. 10–CV–113592011, WL 653386, at *3 (E.D. Mich. Feb. 14, 2011) (finding that "[u]ntil a submission is made in writing suggesting the death of a party and identifying the representative to be substituted with appropriate service of process made on all parties and persons not parties to the action, the 90-day period does not begin to run."); *Dietrich v. Burrows*, 164 F.R.D. 220, 221 (N.D. Ohio 1995) ("the law is well settled that the Suggestion of Death must identify the successor or representative of the deceased."); *Smith v. Planas*, 151 F.R.D. 547 (S.D. N.Y. 1993) ("It is well settled that for a suggestion of death to be valid and invoke the 90 day limit, it must identify the successor or representative who may be substituted for the decedent.").

## CERTIFICATE OF SERVICE

      I do hereby certify that on this 1st   day of August 2022, a copy of this Notice of Filing was served by email and ECF Process on**:**

Adam Daniel
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 6th Street, NW, 10th Floor
Washington, D.C. 20001
adam.daniel@dc.gov


Carol Blumenthal/
Katherine Erklauer
Blumenthal & Cordone, PLLC
7325 Georgia Ave., NW
Washington, D.C.  20012
kerklauer@blumcordlaw.com



      /s/
GEORGE E. RICKMAN
DC Bar 433298
P.O. Box 21267
Kalorama Station
Washington, D.C.  20009-21267
202-258-3643
georgerick11@comcast.net
*Counsel for Plaintiff Melvin Brown*